IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: <br><br> NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, INC., et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 09-11547 (PJW) |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES
## FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**PLEASE TAKE NOTICE THAT** the Official Committee of Unsecured Creditors ("the Committee") in the above-captioned case, hereby appears in the above-captioned case by its proposed co-counsel, Arent Fox LLP and Elliott Greenleaf, and such counsel hereby enters their appearance pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon them at the following:

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Neil R. Lapinski (DE Bar No. 3945)
Elliott Greenleaf
1105 North Market Street, Suite 1700

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Norwood Promotional Products Holdings, Inc. (9391); Norwood Promotional Products, Inc. (4534); Norwood Operating Company, LLC (3446); Advertising Unlimited, LLC (4435); The McCleery-Cumming Company, LLC (2652); and Renaissance Publishing Company, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

Schuyler G. Carroll
George P. Angelich
Ronni Arnold
Arent Fox LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: carroll.schuyler@arentfox.com
E-mail: angelich.george@arentfox.com
E-mail: arnold.ronni@arentfox.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy, email, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE THAT**, neither this Notice of Appearance nor any former or later appearance, pleading, claim or suit shall waive (1) the Committee's right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) the Committee's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) the Committee's right to have the District Court withdraw the reference in any

matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, action, defenses, including defenses to jurisdiction, setoffs, or recoupments to which the Committee may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Dated: May 14, 2009

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
Neil R. Lapinski (DE Bar No. 3945)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

-and-

Schuyler G. Carroll
George P. Angelich
Ronni Arnold
Arent Fox LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: carroll.schuyler@arentfox.com
E-mail: angelich.george@arentfox.com
E-mail: arnold.ronni@arentfox.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*