# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, INC., *et al.*,[1] | Case No. 09-11547 (PJW) (Jointly Administered) |
| Debtors. | Obj. deadline: 7/7/2009 @ 4 PM<br>Hearing: 7/15/2009 @ 2:00 PM |

## APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 14, 2009

The Official Committee of Unsecured Creditors (the "Committee") of Norwood Promotional Products Holdings, Inc. ("Norwood"), and certain direct or indirect subsidiaries, as debtors and debtors-in-possession (collectively, the "Debtors"), hereby submits this application (the "Application") seeking entry of an order, authorizing the employment and retention of Arent Fox LLP ("Arent Fox") as attorneys to the Committee *nunc pro tunc* to May 14, 2009 pursuant to Sections 504 and 1103(a) of Title 11 of the United States Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"). In support of the Application, the Committee submits the Declaration of Andrew I. Silfen (the "Silfen Declaration"), annexed hereto as <u>Exhibit A</u> and incorporated herein by reference, and respectfully represents as follows:[2]

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Norwood Promotional Products Holdings, Inc. (9391); Norwood Promotional Products, Inc. (4534); Norwood Operating Company, LLC (3446); Advertising Unlimited, LLC (4435); The McCleery-Cumming Company, LLC (2652); and Renaissance Publishing Company, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Declaration of Keith A. Maib, Chief Financial Office of Norwood Promotional Products Holdings, Inc. in Support of the Debtors' Chapter 11 Petitions and First Day Motions (Docket No. 11).

NYC/435086.2

## BACKGROUND[3]

### The Debtors and their Businesses

1. On March 5, 2009 (the "Petition Date"), Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2. The factual background relating to the Debtors' commencement of these cases is set forth in detail in the Declaration of Keith A. Maib, Chief Financial Officer of Norwood Promotional Products Holdings, Inc., in Support of the Debtors' Chapter 11 Petitions and First Day Motions, filed by the Debtors on May 6, 2009, and is incorporated herein by reference. The Debtors have indicated that they expect to operate under Chapter 11 as they implement a sale process in which the Debtors' operating assets are liquidated under procedures expected to maximize the value of the Debtors' Chapter 11 estates.

### The Committee and its Selection of Professionals

3. On May 14, 2009, the Office of the United States Trustee for Region 3 appointed five (5) members to the Committee pursuant to Sections 1102(a) and 1102(b) of the Bankruptcy Code. A list of the members of the Committee is annexed hereto as <u>Exhibit B</u>.

4. On May 14, 2009, at a meeting during which the majority of the Committee members participated, the Committee selected and formally voted to retain Arent Fox, subject to the approval of the Court.

---

[3] The background facts set forth herein are primarily based upon the representations contained in papers filed by the Debtors in these proceedings. As the Committee was just organized and has not yet verified the accuracy of such statements, nothing contained herein or otherwise shall be deemed a waiver of the Committee's right to dispute or challenge the facts set forth herein.

## JURISDICTION AND VENUE

5.  This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334(b). Venue of these proceedings is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. Section 1103(a) of the Bankruptcy Code and Bankruptcy Rules 2014 and 5002 are the statutory predicates for the relief sought by this Application.

## RELIEF REQUESTED HEREIN

6.  The Committee seeks to employ Arent Fox, which maintains an office for the practice of law at 1675 Broadway, New York, New York 10019, as well as offices in Washington, DC and Los Angeles, CA, as its counsel in these Chapter 11 cases.

7.  The Committee selected Arent Fox for the reason that the partners and associates of Arent Fox have considerable expertise in the fields of bankruptcy, insolvency, reorganizations, liquidations, debtors' and creditors' rights, debt restructuring and corporate reorganizations, commercial litigation, and intellectual property, among other practice areas. Accordingly, the Committee believes that Arent Fox is well-qualified to represent it in these Chapter 11 cases.

8.  Schuyler G. Carroll will be primarily responsible for Arent Fox's representation of the Committee in this matter. Mr. Carroll is a partner with Arent Fox's Financial Restructuring and Bankruptcy Group and for over sixteen years has concentrated in bankruptcy and insolvency business law. Mr. Carroll has counseled large and small corporations, committees, creditors, landlords, trustees, indenture trustees, and investors and purchasers in Chapter 7 and 11 bankruptcy proceedings, out-of-court workouts and non-judicial reorganizations and restructurings. Mr. Carroll regularly represents creditors' committees, as well as troubled companies, trade creditors, and other clients in out-of-court restructurings and workouts, bankruptcy, and insolvency proceedings and related state and federal court litigation

including foreclosures, recovery and collection actions, enforcement proceedings, loan participation, and inter-creditor disputes. Mr. Carroll also has extensive experience in representing purchasers and sellers of debt and equity positions and assets of troubled, distressed, insolvent and bankrupt businesses as well as acquiring or gaining control of such companies. Mr. Carroll received his J.D. from the St. John's University School of Law (*cum laude*) where he was a member of the St. John's Law Review, and received his B.A. from the State University of New York at Binghamton.

9. The professional services Arent Fox will be required to render include, but are not limited to the following:

(a) to assist, advise and represent the Committee in its consultation with the Debtors relative to the administration of these Chapter 11 cases;

(b) to assist, advise and represent the Committee in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales or dispositions;

(c) to attend meetings and negotiate with the representatives of the Debtors and secured creditors;

(d) to assist and advise the Committee in its examination and analysis of the conduct of the Debtors' affairs;

(e) to assist the Committee in the review, analysis and negotiation of any plan of liquidation that may be filed and to assist the Committee in the review, analysis and negotiation of the disclosure statement accompanying any plan of liquidation;

(f) to assist the Committee in the review, analysis, and negotiation of any financing or funding agreements;

(g) to take all necessary actions to protect and preserve the interests of the Committee, including, without limitation, the prosecution of actions on its behalf, negotiations concerning all litigation in which the Debtors are involved, and review and analysis of all claims filed against the Debtors' estates;

(h) to generally prepare on behalf of the Committee all necessary motions, applications, answers, orders, reports, and papers in support of positions taken by the Committee;

(i) to appear, as appropriate, before this Court, the Appellate Courts, and other courts in which matters may be heard and to protect the interests of the Committee before said Courts and the United States Trustee; and

(j) to perform all other necessary legal services in these cases.

10. Arent Fox has indicated a willingness to act on behalf of the Committee and render the necessary professional services as attorneys for the Committee.

11. Subject to this Court's approval, Arent Fox will charge for its legal services on an hourly basis in accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable, and necessary out-of-pocket disbursements incurred in connection therewith. The following are Arent Fox's current hourly rates for work of this nature:

(a) Partners: $465 - $840

(b) Of Counsel: $465 - $760

(c) Associates: $290 - $540

(d) Paraprofessionals: $150 - $270

12. Arent Fox intends to apply to the Court for allowance of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules, and Orders of this Court. Compensation will be payable to Arent Fox in compliance with the above rules, on an hourly basis, plus reimbursement of actual, reasonable, and necessary expenses incurred by Arent Fox.

13. The Committee also intends to use the services of Chinese language translators because two Committee members are Chinese corporations whose representatives speak little or

no English. Thus, the services of a Chinese translator will be essential to effective communications by and among the Committee professionals and the Committee members. To this end, the Committee has chosen to utilize the services of Dr. Haishan Liu, who is fluent in the Mandarin dialect of the Chinese language.

## DISINTERESTEDNESS OF PROFESSIONAL

14. To the best of the Committee's knowledge, information, and belief, and except as otherwise set forth in the Silfen Declaration, none of Arent Fox's respective attorneys hold or represent any interest adverse to the Committee, the Debtors, or their creditors or estates, or any other party-in-interest herein or their respective professionals in matters relating to the Debtors and their estates, and Arent Fox is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code.

15. To the best of the Committee's knowledge and except as otherwise disclosed in the Silfen Declaration, Arent Fox: (i) does not hold or represent any interest adverse to the Committee with respect to the matters for which it is being retained; (ii) Arent Fox is a "disinterested person" as that phrase is defined in Section 101(14) of the Bankruptcy Code (as modified by Section 1103(b) of the Bankruptcy Code); (iii) neither Arent Fox nor its professionals have any connection with the Debtors, their estates, or creditors; and (iv) Arent Fox's employment is necessary and in the best interests of the Debtors' estates.

16. The Committee believes that the retention and employment of Arent Fox is in the best interests of the Committee, the Debtors, and their estates and creditors.

17. No prior application has been made for the relief requested herein to this or any other Court.

## NOTICE

18.     Notice of this Application has been given to: (a) the Office of the United States Trustee; (b) counsel to the Debtors; (c) counsel to the agent for the Debtors' postpetition lenders; (d) counsel to the agent for the lenders under each of the Debtors' prepetition credit facilities; (e) the Internal Revenue Service; (f) the Securities and Exchange Commission; and (g) any persons who have requested notice pursuant to Bankruptcy Rule 2002.  The Committee respectfully submits that such notice is sufficient, and requests that this Court find that no further notice of the relief requested herein is necessary or appropriate.

## CONCLUSION

WHEREFORE, the Committee respectfully requests that this Court approve the employment and retention of Arent Fox as attorneys to the Committee *nunc pro tunc* to May 14, 2009, and grant such other, further and different relief as is just and proper.

THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS OF NORWOOD
PROMOTIONAL PRODUCTS HOLDINGS,
INC., *et al.*

Dated: Bartlett, IL
       June 17, 2009

By: /s/ James P. Salvadori
    **Committee Chair**
    Unisource World Wide
    Attn: James P. Salvadori
    850 N. Arlington Heights Rd.
    Bartlett, IL 60143
    Phone: 630-885-7821
    Fax: 866-797-2684