IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, INC., *et al.*,[1] | Case No. 09-11547 (PJW) (Jointly Administered) |
| Debtors. | Obj. deadline: 7/7/2009 @ 4 PM<br>Hearing: 7/15/2009 @ 2:00 PM |

**NOTICE OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 14, 2009**

TO: (i) the Debtors; (ii) Office of the United States Trustee for the District of Delaware; (iii) all parties that have filed notices of appearance and request for service of documents in this case.

**PLEASE TAKE NOTICE** that Arent Fox LLP, Proposed Counsel to the Official Committee of Unsecured Creditors in the above-captioned cases, filed the Application for an Order Authorizing Employment and Retention of Arent Fox LLP as Attorneys for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 14, 2009 (the "Application") on June 18, 2009. The Application has been filed and served on all parties requesting notice pursuant to Fed. R. Bankr. 2002.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Application must be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801 on or before **July 7, 2009 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline"). A copy of aforementioned responses or objections must be served upon the undersigned Counsel by the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON **JULY 15, 2009 AT 2:00 P.M. (prevailing Eastern Time)** BEFORE THE HONORABLE PETER J. WALSH IN THE UNITED

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Norwood Promotional Products Holdings, Inc. (9391); Norwood Promotional Products, Inc. (4534); Norwood Operating Company, LLC (3446); Advertising Unlimited, LLC (4435); The McCleery-Cumming Company, LLC (2652); and Renaissance Publishing Company, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 6TH FLOOR, WILMINGTON, DELAWARE 19801.

Dated: June 18, 2009
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

_/s/ Shelley A. Kinsella_
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

and

ARENT FOX LLP
Schuyler G. Carroll, Esq.
George P. Angelich, Esq.
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: Carroll.Schuyler@arentfox.com
Email: Angelich.George@arentfox.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*