**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
| NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, INC., *et al.*,[1] | : Case No. 09-11547 (PJW) |
| Debtors. | : (Jointly Administered) |

## DECLARATION OF ANDREW I. SILFEN IN SUPPORT OF APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 14, 2009

I, Andrew I. Silfen, hereby declare under penalty of perjury:

1.　　I am a partner and chair of the Bankruptcy and Financial Restructuring Group at Arent Fox LLP ("Arent Fox"), a law firm which employs approximately 360 attorneys and maintains an office for the practice of law at 1675 Broadway, New York, NY 10019, as well as offices in Washington, DC and Los Angeles, CA.

2.　　I am fully familiar with the facts hereinafter stated, and am authorized to and hereby make this declaration (the "Declaration") in support of the Application of the Official Committee of Unsecured Creditors (the "Committee") of Norwood Promotional Products Holdings, Inc. ("Norwood"), and certain direct or indirect subsidiaries, as debtors and debtors-in possession (collectively, the "Debtors") for an order authorizing the employment and retention of Arent Fox as counsel to the Committee *nunc pro tunc* to May 14, 2009, and to provide certain disclosures under Sections 504 and 1103(a) of Title 11 of the United States

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Norwood Promotional Products Holdings, Inc. (9391); Norwood Promotional Products, Inc. (4534); Norwood Operating Company, LLC (3446); Advertising Unlimited, LLC (4435); The McCleery-Cumming Company, LLC (2652); and Renaissance Publishing Company, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

Code §§ 101 *et seq.* (the "Bankruptcy Code") and Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules").

3. The information contained in this Declaration is of my own personal knowledge, discussions with my partners, or is derived from my review of the file in these cases.

4. All attorneys who will work on this engagement have read and are fully familiar with the Bankruptcy Code and the Bankruptcy Rules, and the Local Bankruptcy Rules of this Court, and are sufficiently competent to handle whatever might foreseeably be expected of the Committee's counsel in this matter.

5. Insofar as I have been able to ascertain, except as described herein, the other partners, counsel, and associates of Arent Fox and I are disinterested parties within the meaning of Section 101(14) of the Bankruptcy Code, and have no interest adverse to and no connections with the Committee, the Debtors' estates, their creditors or any other party-in-interest herein or their respective attorneys and accountants with respect to matters for which Arent Fox is to be engaged (other than the representation of the Committee).[2] Although Arent Fox from time to time has represented and in the future may represent various entities that are creditors of the Debtors or otherwise had or have an interest in these proceedings in matters

---

[2] Arent Fox appears in many cases involving a substantial number of creditors, parties-in-interest and professionals. Arent Fox is reviewing the parties-in-interest in these proceedings and will make every effort to disclose all connections to these parties as they become known to Arent Fox. Although it is not possible to guarantee that each and every connection is disclosed at this early juncture, Arent Fox will file additional and supplemental disclosure statements in the event Arent Fox becomes aware of any additional connections. In addition, it is possible that some creditors or parties-in-interest herein are creditors, professionals or parties-in-interest with *de minimus* interest in other cases in which Arent Fox plays a role.

NYC/435140.5

wholly unrelated to this proceeding, Arent Fox will not represent those creditors or parties in connection with these Chapter 11 cases.

**Arent Fox's Conflict Check System**

6.      In connection with preparing this Declaration, Arent Fox submitted the names of parties-in-interest in these cases (the "Parties-in-Interest") for review in the computerized conflict database system maintained by Arent Fox.  The list of the Parties-in-Interest was obtained by Arent Fox from the initial papers filed in these cases by the Debtors.  Arent Fox maintains and systematically updates its conflict check system in the regular course of business of the firm, and it is the regular practice of the firm to make and maintain these records.  The conflict check system maintained by Arent Fox is designed to include every matter on which the firm is now or has been engaged, the entity for which the firm is now or has been engaged, and in each instance, the identity of related parties and adverse parties and the attorney in the firm that is knowledgeable about the matter.  It is the policy of Arent Fox that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, as well as related and adverse parties.  Accordingly, the database is regularly updated for every new matter undertaken by Arent Fox.

7.      The Parties-in-Interest which Arent Fox submitted to its conflict database include:

     (a)      The Debtors (including former names and aliases);

     (b)      The Debtors' known officers and directors;

     (c)      The Debtors' equity holders list;

(d)      The thirty largest unsecured creditors of the Debtors on a consolidated basis;

(e)      The Debtors' professionals;

(f)      The Debtors' pre- and post-petition lenders;

(g)      All known Term A, Term B, and Mezzanine lenders;

(h)      The Debtors' banks;

(i)      Parties who have requested notice pursuant to Rule 2002;

(j)      The Stalking Horse Bidder;

(k)      The Debtors' known insurance carriers;

(l)      All known parties to contracts/leases with the Debtors;

(m)      Utilities known to provide services to the Debtors;

(n)      The United States Trustee for the District of Delaware and its staff; and

(o)      The members of the Official Committee of Unsecured Creditors and their professionals.

8.     A list of the Parties-in-Interest submitted to the conflict check system is attached hereto as Exhibit 1.

### Arent Fox's Relationship With Parties-In-Interest In Unrelated Matters

9.     Arent Fox appears in cases, proceedings and transactions involving a substantial number of different attorneys, accountants, financial consultants and investment bankers, some of whom now, or may in the future, represent creditors or Parties-In-Interest in these cases. The Office of United States Trustee appears in each bankruptcy matter that Arent Fox appears. Aside from this, there is no known connection with the Office of United States Trustee or any of its attorneys. Also, from time to time, Arent Fox attorneys appear before the Honorable Peter J. Walsh but there is no known connection to Judge Walsh or his Chambers staff.

10.    Exhibit 2 contains a list of the Parties-in-Interest or their affiliates that Arent Fox has represented, currently represents, or is or was adverse to in matters wholly unrelated to the Debtors and their estates.[3] As disclosed in Exhibit 2, Arent Fox and its partners, counsel, and associates have in the past represented, currently represent, and may in the future represent entities that are creditors of the Debtors, or other parties-in-interest in the Debtors' Chapter 11 cases in matters unrelated to these cases.    Arent Fox has not, and will not, represent any creditors of the Debtors or other parties-in-interest in connection with the Debtors or these cases or have any relationship with any such entity which would be adverse to the Debtors or their estates.

11.    **Elliott Greenleaf** - Arent Fox represents parties in several cases in which various lawyers of the law firm Elliott Greenleaf ("Elliott Greenleaf") including Neil R. Lapinski, Shelley Kinsella and Rafael Xavier Zahralddin-Aravena, act in various capacities, such as counsel to current and former adverse parties of Arent Fox and Delaware counsel, including without limitation the following:  For example, Arent Fox and Elliott Greenleaf are both involved in the following matters.    Arent Fox currently represents the Official Committee (the "EBW Committee") of Unsecured Creditors of Everything But Water, LLC, *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 09-10649 (MFW), in which Elliott Greenleaf serves as Delaware counsel to the Debtors; Arent Fox currently represents the Official Committee (the "DHP Committee") of Unsecured Creditors of DHP Holdings II Corporation, *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 08-13422 (MFW) in which Elliott Greenleaf serves as Delaware counsel to the DHP Committee; Arent Fox currently represents the Official

---

[3]    Arent Fox's investigation of its relationships with parties in interest is ongoing and further disclosures will be made to the extent necessary.

Committee (the "Worldspace Committee") of Unsecured Creditors of Worldspace, Inc., *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 08-12412 (PJW) in which Elliott Greenleaf serves as counsel to the Worldspace Committee; and Arent Fox currently represents the Official Committee (the "eTOYS" Committee") of Unsecured Creditors of eTOYS DIRECT 1, LLC *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 08-13412 (BLS) in which Elliott Greenleaf serves as counsel to the eTOYS Committee. Arent Fox also currently represents the Official Committee (the "ManagedStorage Committee") of Unsecured Creditors of ManagedStorage International Inc. *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 09-10368 (MFW) in which Elliott Greenleaf serves as counsel to the ManagedStorage Committee. The above listed is representative and may not be an exclusive list of all matters in which both Arent Fox and Elliott Greenleaf are both involved.

12.    **CBIZ Mahoney Cohen (f/k/a Mahoney & Cohen, CPA, P.C.)** - Arent Fox represents parties in several cases in which Charles M. Berk and other representatives of the certified public accounting provider and management consulting firm CBIZ Mahoney Cohen (f/k/a Mahoney & Cohen, CPA, P.C.) ("CBIZ"), and/or CBIZ, act as accountants and/or financial advisors. For example, Arent Fox and CBIZ are both involved in the following matters: Arent Fox represented the Official Committee (the "TKO Committee") of Unsecured Creditors of TKO Sports Group, USA, Limited, an unrelated Chapter 11 Case in the Southern District of Texas, Chapter 11 Case No. 05-48509, in which Mahoney & Cohen, CPA, P.C. ("Mahoney Cohen") served as accountants to the TKO Committee; Arent Fox represented the Official Committee (the "Cross Media Committee") of Unsecured Creditors of Cross Media Marketing Corp., *et al.*, an unrelated Chapter 11 Case in the Southern District of New York,

Chapter 11 Case No. 03-13901 (BRL) in which Mahoney Cohen served as accountants to the Cross Media Committee; Arent Fox represented the Official Committee (the "Sitnal Committee") of Unsecured Creditors of Sitnal, Inc., an unrelated Chapter 11 Case in the Southern District of New York, Chapter 11 Case No. 04-13589 (ALG) in which Mahoney Cohen served as accountants to the Sitnal Committee; Arent Fox currently represents the Official Committee (the "BH S&B Committee") of Unsecured Creditors of BH S&B Holdings LLC, *et al.*, an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 08-14604 (MG) in which Mahoney Cohen serves as financial advisors to the BH S&B Committee; Arent Fox currently represents the Official Committee (the "Fortunoff Committee") of Unsecured Creditors of Fortunoff Holdings LLC, *et al.*, an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 09-10497 (RDD) in which CBIZ serves as financial advisors to the Fortunoff Committee; Arent Fox currently represents the Official Committee (the "EBW Committee") of Unsecured Creditors of Everything But Water, LLC, *et al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 09-10649 (MFW) in which CBIZ serves as financial advisors to the EBW Committee. Additionally, Arent Fox represented Mahoney Cohen as defendant in a preference action entitled All Donn, Inc. v. Mahoney Cohen & Company, CPA, P.C., an unrelated adversary proceeding in the Southern District of New York, Adv. Proc. No. 06-01075 (RDD). The above listed is representative and may not be an exclusive list of all matters in which both Arent Fox and CBIZ are both involved.

13.     **Dr. Haishan Liu** - Additionally, as set forth in paragraph 13 of the Application, the Committee intends to utilize the services of a Chinese language translator to ensure effective communications among its members and professionals. Upon the

recommendation of Arent Fox, the Committee selected Dr. Haishan Liu of US-China Assets Management USA, LLC, who is fluent in the Mandarin dialect of the Chinese language, to provide these services. Dr. Liu is not an attorney. To my knowledge, Dr. Liu does not hold or represent any interest adverse to the Committee. Dr. Liu's address is as follows: 33-65 55th Street, Woodside, New York 11377 based on information Dr. Liu has provided to Arent Fox. Arent Fox represents US-China Assets Management USA, LLC in certain non-bankruptcy matters. Arent Fox also represents parties in several cases in which Dr. Haishan Liu and/or US-China Assets Management USA, LLC act in various capacities, including without limitation the following: Arent Fox represents the Official Committee (the "International Home Committee") of Unsecured Creditors of International Home Fashions, Inc., an unrelated Chapter 11 case in the Western District of North Carolina, Chapter 11 Case No. 08-10434 (GRH). US-China Assets Management USA, LLC serves as the US representative of Sunrise Textile and Interman, both members of the International Home Committee. Arent Fox represents the Official Committee (the "Sababa Committee") of Unsecured Creditors of Sababa Group, Inc., an unrelated Chapter 11 case in the Southern District of New York, Chapter 11 Case No. 01-10975 (RDD). US-China Assets Management USA, LLC serves as the US representative of Shen Zhen Xinyinhai Electronic Co., Ltd. and Deyi Mould Factory, both members of the Sababa Committee. Arent Fox also represents several unsecured trade creditors in the Chapter 11 cases of Shapes/Arch Holdings L.L.C., an unrelated Chapter 11 case in the District of New Jersey, Chapter 11 case No. 08-14631 (GMB). US-China Assets Management USA, LLC serves as the US representative of these same unsecured trade creditors in the Shapes/Arch Chapter 11 cases. Arent Fox currently represents the Official Committee (the "eTOYS" Committee") of Unsecured Creditors of eTOYS DIRECT 1, LLC *et*

*al.*, an unrelated Chapter 11 case in the District of Delaware, Chapter 11 Case No. 08-13412 (BLS). US-China Assets Management USA, LLC acts as a U.S. representative of Madd International and Zhejiang Xinyun, both of which are unsecured creditors and members of the eTOYS Committee.

14. **JPMorgan Chase & Co. and/or its affiliates** - From time to time, Arent Fox had been engaged by Chase Home Finance LLC and Chase Manhattan Mortgage Corporation ("Chase Home") to handle discrete matters, and all such matters have now concluded. Richard Krainin, a partner in Arent Fox's Finance and Real Estate group, represented JPMorgan Securities in one unrelated matter which concluded in December 2008. The engagement letter for this matter specifically stated that upon conclusion of this legal representation, Arent Fox was free to accept matters adverse to JPMorgan Securities as long as such other matters are not the same as, or substantially related to, the specific representation in which Arent Fox represented JPMorgan Securities. Upon information and belief, JPMorgan Chase & Co. is the parent of Bank One, a Term B Lender of the Debtors ("JPMorgan"). Arent Fox does not and has never represented JPMorgan Chase & Co. or any of its affiliates (collectively, "Chase") in these proceedings. Michael Hazzard has recently joined Arent Fox as a partner in its Telecommunications practice. Prior to joining Arent Fox, Mr. Hazzard was a partner at Womble Carlyle Sandridge & Rice PLLC ("Womble"). While Mr. Hazzard was at Womble, Womble was engaged by the Stockholder Representative Committee, which was comprised of former stockholders of Lightship Holding Inc. These stockholders included two JPMorgan affiliated funds—JPMorgan SBIC LLC and Sixty Wall Street SBIC Fund, L.P. (collectively, the "Funds"). Mr. Hazzard was actively involved in the representation (the "Securities Litigation"). Womble represented the Stockholder

Representative Committee in connection with a securities fraud litigation that was commenced in 2007, and a related New York state court action. Mr. Hazzard's recollection is that he has not done any work on this matter for approximately one year and has never made an appearance in any matter. The securities fraud litigation was recently dismissed with prejudice, subject to appeal rights. At this time, neither Arent Fox nor Michael Hazzard is performing any legal work for the Stockholder Representative Committee or JPMorgan or any of its affiliates. To avoid the possibility of any misunderstanding, Arent Fox has recently sent a letter to JPMorgan Chase stating that Arent Fox believes that all representations by its lawyers of JPMorgan Chase Bank (collectively, "Chase Entities") have concluded and Arent Fox does not represent any Chase Entities, but that if, nevertheless, for any reason, Arent Fox is deemed to be representing any Chase Entities in any matters, Arent Fox does not believe any withdrawal from such matters would result in material adverse harm to any Chase Entities and that, accordingly, Arent Fox withdraws from such representation. Therefore, as of the date of this Declaration, Arent Fox believes it does not represent Chase in any matter or proceeding and that it can be engaged in matters adverse to Chase Home or Chase in these proceedings.[4]

## Normal Hourly Rates and Disbursement Policy

15. Arent Fox has not agreed to share (a) any compensation it may receive with another party or person, other than with the partners and associates of Arent Fox, or (b) any compensation another person or party has received or may receive.

16. Subject to this Court's approval in accordance with Section 330(a) of the Bankruptcy Code, Arent Fox will charge for its legal services on an hourly basis in

---

[4] JPMorgan has taken the position that Mr. Hazzard still represents JPMorgan as special counsel with respect to the Securities Litigation.

accordance with its ordinary and customary hourly rates for services of this type and nature and for this type of matter in effect on the date such services are rendered and for its actual, reasonable and necessary out-of-pocket disbursements incurred in connection therewith. The following are Arent Fox's current hourly rates for work of this nature:

| | | |
|---|---|---|
| (a) | Partners: | $465 - $840 |
| (b) | Of Counsel: | $465 - $760 |
| (c) | Associates: | $290 - $540 |
| (d) | Paraprofessionals: | $150 - $270 |

17.    The rates set forth above are subject to periodic review and adjustment and are set at a level designed to fairly compensate Arent Fox for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. Generally, the rates are subject to an increase at the beginning of each calendar year. It is Arent Fox's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone, telecopier and other charges, mail and express and overnight mail charges, special or hand delivery charges, photocopying charges, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. Arent Fox will charge the Debtors' estates for these expenses in a manner and at rates consistent with charges made generally to Arent Fox's other clients. Arent Fox believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients. Arent Fox will seek reimbursement of its expenses as allowed pursuant to the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and Orders of this Court.

NYC/435140.5

18.     Arent Fox did not receive a retainer with respect to its proposed representation of the Committee.

19.     Arent Fox will not represent any entity other than the Committee in these Chapter 11 cases.

## CONCLUSION

20.     Based upon the information available to me, and except as otherwise described herein, Arent Fox holds no interest adverse to the Committee, the Debtors, their estates, or their creditors as to the matters in which it is to be employed other than the representation of the Committee. I believe that Arent Fox is a "disinterested person" as defined in Section 101(14) of the Bankruptcy Code. I know of no reason why Arent Fox cannot act as attorneys for the Committee. The foregoing constitutes the statement of Arent Fox pursuant to Section 1103 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014–1.

Executed this 18th day of June 2009, at New York, New York.

                              /s/ Andrew I. Silfen
                              Andrew I. Silfen

NYC/435140.5

## EXHIBIT 1

**Debtors**

Norwood Promotional Products Holdings, Inc. *aka:*
  *CPTM, Inc.*
  *Norwood.com, Inc.*
  *NPPI GP, LLC*
  *Gerber Industries, Ltd.*
  *Norwood LCP, Inc.*
  *Advertising Unlimited, Inc. AUI*
  *Norwood Executive Management, L.P.*
  *NPPI Holdings, Inc.*
  *Norwood Canada, Ltd.*
  *Norwood Acquisition Corp.*
  *Chicago Price Tag Manufacturing Co., Inc.*
  *NPPI Intermediate, Inc.*
  *Norwood Intermediate, Inc.*
  *NPPI LP, LLC*
  *Duratec Corp.*
  *Janesville Group, Limited*
  *Letts of London, Ltd.*
  *The McCleery-Cumming Company, Inc.*
  *Key Industries, Inc.*
  *Air-Tex Corp.*
  *Artmold Products Corp.*
  *Renaissance Publishing Company, Inc.*
  *Radio Cap Company, Inc.*
  *Barlow Promotional Products, Inc.*
  *Souvenir, Inc.*
  *Norwood Collection, L.P.*
  *Barlow Acquisition, Inc.*
  *AUI Acquisition Corp.*
  *Radio Cap, LP*
Norwood Promotional Products, Inc.
Norwood Operating Company, LLC
Advertising Unlimited, LLC
The McCleery-Cumming Company, LLC
Renaissance Publishing Company, LLC

**Officers & Directors**

Paul Lage (President and Chief Executive Officer)
Keith A. Maib (Chief Financial Officer)

**Equity Holders**

ING Senior Income Fund

ING Prime Rate Trust
Avenue Special Situations Fund III, LP
Bank One
Nuveen Senior Income Fund
First Dominion Funding III
ING Prime Rate (f/k/a Pilgrim)
CS Credit Suisse Strategies Master Fund, Ltd.
Credit Suisse Loan Funding, LLC
Credit Suisse First Boston
Archimedes Funding III, Ltd.
Allstate Life Insurance Company
ML CLO XX Pilgrim America
Credit Suisse Asset Mgmt. Syn. Loan Fund
Centurian CDO III, Ltd.
Merrill Lynch, Pierce, Fenner & Smith, Inc.
Bank of America, N.A.
PPM Spyglass Funding Trust
Norwood Promotional Products Holdings, Inc.
Paul Lage
Bill Steckel
Joyce Johnson-Miller
Bob Boulware
Frank Bellis
Dave Trax
Robin Quinn
Joe DeVault
Jim Simone
Tim Dunford
Jim Gonzalez
Doug Miskimen
Warren Harris
David Scheiber
Kevin Flannery
Rich Shorten
Brad Scher
Patrick Kiefaber
Beth Williams
Jodi Purtee
Ken Hearld
Norwood Promotional Products, Inc.
Norwood Operating Company, LLC

**Debtors' Professionals**

Pauline K. Morgan, Esq.
Margaret Whiteman Greecher, Esq.
Edmon L. Morton, Esq.
Young Conaway Stargatt & Taylor, LLP
*Debtors' Counsel*

David L. Eaton, Esq.
Lisa G. Laukitis, Esq.
Alison C. Miller, Esq.
Barack S. Echols, Esq.
Garry W. Jaunal, Esq
Kirkland & Ellis LLP
*Debtors' Counsel*

Daniel C. McElhinney (Executive Director)
Epiq Bankruptcy Solutions, LLC
*Claims Agent*

Keith A. Maib (Managing Director)
Alan Bentley
Mackinac Partners, LLC
*Restructuring Advisor*

Matthew R. Niemann (Managing Director)
Houlihan Lokey Howard & Zukin Capital, Inc.
*Debtors' Investment Banker and Financial Advisor*

## **Members of the Official Committee of Unsecured Creditors**

Callaway Golf Company
c/o Suzanne McKinley

Unisource World Wide
Attn: James P. Salvadori

Acushnet Company
Attn: Denise Reyes

Hollco Int'l (HK) Ltd.
Attn: Wong Kam Tai

Ningbo Syloon Imp. & Exp. Co., Ltd.
Attn: Jerry Zhang

## **Committee's Professionals**

Neil R. Lapinski, Esq.
Rafael Xavier Zahralddin-Aravena, Esq.
Shelley A. Kinsella, Esq.
Elliott Greenleaf
*Local Counsel to the Official Committee of Unsecured Creditors*

Charles Berk
Karl Knechtel

CBIZ Mahoney Cohen
*Financial Advisors to the Official Committee of Unsecured Creditors*

Dr. Haishan Liu
*Chinese Language Translator*

## Thirty Largest Unsecured Creditors on a Consolidated Basis

Unisource Worldwide, Inc.
UPS
Titleist
GPE (Italy)
Callaway Golf Company
Victory Packaging
Expeditors Int'l Aus
Hollco International (H.K.) Limited (Hong Kong)
3M Promotional Markets
Nike
In Zone Products, Inc.
Thermo-Steel
Ningbo Syloon International (China)
Xerox Corporation
Merit Corporation
Rogers Whitley
IBM Corporation
Langer Construction Company
Williams Industries, Inc.
Dave Shepard Enterprises, Inc./Corp. Logo
AMG Holdings, Inc.
Index Industrial Corporation (Taiwan)
RIS Paper Company, Inc.
Chinagama Industrial Corp. (China)
Beifa Group Co. LTD (China)
Davro Products, Inc.
La Crosse Litho Supply LLC
Pride Manufacturing
Goodhue County Auditor/Treasurer
Cigna Healthcare

## Other Professionals / Parties Requesting Notice

Robert J. Dehney, Esq.
Gregory W. Werkheiser, Esq.
Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
*Counsel to the Bank of New York Mellon*

Scott C. Shelley, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP

*Counsel to the Bank of New York Mellon*

Terrence Grossman
FTI Consulting
*Financial Advisor to the Bank of New York Mellon*

David G. Aelvoet, Esq.
Linebarger Goggan Blair & Sampson, LLP
*Attorneys for Bexar County, TX*

Mike C. Buckley, Esq.
Kurt F. Gwynne, Esq.
Reed Smith LLP
*Attorneys for AMG Holdings, Inc.*

Kevin S. Mann, Esq.
Cross & Simon, LLC
*Counsel to In Zone, Inc.*

Jeffrey A. Hopper, Esq.
Mark R. Owens, Esq.
Barnes & Thornburg LLP
*Counsel to Williams Industries, Inc.*

Melissa A. Peña, Esq.
Norris, McLaughlin & Marcus, PA
*Attorneys for Davro Products, Inc.*

Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
*Counsel to Aurora Resurgence*

Richard H. Engman, Esq.
John K. Kane, Esq.
Jones Day
*Counsel to Aurora Resurgence*

Daniel K. Astin, Esq.
Anthony M. Saccullo, Esq.
Carl D. Neff, Esq.
Albert A. Ciardi, III, Esq.
Thomas D. Bielli, Esq.
Ciardi Ciardi & Astin
*Counsel to Thermo-Steel*

Colin B. Albaugh, Esq.
*Pension Benefit Guaranty Corporation*

Daniel F. Fiorillo, Esq.

Otterbourg, Steindler, Houston & Rosen, P.C.
*Counsel to Wachovia Bank, N.A.*

Christine R. Etheridge
IKON Financial Services

J. Scott Douglass
*Pro Se*

Linda Boyle
*tw telecom inc.*

Robert L. Barrows, Esq.
Warren, Drugan & Barrows, P.C.
*1331 North Pine Street, Ltd. and Lanark Street Venture, L.P.*

Joseph M. Coleman, Esq.
Kane Russell Coleman & Logan PC
*Acushnet Company*

Vicky Namken
*IBM Corporation*

Charles J. Brown, III, Esq.
Archer & Greiner, P.C.
*GPE Ardenghi*

## Lenders

Wachovia Bank, National Association
The Bank of New York Mellon (f/k/a The Bank of New York)
U.S. Bank National Association
AICCO, Inc., a subsidiary of AI Credit Corp.

## Term A, Term B, and Mezzanine Lenders

Oppenheimer
Satellite Asset Management, L.P.
CSFB
Atalaya Capital
Jefferies Asset Management LLC
Continental Casualty
Allstate
Longacre Management LLC
Merrill Lynch
Nuveen (BONY)
Epic Asset Management
Westgate Horizons Advisors LLC
Ameriprise Financial (Riversource)

ING
Avenue Capital
JP Morgan Chase/Bank One
Southpaw Asset Management
Summit Investment Partners LLC

## Banks (Bank Accounts)

TD Canada Trust
JP Morgan Chase
U.S. Bank
Bank of America (Hong Kong)
Bank of China (Guangzhou)
Bank of China (NingBo)
The Toronto-Dominion Bank
Wachovia

## Stalking Horse Bidder

Aurora Capital Management, LLC
Attn: Joshua Phillips

## Insurance Carriers

Factory Mutual Insurance Company
FM Mutual Insurance Company
New Hampshire Insurance Company
Great Northern Insurance Co.
Chubb Group of Ins. Co.
Factory Mutual Insurance Co.
Travelers
National Union Fire Insurance Co. (AIG)
American Home Assurance Company
Federal Insurance Co. (Chubb)
ACE Property and Casualty Co. (AIG)
XL Specialty Insurance Co.
Twin City Fire Insurance Co. (Hartford)
National Union Fire Insurance Co. of Pittsburgh, PA
Lockton Companies, Inc.

## Parties to Contracts/Leases

AMG Holdings, Inc.
Canon Financial Services, Inc.
Charlotte Mayahi, L.L.C.
ELG Hospitality, Inc.
Enterprise Rent-a-Car Company of Los Angeles
KFP Brooks Building, Ltd.
The Imaging Path

## Utilities

A-1 Disposal Service, Inc.
AT&T
All Points Communications Inc.
Alliant Energy
Alltel
Auburn City Utilities
Aztec Waste Inc.
Braun and Borth Sanitation
CCI-B Perry Brooks, LP
Cedar Rapids Municipal Utilities
Center Point Energy Minnegasco
Citrix Online
City of Auburn, IN
City of Austin, TX
City of Red Wing, MN
City of Sleepy Eye, MN
City Public Services, San Antonio, TX
Coremetrics, Inc.
Dynamics Broadband
Eblox Inc.
EGIX, inc./XILA
Genesys Conferencing
Global Crossing
Infocrossing, LLC
IPOP.COM
Janesville Water & Wastewater
McCarty Water & Waste
Midamerican Energy
NFRAME, Inc.
Northern Indiana Power & Light
Northern States Power Company
Qwest
San Antonio Water System
Sleepy Eye Telephone Company
SM Engineering Co.
Sprint
T-Mobile
TW Telecom
Upstream Software, Inc.
US Cellular
Verizon Wireless
Verizon
Waste Management (Carol Stream, IL)
Waste Management – Salvage (Louisville, KY)
Waste Management of San Antonio, TX
Waste Management of Wisconsin

Zixcorp

**United States Trustee for the District of Delaware and staff**

William K. Harrington, Assistant United States Trustee
Bonnie Anemone, Paralegal Specialist
David Buchbinder, Trial Attorney
Diane Giordano, Bankruptcy Analyst
Christine Green, Paralegal Specialist
Jeffrey Heck, Bankruptcy Analyst
Mark Kenney, Trial Attorney
Jane Leamy, Trial Attorney
Joseph McMahon, Trial Attorney
James R. O'Malley, Bankruptcy Analyst
Lauren O'Neal, OA Assistant
Michael Panacio, Bankruptcy Analyst
Richard Schepacarter, Trial Attorney
Ramona Vinson, OA Assistant
Michael West, Bankruptcy Analyst
Shakima L. Williams, Paralegal Specialist
Dion Wynn, Paralegal Specialist

EXHIBIT 2[5]

| Debtors' Party | Arent Fox Relationship |
|---|---|
| 3M Promotional Markets | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party |
| AICCO, Inc., a subsidiary of AI Credit Corp. | Current and Former Adverse Party; Current and Former Other Interested Party |
| Alliant Energy | Current Other Interested Party |
| Allstate | Former Client |
| Alltel | Former Adverse; Current and Former Other Interested Party |
| American Home Assurance Company | Current Client Friendly; Current and Former Adverse; Former Other Interested Party |
| AT&T | Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Auburn City Utilities | Current and Former Other Interested Party |
| Bank of America (Hong Kong) | Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Bank of America (parent of Merrill Lynch) and/or its affiliates | Former Client; Current Adverse Party; Current Other Interested Party |

---

[5] Party relationships are classified as: (i) Client; (ii) Former Client (no active matters are attributed to the client because all amounts have been billed and the entity or individual is no longer considered a client); (iii) Adverse; (iv) Other Interested Party (a party that is not a Client, a Former Client, Client Friendly or Adverse); (v) Client Friendly (a party who refers a client to Arent Fox; an affiliate of the client; possibly an officer or party who is not adverse to the client; or a party who is generally aligned with the Arent Fox client); (vi) Current Creditor (a party who is involved in another bankruptcy case involving an appearance by Arent Fox); (vii) Consumer Connection (a party with whom Arent Fox attorneys have some *de minimus* or consumer level connection, e.g., phone service, credit card or other personal goods or services); or (viii) Arent Fox Vendor Payment (a party to whom Arent Fox has issued a check, settlement payment, or paid for goods and services in the course of business).

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Bank of New York and/or its affiliates | Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Beth Williams | Former Client Friendly; Former Other Interested Party |
| Bonnie Anemone | Current Other Interested Party |
| Canon Financial Services, Inc. | Current and Former Adverse Party; Current and Former Other Interested Party |
| CBIZ Mahoney Cohen | Financial advisor to Committees to which Arent Fox is counsel. See paragraph 12 of Declaration.<br><br>Current Client; Current and Former Client Friendly; Current Adverse Party; Current and Former Other Interested Party |
| Charles Berk | Current Other Interested Party |
| Christine Green | Current Other Interested Party |
| Christine R. Etheridge | Current Adverse Party |
| Chubb Group of Ins. Co. | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Cigna Healthcare | Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| City of Austin, TX | Current Adverse Party |
| City Public Services, San Antonio, TX | Former Adverse; Current Other Interested Party |
| Continental Casualty Company | Current Client; Current Adverse Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Credit Suisse AG (parent of CS Credit Suisse Strategies Master Fund, Credit Suisse Loan Funding, Credit Suisse First Boston, & Credit Suisse Asset Mgmt Syn Loan Fund) and/or its affiliates | Former Client Friendly; Current Adverse Party; Current Other Interested Party |
| Curtis S. Miller, Esq. | Current Adverse Party |
| Daniel C. McElhinney (Executive Director) | Current Other Interested Party |
| David Buchbinder | Current Other Interested Party |
| Diane Giordano | Current Other Interested Party |
| Dion Wynn | Current Other Interested Party |
| Dr. Haishan Liu | Current Client Friendly; Current Other Interested Party. See paragraph 13 of Declaration. |
| Elliott Greenleaf P.C. | See paragraph 11 of Declaration. |
| Enterprise Rent-a-Car Company of Los Angeles | Current Adverse Party; Current Other Interested Party |
| Epiq Bankruptcy Solutions, LLC | Current and Former Adverse Party; Current Other Interested Party |
| Factory Mutual Insurance Company | Current and Former Other Interested Party |
| Federal Insurance Co. (Chubb) | Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Fox Rothschild LLP | Current and Former Client; Current Client Friendly; Former Adverse Party; Former Other Interested Party |
| FTI Consulting | Current Client Friendly; Former Other Interested Party |
| Global Crossing | Current and Former Adverse Party; Former Other Interested Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Great Northern Insurance Co. | Current Adverse; Former Other Interested Party |
| IBM | Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| IKON Financial Services | Current Other Interested Party |
| ING Groep NV (parent of ING Senior Income Fund, ING Prime Rate Trust, & ING Prime Rate f/k/a Pilgrim) and/or its affiliates | Former Client-Friendly; Current and Former Adverse Party |
| J. Scott Douglass | Current Other Interested Party |
| James R. O'Malley | Current Other Interested Party |
| Jane Leamy | Current Other Interested Party |
| Jeffrey Heck | Current Other Interested Party |
| Jones Day | Former Client; Former Client Friendly; Current and Former Other Interested Party |
| Joseph McMahon | Current Other Interested Party |
| JPMorgan Chase & Co. and/or its affiliates | See paragraph 14 of Declaration. |
| Kirkland & Ellis | Former Client Friendly |
| Lauren O'Neal | Current Other Interested Party |
| Linebarger Goggan Blair & Sampson, LLP | Current and Former Adverse Party; Current Other Interested Party |
| Mark Kenney | Current Other Interested Party |
| Michael Panacio | Current Other Interested Party |
| Michael West | Current Other Interested Party |
| Midamerican Energy | Current Other Interested Party |
| Morris, Nichols, Arsht & Tunnell LLP | Current and Former Adverse Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA (AIG) | Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Neil R. Lapinski, Esq. | Current Other Interested Party |
| New Hampshire Insurance Company | Current Client Friendly; Former Adverse Party; Current Other Interested Party |
| Nike | Current Client; Current Adverse Party |
| Norris, McLaughlin & Marcus, PA | Former Client |
| Northern States Power Company | Former Client Friendly; Former Other Interested Party |
| Pauline K. Morgan, Esq. | Current Adverse Party |
| Pension Benefit Guaranty Corporation | Carol Connor Cohen, a Partner at Arent Fox, was PBGC Deputy General Counsel from 1987 to 1989, and General Counsel from 1989 to 1995.<br><br>Nancy Heermans, a Partner at Arent Fox, was employed at PBGC from 1990 to 2006 as Senior Counsel, Assistant General Counsel, and Associate Chief Counsel for Litigation.<br><br>Former Client; Former Client Friendly; Current and Former Adverse Party; Current Other Interested Party |
| Qwest | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Ramona Vinson | Current Other Interested Party |
| Reed Smith LLP | Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Richard L. Schepacarter | Current Other Interested Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| Robert J. Dehney, Esq. | Current Adverse Party |
| Shakima L. Williams | Current Other Interested Party |
| Sprint | Current Client; Current and Former Adverse Party; Current and Former Other Interested Party |
| The Bank of New York Mellon (f/k/a The Bank of New York) | Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| The Toronto-Dominion Bank | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Titleist | Former Client Friendly; Former Adverse Party; Former Other Interested Party |
| T-Mobile | Current Client; Current and Former Adverse Party; Current and Former Other Interested Party |
| Travelers | Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Twin City Fire Insurance Co. (Hartford) | Former Adverse Party; Current Other Interested Party |
| U.S. Bank National Association | Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Unifi Mutual Holding Co. | A subsidiary, Acacia Federal Savings Bank, is a Current Client |
| Unisource Worldwide Inc | Former Client; Former Adverse Party |
| UPS | Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |

| Debtors' Party | Arent Fox Relationship |
|---|---|
| US Cellular | Former Other Interested Party |
| Verizon | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Verizon Wireless | Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Wachovia Bank, National Association | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| Waste Management (Carol Stream, IL) | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| William K. Harrington | Current Other Interested Party |
| Xerox Corp | Current and Former Client; Current and Former Client Friendly; Current and Former Adverse Party; Current and Former Other Interested Party |
| XL Specialty Insurance Co. | Current Adverse Party; Current Other Interested Party |