# EXHIBIT B

1.  **Committee Chair**
    Unisource World Wide
    Attn: James P. Salvadori
    850 N. Arlington Heights Rd.
    Bartlett, IL 60143
    Phone: 630-885-7821
    Fax: 866-797-2684

2.  Callaway Golf Company
    c/o Suzanne McKinley
    2180 Rutherford Rd.
    Carlsbad, CA 92008
    Phone: 760-930-5736
    Fax: 760-930-5022

3.  Acushnet Company
    Attn: Denise Reyes
    PO Box 965
    Fairhaven. MA 02719
    Phone: 508-979-3485
    Fax: 508-979-3913

4.  Hollco Int'l (HK) Ltd.
    Attn: Wong Kam Tai
    Unit 901 91F
    Lippo Sun Plaza
    28 Canton Rd.
    Kowloon, Hong Kong
    Phone: 852-2376-0369
    Fax: 852-2376-0076

5.  Ningbo Syloon Imp. & Exp. Co., Ltd.
    Attn: Jerry Zhang
    No.1608-1611, Office Park.No.535
    Qing Shui Qiao Road
    NingBo,China
    Phone: +86-574-87731139
    Fax: +86-574-87716808

NYC/435086.2