IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORWOOD PROMOTIONAL PRODUCTS | : | Case No. 09-11547 (PJW) |
| HOLDINGS, INC., *et al.*,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

**CERTIFICATE OF SERVICE REGARDING
THE APPLICATION FOR AN ORDER AUTHORIZING EMPLOYMENT
AND RETENTION OF ARENT FOX LLP AS ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO MAY 14, 2009**

I, Shelley A. Kinsella, Esquire, proposed Delaware and conflicts counsel to the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the Application for an Order Authorizing Employment and Retention of Arent Fox LLP as Attorneys for the Official Committee of Unsecured Creditors *Nunc Pro Tunc* to May 14, 2009 to be served on June 18, 2009 via hand delivery on all local parties, via U.S. First Class Mail, and via Foreign First Class Mail upon the remaining parties listed on the attached service list.

DATED: June 18, 2009

ELLIOTT GREENLEAF

_____
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: sak@elliottgreenleaf.com

*Proposed Delaware Counsel for the Official
Committee of Unsecured Creditors*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Norwood Promotional Products Holdings, Inc. (9391); Norwood Promotional Products, Inc. (4534); Norwood Operating Company, LLC (3446); Advertising Unlimited, LLC (4435); The McCleery-Cumming Company, LLC (2652); and Renaissance Publishing Company, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

| | |
|---|---|
| David G. Aelvoet, Esq<br>Linnebarger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205<br>(Bexar County)<br>***First Class Mail*** | Thomas Becker<br>Sitrick and Company<br>655 Third Avenue, 22nd Floor<br>New York, NY 10017<br>(Public Relations firm for Norwood Promotional Products, Inc.)<br>***First Class Mail*** |
| Lauren Bernstein, Esq<br>Kelli Keenan, Esq.<br>Kaye Scholer LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(Mezzanine Lenders and Existing Term B Lenders Counsel)<br>***First Class Mail*** | Marc Breier<br>Robert Strack<br>Steven Walfisch<br>Wachovia Capital Finance/Wells Fargo<br>1133 Avenue of the Americas<br>New York, NY 10036<br>(DIP Lender, Existing Revolver Lender)<br>***First Class Mail*** |
| Mike C. Buckley, Esq<br>Reed Smith LLP<br>1999 Harrison Suite 2400<br>Oakland, CA 94612<br>(AMG Holdings, Inc.)<br>***First Class Mail*** | Joseph M. Coleman<br>Kane Russell Coleman & Logan PC<br>3700 Thanksgiving Tower<br>1601 Elm Street<br>Dallas, Texas 75201<br>***First Class Mail*** |
| Ryan Chin<br>James Oh<br>Wells Fargo<br>2450 Colorado Avenue, Suite 3000 West<br>Santa Monica, CA 90404<br>(Exit Senior Lender)<br>***First Class Mail*** | Robert J. Dehney, Esq<br>Gregory W. Werkheiser, Esq.<br>Curtis Miller, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilimington, DE 19801<br>(Bank of New York Mellon)<br>***Hand Delivery*** |
| Anthony DiSimone<br>Peter Leibman<br>Ashish Tolia<br>Joshua Phillips<br>Aurora Resurgence Management LLC<br>10877 Wilshire Boulevard, Suite 2200<br>Los Angeles, CA 90024<br>(Plan Sponsor)<br>***First Class Mail*** | Ira Dizengoff, Esq<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, New York 10036<br>(Certain Mezzanine Lenders)<br>***First Class Mail*** |

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010
(J. Scott Douglass, Unsecured Creditor)
*First Class Mail*

Steven M. Ellis, Esq
Stephen A. Boyko, Esq.
Gary J. Creem, Esq.
Sabrina Rusnak-Carlson, Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110
(LBC Credit Partners Counsel)
*First Class Mail*

Christine R. Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208
(IKON Financial Services)
*First Class Mail*

David E. Fraimow
Christopher J. Calabrese
LBC Credit Partners
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(Exit Second Lien Lender)
*First Class Mail*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

David Eaton, Esq
Garry W. Jaunal, Esq.
Gregory Gallagher, Esq.
Gergory C. Vogelsperger, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
(Norwood Promotional Products, Inc.)
*First Class Mail*

Richard H. Engman, Esq
Victor Gatti, Esq.
Robert de Silva Ashley, Esq.
Brett Barragate, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Aurora (Debt))
*First Class Mail*

Daniel F. Fiorillo, Esq
David Morse, Esq.
Evan M. Friedman, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
(Wachovia Counsel)
*First Class Mail*

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(AMG Holdings, Inc.)
*Hand Delivery*

Susheel Kirpalani, Esq
Scott C. Shelley, Esq.
Daniel Holzman, Esq.
Marc A. Pallacino, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(Term A Lenders Counsel)
*First Class Mail*

Lisa Laukitis, Esq
Matthew Dysart, Esq.
Alison Miller, Esq.
Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022
(Norwood Promotional Products, Inc.)
*First Class Mail*

Keith A. Maib
Joe Cade
Paul M. Lage
Kathi Pugh
Norwood Promotional Products Holdings, Inc.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
(Norwood Promotional Products Holdings, Inc.)
*First Class Mail*

Kevin S. Mann, Esq.
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19801
(In Zone, Inc.)
*Hand Delivery*

Dan K. Matthews
Susan Gordon
Mackinac Partners, LLC
180 High Oak, Suite 100
Bloomfield Hills, MI 48304
(Norwood Promotional Products, Inc.)
*First Class Mail*

Michael Messersmith, Esq
3 First National Plaza
Kaye Scholer LLP
70 West Madison Street, Suite 4100
Chicago, IL 60602
(Mezzanine Lenders and Existing Term B Lenders Counsel)
*First Class Mail*

Bruce D. Meyer, Esq
Candice S. Choh, Esq.
Stephen L. Tolles, Esq.
Peter W. Wardle, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(Counsel to Aurora (Equity))
*First Class Mail*

Francis A. Monaco, Jr., Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
P.O. Box 2031
Wilmington, DE 19899-2031
(Postpetition Lender)
*Hand Delivery*

Pauline K. Morgan, Esq.
Edmon L. Morton, Esq.
Margaret Whiteman Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
(Counsel to Debtors)
*Hand Delivery*

Jennifer S. Perkins, Esq
Joshua A. Tinkelman, Esq.
Jude M. Gorman, Esq.
Len Gray, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(ING Counsel)
*First Class Mail*

Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(US Trustee Office)
*Hand Delivery*

| | |
|---|---|
| Secretary of State<br>Franchise Tax Division<br>Division of Corporations<br>P.O. Box 7040<br>Dover, DE 19903<br>*First Class Mail* | Securities & Exchange Commission<br>Office of the Inspector General<br>Attn: Christopher Cox<br>100 F Street, NE<br>Washington, DC 20549<br>*First Class Mail* |
| Securities and Exchange Commission<br>Attn: Regional Director<br>Securities and Exchange Commission<br>New York Regional Office, 3 World Financial Center,<br>Suite 400<br>New York, NY 10281<br>*First Class Mail* | Scott C. Shelley, Esq<br>Gregory W. Werkheiser, Esq.<br>Curtis Miller, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(Bank of New York Mellon)<br>*First Class Mail* |
| Ellen W. Slights, Esq.<br>Assistant United States Attorney<br>U.S. Attorney's Office<br>1007 Orange Street, Suite 700<br>PO Box 2046<br>Wilmington, DE 19899-2046<br>*Hand Delivery* | Michael Solecki, Esq<br>Jones Day<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>(Aurora (Debt))<br>*First Class Mail* |
| David Watson<br>Scott Jackson<br>Matthew Niemann<br>Houlihan Lokey Howard & Zukin Capital, Inc.<br>123 N. Wacker Drive, 4th Floor<br>Chicago, IL 60606<br>(Norwood Promotional Products Inc. (Investment Banker))<br>*First Class Mail* | Robert Wilson<br>ING Investments<br>7337 E Doubletree Ranch Road<br>Scottsdale, AZ 85258<br>(Major Shareholder in Company)<br>*First Class Mail* |
| Gary T. Zussman, Esq<br>Bridget G. McLaughlin, Esq.<br>Goldberg Kohn<br>55 East Monroe Street, Suite 3300<br>Chicago, IL 60603<br>(Wells Fargo Counsel)<br>*First Class Mail* | Jeffrey A. Hopper<br>Mark R. Owens<br>BARNES&THORNBURG LLP<br>11 SouthMeridian Street<br>Indianapolis, IN 46204<br>*First Class Mail* |

MELISSA A. PEÑA
NORRIS, McLAUGHLIN & MARCUS, PA
875 Third Avenue
18th Floor
New York, New York 10022
*First Class Mail*

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
*First Class Mail*

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
Citizens Bank Center
919 North Market Street, Suite 700
Wilmington, DE 19801
*Hand Delivery*

Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
2005 Market Street, Suite 1930
Philadelphia, PA 19103
*First Class Mail*

Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, Texas 78215
*First Class Mail*

ATTN: Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234
*First Class Mail*

Charles J. Brown, III, Esq.
ARCHER & GREINER PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
*First Class Mail*