IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NPPI Holdings Inc., et al.,[1] | : | Case No. 09-11547 (PJW) |
| | : | (Jointly Administered) |
| | : | |
| Debtors. | : | **Hearing: Only If Objection Filed** |
| | : | **Obj. Deadline: 9/11/2009 @ 4:00 PM** |

## NOTICE OF THIRD MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009, AND FOR ALLOWANCE OF COMPENSATION OF FEES FOR TRANSLATION SERVICES PROVIDED TO THE COMMITTEE BY DR. HAISHAN LIU

TO: The Notice Parties as defined in the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professional and Official Committee Members ("Interim Compensation Order") (Docket No. 142) and parties pursuant to Fed. R. Bankr. Pr. 2002(a)(6).

**PLEASE TAKE NOTICE** that on August 27, 2009, Arent Fox LLP, co-counsel to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") filed the attached **Third Monthly Application of Arent Fox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2009 through July 31, 2009 and for allowance of compensation of fees for translation services provided to the Committee by Dr. Haishan Liu** (the "Application"). The Application seeks the **allowance** of fees in the amount of **$84,874.50** (80%, $67,899.60) and expenses in the amount of **$1,736.26** for the period **July 1, 2009 through and including July 31, 2009** and **payment** of 80% of fees in the amount of **$67,899.60** and 100% of the expenses in the amount of **$1,736.26** pursuant to the Interim Compensation Order and for **allowance** of compensation of fees for translation services provided to the Committee by Dr. Haishan Liu in the amount of **$17,491.50**. The Application has been filed and served on the Notice Parties pursuant to the Interim Compensation Order. Notice of the Application has been filed and served on all parties requesting notice pursuant to Fed. R. Bankr. Pr. 2002.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc. (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446) NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the relief requested in the Application must be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and received on or **before September 11, 2009 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that any Objections must also be served upon the following parties so as to be **received no later than 4:00 p.m. (prevailing Eastern Time) on September 11, 2009:**

(i) the Debtors, Norwood Promotional Products Holdings, Inc., 10 West Market Street, Suite 1400, Indianapolis, Indiana 46204, Attn: Joseph Cade; (ii) counsel for Norwood, (a) Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, New York 10022-4611, Attn.: Lisa G. Laukitis and Alison C. Miller, and (b) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, Delaware 19899-0391, Attn: Edmon L. Morton and Margaret Whiteman Greecher; (iv) counsel for the Official Committee of Unsecured Creditors, Arent Fox LLP, 1675 Broadway, New York, New York 10019, Attn: Schuyler Carroll and George Angelich; and (v) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Richard Schepacarter.

**PLEASE TAKE FURTHER NOTICE** THAT PURSUANT TO THE INTERIM COMPENSATION ORDER, IF NO OBJECTIONS ARE FILED IN ACCORDANCE WITH THE ABOVE PROCEDURE, THE DEBTORS WILL BE AUTHORIZED TO PAY EIGHTY PERCENT (80%) OF REQUESTED FEES AND ONE HUNDRED (100%) OF REQUESTED EXPENSES WITHOUT FURTHER COURT ORDER.

**PLEASE TAKE FURTHER NOTICE** THAT ONLY IF AN OBJECTION IS PROPERLY AND TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH PURSUANT TO THE INTERIM COMPENSATION ORDER WILL A HEARING BE HELD ON THE APPLICATION.

Dated: August 27, 2009
Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (DE Bar No. 3645)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com

*Delaware and Conflicts Counsel for the Official Committee of Unsecured Creditors*