# EXHIBIT A

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, ET AL. - OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

Invoice Number 1210744
Invoice Date   08/20/09
Client Number  031557

---

| Category | Hours | Total |
|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2009

| | | Hours | Total |
|---|---|---|---|
| 00000 | General | .00 | 1,736.26 |
| 00001 | Petition, Schedules, First Day Orders | .80 | 336.50 |
| 00002 | Case Management and Operating Reports | .10 | 38.00 |
| 00003 | Corporate and Business Matters | 9.50 | 5,481.50 |
| 00004 | Sale and Disposition of Assets | 33.30 | 17,109.00 |
| 00006 | Claims Administration and Objections | 7.50 | 4,767.50 |
| 00007 | Miscellaneous Motions and Objections | 9.70 | 3,819.00 |
| 00008 | Committee and Debtor Communications, Conference | 24.10 | 10,740.50 |
| 00009 | Adversary Proceedings | 8.00 | 4,323.00 |
| 00010 | Professional Retention | 3.10 | 1,592.00 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 7.20 | 4,615.50 |
| 00012 | Cash Collateral and DIP Financing | 40.20 | 20,842.00 |
| 00014 | Real Estate and Leasing and Executory Contracts | 4.40 | 1,693.50 |
| 00015 | Creditor Inquiries | .60 | 231.00 |
| 00022 | Fee Applications | 25.20 | 9,285.50 |
| Totals | | 173.70 | 86,610.76 |

(00000) MATTER NUMBER
RE:   General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

FOR CHARGES:

| | | |
|---|---|---:|
| 05/20/09 | PHONE CHARGES User George Angelich called (412) 370-7029 on 05/20/2009 at 11:20 hrs (for 22 mins) | 2.20 |
| 06/05/09 | PHONE CHARGES User George Angelich called (312) 862-2000 on 06/05/2009 at 16:30 hrs (for 26 mins) | 2.60 |
| 06/09/09 | PHONE CHARGES User George Angelich called (610) 503-7442 on 06/09/2009 at 17:25 hrs (for 24 mins) | 2.40 |
| 06/12/09 | PHONE CHARGES User George Angelich called (610) 503-7442 on 06/12/2009 at 16:52 hrs (for 20 mins) | 2.00 |
| 07/13/09 | PHONE CHARGES User Schuyler Carroll called (301) 312-6960 on 07/13/2009 at 19:17 hrs (for 31 mins) | 3.10 |

**TOTAL FOR: PHONE CHARGES**          **12.30**

| | | |
|---|---|---:|
| 07/31/09 | OTHER DATABASE SEARCH-pacer 05/01/09-06/30/09 | 158.70 |
| 07/31/09 | OTHER DATABASE SEARCH-pacer 05/01/09-06/30/09 031557.00002 has status open for time entre only | 63.13 |
| 07/31/09 | OTHER DATABASE SEARCH-pacer 05/01/09-06/30/09 031557.00009 has status open for time entre only | 12.48 |

**TOTAL FOR: OTHER DATABASE SEARCH**          **234.31**

| | | |
|---|---|---:|
| 07/14/09 | WESTLAW User:   ARNOLD,RONNI | 29.27 |
| 07/14/09 | WESTLAW User:   ARNOLD,RONNI | 8.13 |
| 07/14/09 | WESTLAW User:   ARNOLD,RONNI | 757.54 |
| 07/15/09 | WESTLAW User:   ARNOLD,RONNI | 16.25 |
| 07/16/09 | WESTLAW User:   CONSTANTINO,NOVA | 113.80 |

**TOTAL FOR: WESTLAW**          **924.99**

| | | |
|---|---|---:|
| 07/24/09 | OVERTIME MEALS & CABS PETTY CASH - R. ARNOLD 6/16 & 6/22 | 40.28 |
| 07/27/09 | OVERTIME MEALS & CABS - PETTY CASH - R. ARNOLD 7/14 | 35.86 |
| 07/27/09 | OVERTIME MEALS & CABS PETTY CASH - R. ARNOLD 7/6 & 7/9 | 35.61 |
| 07/06/09 | OVERTIME MEALS & CABS - SCHUYLER CARROLL 0706:WORKING LUNCH | 14.09 |
| 07/07/09 | OVERTIME MEALS & CABS - SCHUYLER CARROLL 0707:WORKING LUNCH | 13.82 |

**TOTAL FOR: OVERTIME MEALS & CABS**          139.66

07/02/09   TAXICABS - SCHUYLER CARROLL                        26.00
           0702:PARKING

**TOTAL FOR: TAXICABS**          26.00

06/23/09   OUT-OF-TOWN TRANSPORTATION - JEFFREY             155.00
           N. ROTHLEDER 0623:AMTRAK:TRAVEL DEST:
           WILMINGTON, DE
06/23/09   OUT-OF-TOWN TRANSPORTATION - JEFFREY              10.00
           N. ROTHLEDER 0623:TRAIN TICKET CHANGE
           FEE:TRAVEL DEST: WILMINGTON, DE:
           ACCREDITED HOME LENDERS COURT HEARING
07/15/09   OUT-OF-TOWN TRANSPORTATION - RONNI               219.00
           ARNOLD 0715:AMTRAK:TRAVEL DEST:
           WILMINGTON, DE
07/15/09   OUT-OF-TOWN TRANSPORTATION - RONNI                15.00
           ARNOLD 0715:BCD TRAVEL FEE:TRAVEL
           DEST: WILMINGTON, DE

**TOTAL FOR: OUT-OF-TOWN TRANSPORTATION**     399.00

                                                       -------------
              CURRENT CHARGES                             1,736.26

              SUBTOTAL FOR THIS MATTER                   $1,736.26

(00001) MATTER NUMBER
RE:   Petition, Schedules, First Day Orders

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/06/09 | GA  ANGELICH | Confer with Ronni Arnold re preparing memo summarizing schedules and statement of financial affairs | .3 | 144.00 |
| 07/13/09 | RN  ARNOLD | Meeting with George Angelich to discuss schedules memo, dates and deadlines memo, and July 15 hearing memo. | .5 | 192.50 |

CURRENT FEES                                336.50

TIMEKEEPER TIME SUMARY
-------------------------------------------------------------
| GEORGE ANGELICH | .3 | at $480.00 = | 144.00 |
| RONNI N. ARNOLD | .5 | at $385.00 = | 192.50 |
| TOTALS | 0.8 | | 336.50 |

SUBTOTAL FOR THIS MATTER                  $336.50

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|---|-------|-------|
| 07/15/09 | DJ  KOZLOWSKI | Office conference with George Angelich re changes to dates and deadlines memorandum. | .1 | 38.00 |

                                          CURRENT FEES                        38.00


                      TIMEKEEPER TIME SUMARY
-----------------------------------------------------------
| DAVID J. KOZLOWSKI | .1 | at  $380.00 = | 38.00 |
|---|---|---|---|
| TOTALS | 0.1 | | 38.00 |

                      SUBTOTAL FOR THIS MATTER              $38.00

(00003) MATTER NUMBER
RE:  Corporate and Business Matters

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 07/06/09 | SG | CARROLL | Telephone calls and e-mails with Charlie Berk, James Murphy, Chip Spiegel re establishing escrow account with USBank to hold dollars being distributed to unsecured creditors. | 1.4 | 938.00 |
| 07/07/09 | SG | CARROLL | Telephone calls and e-mails with Charlie Berk, David Eaton re amounts to be segregated to reserve for administrative expenses and distribution to unsecured creditors. | .6 | 402.00 |
| 07/09/09 | SG | CARROLL | Telephone calls and e-mails with Charlie Berk, Chip Spiegel, Terrence Grossman, Keith Maib re establish escrow account with USBank to hold dollars being distributed to unsecured creditors. | .6 | 402.00 |
| 07/10/09 | RN | ARNOLD | Correspondence with U.S. Bank, Schuyler Carroll, George Angelich and Charlie Berk regarding transfer of sale funds for benefit of unsecured creditors to U.S. Bank. | .8 | 308.00 |
| 07/10/09 | SG | CARROLL | Telephone calls and e-mails with Monica Murray, Charlie Berk, Chip Spiegel, Ronni Arnold, Jim Murphy, George Angelich re establishing an escrow account with USBank to hold dollars being distributed to unsecured creditors. | 2.8 | 1,876.00 |
| 07/13/09 | SG | CARROLL | Telephone calls and e-mails with Scott Callahan, George Angelich, Ronni Arnold, Jim Murphy re establishing escrow account with USBank to hold dollars being distributed to unsecured creditors. | .7 | 469.00 |
| 07/13/09 | RN | ARNOLD | Review escrow agreement provided by U.S. Bank; correspondence with Schuyler Carroll and George Angelich regarding the same. | .9 | 346.50 |
| 07/14/09 | GA | ANGELICH | Phone call with Barbara Nastro of US Bank | .2 | 96.00 |
| 07/17/09 | RN | ARNOLD | Review committee bylaws regarding name change of debtor; correspondence regarding the same. | .8 | 308.00 |
| 07/22/09 | GA | ANGELICH | Follow up with US Bank re deposit of funds | .2 | 96.00 |
| 07/29/09 | GA | ANGELICH | Phone call to Karen Myers of US Bank | .1 | 48.00 |

| 07/30/09 | GA | ANGELICH | Follow up phone call to Karen Myers of US Bank | .1 | 48.00 |
| 07/30/09 | GA | ANGELICH | Confer with Charles Berk re deposit of funds with US Bank | .3 | 144.00 |

```
                                                    -------------
              CURRENT FEES                             5,481.50
```

### TIMEKEEPER TIME SUMARY

```
----------------------------------------------------------
SCHUYLER CARROLL        6.1    at  $670.00 =    4,087.00
GEORGE ANGELICH          .9    at  $480.00 =      432.00
RONNI N. ARNOLD         2.5    at  $385.00 =      962.50
                        ----                   ---------
        TOTALS          9.5                     5,481.50

              SUBTOTAL FOR THIS MATTER                 $5,481.50
```

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/01/09 | SG  CARROLL | Telephone conference with David Eaton, Grant Riedesel, Alison Miller, Bill Burke, Keith Maib, Charlie Berk, Karl Knechtel re analysis of closing payments and amounts to be set aside for unsecured creditors. | 1.4 | 938.00 |
| 07/01/09 | SG  CARROLL | Preparation for telephone conference re closing payments. | .7 | 469.00 |
| 07/01/09 | SG  CARROLL | Telephone calls and e-mails with David Eaton, Grant Riedesel, David Agay, Alison Miller, Bill Burke, Keith Maib, Charlie Berk, Karl Knechtel re analysis of closing payments and amounts to be set aside for unsecured creditors. | 1.7 | 1,139.00 |
| 07/03/09 | RN  ARNOLD | Telephone call and correspondence with Dan Fiorello regarding closing of sale transaction. | .2 | 77.00 |
| 07/03/09 | RN  ARNOLD | Correspondence with Schuyler Carroll and George Angelich regarding closing of Norwood sale transaction with respect to what steps, if any, we want to take to stop the closing until Arent Fox reviewed all of the deal documents and signed off. | .8 | 308.00 |
| 07/03/09 | RN  ARNOLD | Telephone call with Schuyler Carroll and George Angelich regarding closing of Norwood sale transaction and obtaining further information from Kirkland & Ellis. | .2 | 77.00 |
| 07/03/09 | RN  ARNOLD | Correspondence regarding purchase price calculation schedule. | .2 | 77.00 |
| 07/03/09 | SH  HAUSNER | Conference call regarding sale and closing. | 1.5 | 1,102.50 |
| 07/03/09 | GA  ANGELICH | Confer with Ronni Arnold and Schuyler Carroll regarding status of  closing. | .6 | 288.00 |
| 07/03/09 | GA  ANGELICH | Confer with Ronni Arnold re closing | .4 | 192.00 |
| 07/03/09 | GA  ANGELICH | Correspond and confer with Sandy Hausner, Schuyler Carroll, Charles Berk, Karl Knechtel and Ronni Arnold re closing of transaction with BIC | 1.1 | 528.00 |
| 07/03/09 | GA  ANGELICH | Correspond with Dan Fiorillo re closing and distribution of sale proceeds | .1 | 48.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/04/09 | RN | ARNOLD | Correspondence with Dan Fiorello, Schuyler Carroll and George Angelich regarding closing of Norwood transaction and post-closing reconciliation issues. | .3 | 115.50 |
| 07/06/09 | SG | CARROLL | Telephone calls and e-mails with Charlie Berk, David Eaton re amounts to be segregated to reserve for administrative expenses and distributions to unsecured creditors. | 1.3 | 871.00 |
| 07/06/09 | SG | CARROLL | Review and revise memorandum to committee re closing of sale by BIC. | .8 | 536.00 |
| 07/06/09 | SG | CARROLL | E-mails with Ronni Arnold re revisions to memorandum. | .3 | 201.00 |
| 07/06/09 | GA | ANGELICH | Phone call to Alison Miller and request closing documents | .1 | 48.00 |
| 07/06/09 | GA | ANGELICH | Review sale proceeds calculation analyzed by CBIZ | .1 | 48.00 |
| 07/06/09 | GA | ANGELICH | Review Bid Procedures and correspond with CBIZ re reduced termination payments due to Aurora | .3 | 144.00 |
| 07/06/09 | GA | ANGELICH | Review revised funds flow analysis by CBIZ | .2 | 96.00 |
| 07/06/09 | GA | ANGELICH | Confer with Sandy Hausner and Ronni Arnold re closing | .2 | 96.00 |
| 07/07/09 | SG | CARROLL | Telephone calls and e-mails with Charlie Berk, Chip Spiegel, Terrence Grossman, David Eaton re establishing escrow account with USBank to hold dollars being distributed to unsecured creditors. | .9 | 603.00 |
| 07/07/09 | SG | CARROLL | Review and revise memorandum to committee re closing of sale by BIC. | .7 | 469.00 |
| 07/07/09 | SG | CARROLL | E-mails with Ronni Arnold re revisions to memorandum. | .2 | 134.00 |
| 07/07/09 | RN | ARNOLD | Correspondence with Alison Miller and Arent Fox team regarding schedules to APA. | .2 | 77.00 |
| 07/07/09 | AZ | ZACHARIAH | Review Debtors' Statement of Financial Condition and Schedules and prepare summary memorandum | 7.2 | 2,700.00 |
| 07/07/09 | AZ | ZACHARIAH | Discuss Norwood case and docket with R. Arnold. | .2 | 75.00 |
| 07/07/09 | DJ | KOZLOWSKI | Review of correspondence to committee re closing of BIC sale. | .1 | 38.00 |
| 07/08/09 | GA | ANGELICH | Correspondence with Garry Jaunal and Jim Cretella re proposed stipulation governing distribution of sale proceeds | .2 | 96.00 |
| 07/08/09 | GA | ANGELICH | Phone call from Jeff Jonas re draft stipulation with Wachovia | .1 | 48.00 |
| 07/08/09 | GA | ANGELICH | Phone call from Garry Jaunal re draft stipulation with Wachovia | .6 | 288.00 |
| 07/08/09 | GA | ANGELICH | Meet with Ronni Arnold and review draft stipulation with Wachovia | .8 | 384.00 |

| Date | | | Description | | |
|------|---|---|---|---|---|
| 07/08/09 | GA | ANGELICH | Confer with Karl Knechtel re revisions to draft stipulation with Wachovia and need for clarification of funded amounts | .2 | 96.00 |
| 07/08/09 | GA | ANGELICH | Confer with Schuyler Carroll re revisions to draft stipulation with Wachovia and need for clarification of funded amounts | .4 | 192.00 |
| 07/08/09 | GA | ANGELICH | Confer with Sandy Hausner re review of Termination Agreement and stipulation with Wachovia | .3 | 144.00 |
| 07/09/09 | GA | ANGELICH | Conference call with Charles Berk re settlement funds and revised stipulation | .2 | 96.00 |
| 07/09/09 | GA | ANGELICH | Conference call with Charles Berk re revisions to stipulation to include breakdown of carveout | .2 | 96.00 |
| 07/09/09 | GA | ANGELICH | Meet and confer with Ronni Arnold re changes to stipulation | .4 | 192.00 |
| 07/09/09 | GA | ANGELICH | Review documents related to sale and revise stipulation re release of Wachovia | .6 | 288.00 |
| 07/09/09 | GA | ANGELICH | Phone call with Jeff Jonas re draft motion for expedited consideration of turnover of sale proceeds | .1 | 48.00 |
| 07/09/09 | GA | ANGELICH | Review draft motion of Term A for expedited consideration of turnover of sale proceeds | .1 | 48.00 |
| 07/09/09 | GA | ANGELICH | Phone call with David Eaton re concerns with draft stipulation re release of Wachovia and payment of funds | .1 | 48.00 |
| 07/09/09 | GA | ANGELICH | Meet and confer with Ronni Arnold and outline issues with draft stipulation re release of Wachovia and payment of funds | .4 | 192.00 |
| 07/09/09 | GA | ANGELICH | Respond to correspondence from David Eaton re allocation of funds to unsecured creditors | .2 | 96.00 |
| 07/09/09 | GA | ANGELICH | Confer with Schuyler Carroll and Ronni Arnold re requirement for Term A Lenders to sign stipulation and establishing escrow account | .4 | 192.00 |
| 07/09/09 | GA | ANGELICH | Analyze and summarize for Schuyler Carroll motion for turnover filed by Term A Lenders | .6 | 288.00 |
| 07/09/09 | SG | CARROLL | E-mails with George Angelich, Ronni Arnold re Term A lenders' motion to compel distribution of sale proceeds. | .6 | 402.00 |
| 07/10/09 | GA | ANGELICH | Phone call with Schuyler Carroll re resolution of stipulation | .1 | 48.00 |
| 07/10/09 | GA | ANGELICH | Phone call and email to Jeff Jonas re resolution of stipulation | .1 | 48.00 |
| 07/10/09 | GA | ANGELICH | Confer with Ronni Arnold re issues for resolution re stipulation | .2 | 96.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/10/09 | GA | ANGELICH | Phone call with Jeff Jonas re resolution of stipulation | .2 | 96.00 |
| 07/10/09 | GA | ANGELICH | Phone call with Schuyler Carroll re resolution of stipulation | .1 | 48.00 |
| 07/10/09 | GA | ANGELICH | Revise settlement stipulation | .8 | 384.00 |
| 07/10/09 | GA | ANGELICH | Review with Ronni Arnold transfer of $2mm to Committee | .2 | 96.00 |
| 07/10/09 | GA | ANGELICH | Emails with David Eaton re revised stipulation | .2 | 96.00 |
| 07/10/09 | GA | ANGELICH | Phone calls with Garry Jaunal re revised stipulation | .2 | 96.00 |
| 07/13/09 | GA | ANGELICH | Review entered stipulation governing sale approved by Court on July 13 | .1 | 48.00 |
| 07/13/09 | GA | ANGELICH | Follow up re transfer of sale funds to Committee account | 1.1 | 528.00 |
| 07/13/09 | SG | CARROLL | E-mails with Garry Jaunal, Terrence Grossman re order providing for release of sale proceeds. | .4 | 268.00 |
| 07/14/09 | GA | ANGELICH | Review research on interpretation of intercreditor agreements in context of enforceability of governing stipulation | .8 | 384.00 |
| 07/30/09 | GA | ANGELICH | Consider issues raised by Ronni Arnold re sale of art | .3 | 144.00 |

                                                    -------------
                    CURRENT FEES                        17,109.00


                        TIMEKEEPER TIME SUMARY
          ----------------------------------------------------
          SANFORD HAUSNER         1.5    at  $735.00 =    1,102.50
          SCHUYLER CARROLL        9.0    at  $670.00 =    6,030.00
          GEORGE ANGELICH        13.4    at  $480.00 =    6,432.00
          RONNI N. ARNOLD         1.9    at  $385.00 =      731.50
          DAVID J. KOZLOWSKI       .1    at  $380.00 =       38.00
          ASWATHI ZACHARIAH       7.4    at  $375.00 =    2,775.00
                                  ----              ---------
                 TOTALS          33.3                   17,109.00

                    SUBTOTAL FOR THIS MATTER              $17,109.00

(00006) MATTER NUMBER
RE:  Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/06/09 | SG | CARROLL | Telephone calls and e-mails with Ed Morton re revisions to bar date order to remove requirement that debtor send notice of bar date to customers, whose claims are assumed by BIC (buyer). | .3 | 201.00 |
| 07/07/09 | SG | CARROLL | Telephone calls and e-mails with Ed Morton re revisions to bar date order to remove requirement that debtor send notice of bar date to customers, whose claims are assumed by BIC (buyer). | .4 | 268.00 |
| 07/07/09 | SG | CARROLL | Review and comment on revised bar date order. | .3 | 201.00 |
| 07/07/09 | DJ | KOZLOWSKI | Review of notice of bar dates. | .2 | 76.00 |
| 07/07/09 | RN | ARNOLD | Review bar date notice and email the committee regarding the same. | .7 | 269.50 |
| 07/14/09 | SG | CARROLL | E-mails with Ken Davis of Akin Gump re request from mezzanine and Holdco debt holders for information on potential distribution. | .2 | 134.00 |
| 07/14/09 | SG | CARROLL | Analyze and consider issues related to whether mezzanine and Holdco debt holders are entitled to share in distribution to unsecured creditors. | 1.4 | 938.00 |
| 07/14/09 | SG | CARROLL | E-mails with Ronni Arnold re legal research and review of documents on whether mezzanine and Holdco debt holders are entitled to share in distribution to unsecured creditors. | .9 | 603.00 |
| 07/15/09 | SG | CARROLL | Analyze and consider issues related to whether mezzanine and Holdco debt holders are entitled to share in distribution to unsecured creditors, e-mails with Ronni Arnold re legal research and review of documents on whether mezzanine and Holdco debt holders are entitled to share in distribution to unsecured creditors, responding to request from mezzanine and Holdco debt holders for information on potential distribution. | 1.8 | 1,206.00 |
| 07/16/09 | SG | CARROLL | E-mails with Ronni Arnold, Ken Davis of Akin Gump re request from mezzanine and Holdco debt holders for information on potential distribution. | .6 | 402.00 |

| 07/21/09 | SG | CARROLL | Consider issues related to bar date, administrative claims and other wind down matters. | .4 | 268.00 |
| 07/21/09 | SG | CARROLL | E-mails with Ronni Arnold re bar date, administrative claims. | .3 | 201.00 |

```
                                                        -------------
                  CURRENT FEES                              4,767.50
```

### TIMEKEEPER TIME SUMARY

```
-----------------------------------------------------------
SCHUYLER CARROLL        6.6   at  $670.00 =     4,422.00
RONNI N. ARNOLD          .7   at  $385.00 =       269.50
DAVID J. KOZLOWSKI       .2   at  $380.00 =        76.00
                        ----                  ---------
        TOTALS          7.5                     4,767.50
```

```
                  SUBTOTAL FOR THIS MATTER              $4,767.50
```

(00007) MATTER NUMBER
RE:  Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/08/09 | GA ANGELICH | Confer and correspond with Garry Jaunal re preview of revised bar date order and motion to change caption | .2 | 96.00 |
| 07/13/09 | GA ANGELICH | Confer with Schuyler Carroll and Ronni Arnold re July 15 Omnibus Hearing | .4 | 192.00 |
| 07/15/09 | RN ARNOLD | Attend Norwood omnibus hearing and Houlihan retention status conference, including travel time to and from hearing. | 6.6 | 2,541.00 |
| 07/15/09 | GA ANGELICH | Confer with Ronni Arnold re outcome of omnibus hearing and action items for follow up | .3 | 144.00 |
| 07/17/09 | DJ KOZLOWSKI | Review of summary and results of 07/15/09 hearing. | .1 | 38.00 |
| 07/29/09 | RN ARNOLD | Review and summarize motion to assume art licensing agreements. | 1.4 | 539.00 |
| 07/31/09 | RN ARNOLD | Email committee summaries of motions to extend exclusivity and motion to assume and assign art licensing agreements to purchaser. | .6 | 231.00 |
| 07/31/09 | DJ KOZLOWSKI | Review of summary of motions to assume and assign art agreements and to extend exclusivity. | .1 | 38.00 |

```
                                                          -------------
                              CURRENT FEES                    3,819.00


                      TIMEKEEPER TIME SUMARY
         -----------------------------------------------------------
         GEORGE ANGELICH          .9    at  $480.00 =       432.00
         RONNI N. ARNOLD         8.6    at  $385.00 =     3,311.00
         DAVID J. KOZLOWSKI       .2    at  $380.00 =        76.00
                                ----                    ---------
                 TOTALS          9.7                    3,819.00

                     SUBTOTAL FOR THIS MATTER               $3,819.00
```

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|---|------|-------|
| 07/01/09 | RN  ARNOLD | Prepare memo to committee regarding August 17 hearing. | .4 | 154.00 |
| 07/06/09 | RN  ARNOLD | Committee memo regarding closing of sale, including conversation with Sandy Hausner and George Angelich regarding the same. | .8 | 308.00 |
| 07/06/09 | GA  ANGELICH | Follow up with Rafael Zahraldin re Committee certification | .1 | 48.00 |
| 07/06/09 | GA  ANGELICH | Review and revise breach of fiduciary duty memo for Committee. | .6 | 288.00 |
| 07/06/09 | GA  ANGELICH | Review and revise memo summarizing key dates and deadlines for Committee. | .3 | 144.00 |
| 07/06/09 | GA  ANGELICH | Confer with Ronni Arnold re preparing memo summarizing bar date for Comittee. | .2 | 96.00 |
| 07/07/09 | RN  ARNOLD | Telephone call with Rafael Zahralddin-Aravena, Dr. Liu, Jerry Zhang and Benson Wong regarding Committee Certifications, including preparation for the same. | .9 | 346.50 |
| 07/07/09 | GA  ANGELICH | Review, revise and approve memo to Committee summarizing closing of BIC sale | .4 | 192.00 |
| 07/08/09 | AZ  ZACHARIAH | Complete memorandum regarding schedules and financials for R. Arnold. | 3.9 | 1,462.50 |
| 07/08/09 | GA  ANGELICH | Correspondence with Dr Liu and Rafael Zahraldin re Committee Member certification | .2 | 96.00 |
| 07/09/09 | RN  ARNOLD | Review caption change motion; prepare committee memo regarding the same. | .9 | 346.50 |
| 07/09/09 | RN  ARNOLD | Prepare committee memo regarding upcoming dates and deadlines, including review of docket. | 1.1 | 423.50 |
| 07/09/09 | GA  ANGELICH | Revise dates and deadlines memo for Committee | .3 | 144.00 |
| 07/09/09 | GA  ANGELICH | Review and revise draft memo to Committee re summary of matters scheduled for July 15 | .6 | 288.00 |
| 07/09/09 | GA  ANGELICH | Review and revise draft memo to Committee re summary of first fee applications | .2 | 96.00 |
| 07/09/09 | DJ  KOZLOWSKI | Review of docket for copies of all schedules filed, forward same along with summary explanation to Dr. Liu on behalf of Pacific Rim creditors. | .6 | 228.00 |
| 07/10/09 | RN  ARNOLD | Review Norwood schedules; prepare committee memo regarding the same. | 1.4 | 539.00 |

| 07/13/09 | GA | ANGELICH | Confer with Ronni Arnold re open items for updates to Committee | .6 | 288.00 |
|---|---|---|---|---|---|
| 07/13/09 | GA | ANGELICH | Review draft memo to Committee summarizing Schedules | .7 | 336.00 |
| 07/13/09 | AZ | ZACHARIAH | Review final memorandum regarding Schedules and SOFA | .3 | 112.50 |
| 07/13/09 | RN | ARNOLD | Review Norwood schedules and SOFAs; prepare and revise committee memo regarding the same. | 1.2 | 462.00 |
| 07/13/09 | DJ | KOZLOWSKI | Review of memorandum to committee re motions scheduled for upcoming hearing. | .2 | 76.00 |
| 07/13/09 | SG | CARROLL | Review and revise memorandum to committee re upcoming hearing and various motions to be considered by Court. | .7 | 469.00 |
| 07/13/09 | SG | CARROLL | E-mails with Ronni Arnold, George Angelich re revisions to memorandum to committee re upcoming hearing, preparation for hearing. | .4 | 268.00 |
| 07/14/09 | GA | ANGELICH | Notes regarding revised dates and deadlines memo for the Committee | .1 | 48.00 |
| 07/15/09 | SG | CARROLL | E-mails with Ronni Arnold re preparation for hearing on various issues related to motions scheduled for hearing. | .6 | 402.00 |
| 07/15/09 | DJ | KOZLOWSKI | Revise and finalize dates and deadlines memorandum and send to committee. | .4 | 152.00 |
| 07/15/09 | GA | ANGELICH | Revise dates and deadlines memo | .4 | 192.00 |
| 07/15/09 | GA | ANGELICH | Revise memo summarizing Schedules and SOFA | .6 | 288.00 |
| 07/16/09 | RN | ARNOLD | Summarize July 15 hearing; prepare email to Committee regarding the same. | .7 | 269.50 |
| 07/16/09 | GA | ANGELICH | Review draft correspondence to Committee detailing recently approved applications | .4 | 192.00 |
| 07/17/09 | RN | ARNOLD | Revise and circulate committee memo summarizing July 15 hearing. | .2 | 77.00 |
| 07/29/09 | RN | ARNOLD | Committee correspondence regarding resignation of Acushnet as committee member. | .3 | 115.50 |
| 07/29/09 | SG | CARROLL | Review and revise memorandum to committee re potential investigation of claims against directors and officers in follow up of contact from David Cutshaw. | .8 | 536.00 |
| 07/29/09 | DJ | KOZLOWSKI | Review of documents related to Achushnet's resignation. | .1 | 38.00 |
| 07/30/09 | GA | ANGELICH | Review resignation of Acushnet issues | .1 | 48.00 |
| 07/31/09 | RN | ARNOLD | Prepare memo summarizing motions on for August 17 hearing. | 1.4 | 539.00 |
| 07/31/09 | GA | ANGELICH | Review memorandum to Committee re breach of fiduciary duty issues raised by David Cutshaw. | .2 | 96.00 |

| 07/31/09 | SG | CARROLL | Review and revise memorandum to committee re potential investigation of claims against directors and officers in follow up to contact from David Cutshaw. | .3 | 201.00 |
| 07/31/09 | SG | CARROLL | Review and revise memorandum to committee re potential investigation of claims against directors and officers in follow up to contact from David Cutshaw. | .3 | 201.00 |
| 07/31/09 | SG | CARROLL | E-mails with committee re memorandum re investigation of claims against directors and officers. | .2 | 134.00 |

```
                                                       -------------
                  CURRENT FEES                          10,740.50
```

```
                     TIMEKEEPER TIME SUMARY
      -----------------------------------------------------
      SCHUYLER CARROLL       3.3   at  $670.00 =   2,211.00
      GEORGE ANGELICH        6.0   at  $480.00 =   2,880.00
      RONNI N. ARNOLD        9.3   at  $385.00 =   3,580.50
      DAVID J. KOZLOWSKI     1.3   at  $380.00 =     494.00
      ASWATHI ZACHARIAH      4.2   at  $375.00 =   1,575.00
                            ----                 ---------
            TOTALS          24.1                 10,740.50

                  SUBTOTAL FOR THIS MATTER         $10,740.50
```

(00009) MATTER NUMBER
RE:   Adversary Proceedings

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|------------|--|-------|-------|
| 07/02/09 | JG | GIASAFAKIS | Revise and review committee memorandum regarding possible claims against Norwood directors and officers in connection with potential breaches of fiduciary duties; review correspondence regarding corporate fiduciary duty issues; correspondence with N. Heermans regarding same. | 1.6 | 640.00 |
| 07/06/09 | NH | HEERMANS | Review documents, law for memorandum to COmmittee on possible D&O investigation/complaint. | 2.4 | 1,464.00 |
| 07/08/09 | JG | GIASAFAKIS | Revise and review committee memorandum regarding possible claims against Norwood directors and officers in connection with potential breaches of fiduciary duties; correspondence with N. Heermans, S. Carroll, G. Angelich and R. Arnold regarding same. | .5 | 200.00 |
| 07/08/09 | GA | ANGELICH | Correspondence with Joanna Giasafakis, Nancy Heermans and Schuyler Carroll re potential breach of fiduciary claims based on Indiana action | .2 | 96.00 |
| 07/08/09 | NH | HEERMANS | Finalize memorandum to Committee about possible D&O action, communicate with Schuyler Carroll on same. | 2.5 | 1,525.00 |
| 07/23/09 | NH | HEERMANS | Communicate with George Angelich, Joanna Giasafakas about possible investigation into directors & officers liability. | .4 | 244.00 |
| 07/31/09 | RN | ARNOLD | Review memo regarding potential claims for breach of fiduciary duty by Norwood directors and officers; circulate the same to the Committee. | .4 | 154.00 |

```
                                                      -------------
                   CURRENT FEES                          4,323.00
```

```
                  TIMEKEEPER TIME SUMARY
      ----------------------------------------------------
      NANCY HEERMANS        5.3   at  $610.00 =    3,233.00
      GEORGE ANGELICH        .2   at  $480.00 =       96.00
      JOANNA GIASAFAKIS     2.1   at  $400.00 =      840.00
      RONNI N. ARNOLD        .4   at  $385.00 =      154.00
                           ----                  ---------
            TOTALS          8.0                   4,323.00
```

SUBTOTAL FOR THIS MATTER      $4,323.00

(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/14/09 | GA ANGELICH | Review supplemental disclosure of Epiq related to connections with certain creditors | .2 | 96.00 |
| 07/14/09 | GA ANGELICH | Review and comment on revised draft proposed order to retain Houlihan Lokey | .2 | 96.00 |
| 07/14/09 | RN ARNOLD | Review revised Houlihan retention order. | .4 | 154.00 |
| 07/15/09 | RN ARNOLD | Correspondence regarding Houlihan retention order and suggested committee change regarding $900,000 gift to unsecured creditors. | .2 | 77.00 |
| 07/15/09 | GA ANGELICH | Review retention order of Arent Fox for any interlineations or changes | .1 | 48.00 |
| 07/15/09 | GA ANGELICH | Review retention order of CBIZ Mahoney Cohen for any interlineations or changes | .1 | 48.00 |
| 07/15/09 | GA ANGELICH | Review and comment on proposed settlement language for inclusion in Houlihan Lokey retention order | .2 | 96.00 |
| 07/15/09 | SG CARROLL | Telephone calls and e-mails with Ronni Arnold re negotiation of resolution of Houlihan Lokey retention issues and waiver of DIP financing fee to be contributed to unsecures as gift. | 1.3 | 871.00 |
| 07/16/09 | LA INDELICATO | Research JP Morgan Chase's role in case and draft disclosure of same. | .4 | 106.00 |

```
                                                          -------------
                  CURRENT FEES                              1,592.00
```

```
                      TIMEKEEPER TIME SUMARY
         ----------------------------------------------------------
         SCHUYLER CARROLL    1.3   at  $670.00 =      871.00
         GEORGE ANGELICH      .8   at  $480.00 =      384.00
         RONNI N. ARNOLD      .6   at  $385.00 =      231.00
         LISA INDELICATO      .4   at  $265.00 =      106.00
                            ----                   ---------
              TOTALS         3.1                    1,592.00
```

```
                  SUBTOTAL FOR THIS MATTER               $1,592.00
```

(00011) MATTER NUMBER
RE:    Plan and Disclosure Statement Matters and
       Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/07/09 | AI  SILFEN | Review documents, approach conference with G. Angelich. | .6 | 450.00 |
| 07/08/09 | SG  CARROLL | Telephone calls and e-mails with David Eaton, Keith Maib re review of expected plan terms, wind down budget. | .8 | 536.00 |
| 07/08/09 | SG  CARROLL | Consider issues related to plan, debtors' demand for releases in favor of directors and officers. | .7 | 469.00 |
| 07/15/09 | SG  CARROLL | E-mails with Keith Maib, Matthew A. Beresh, Charlie Berk, Rafael X. Zahralddin-Aravena re wind down budget. | .7 | 469.00 |
| 07/17/09 | SG  CARROLL | E-mails with Keith Maib, David Eaton, Charlie Berk re wind down budget. | .6 | 402.00 |
| 07/20/09 | SG  CARROLL | E-mails with Keith Maib, David Eaton, Charlie berk re wind down budget. | .9 | 603.00 |
| 07/21/09 | SG  CARROLL | Telephone conference with Keith Maib, David Eaton, Charlie Berk re wind down budget. | .8 | 536.00 |
| 07/21/09 | SG  CARROLL | Review of proposed wind down budget. | .6 | 402.00 |
| 07/21/09 | SG  CARROLL | Telephone calls and e-mails with Charlie Berk re proposed wind down budget. | .4 | 268.00 |
| 07/28/09 | SG  CARROLL | Meet with Ronni Arnold re follow up with debtors on plan process. | .1 | 67.00 |
| 07/30/09 | RN  ARNOLD | Review and summarize motion to extend exclusivity. | .7 | 269.50 |
| 07/30/09 | GA  ANGELICH | Review motion to extend exclusivity | .3 | 144.00 |

```
                                                          -------------
                CURRENT FEES                                 4,615.50
```

```
                     TIMEKEEPER TIME SUMARY
         ----------------------------------------------------
         ANDREW I. SILFEN        .6   at  $750.00 =      450.00
         SCHUYLER CARROLL       5.6   at  $670.00 =    3,752.00
         GEORGE ANGELICH         .3   at  $480.00 =      144.00
         RONNI N. ARNOLD         .7   at  $385.00 =      269.50
                                ----               ---------
                 TOTALS         7.2                  4,615.50
```

                   SUBTOTAL FOR THIS MATTER                    $4,615.50

(00012) MATTER NUMBER
RE:   Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------|----|----|-------|-------|
| 07/01/09 | RN | ARNOLD | Telephone call with Debtors, CBIZ and Houlihan regarding reconciliation of Stipulation and DIP Order. | 1.0 | 385.00 |
| 07/01/09 | RN | ARNOLD | Prepare materials for discussion with Debtors, CBIZ and Houlihan regarding DIP Budget; review of the same. | .9 | 346.50 |
| 07/07/09 | RN | ARNOLD | Telephone call with Dan Fiorello regarding payments to Term A Lenders; summary of the same. | .7 | 269.50 |
| 07/07/09 | SG | CARROLL | E-mails with Ronni Arnold re discussions with Wachovia concerning wind down and contingencies. | .4 | 268.00 |
| 07/08/09 | SG | CARROLL | Meetings and e-mails with George Angelich, Ronni Arnold re review of DIP termination agreement and stipulation and final DIP order releasing Wachovia. | 1.7 | 1,139.00 |
| 07/08/09 | SG | CARROLL | Telephone calls and e-mails with Karl Knechtel, Charlie Berk re review of calculation of payments to be made to be set aside for unsecured creditors. | 1.4 | 938.00 |
| 07/08/09 | SG | CARROLL | E-mails with George Angelich, Sandy Hausner re review of DIP termination agreement. | .7 | 469.00 |
| 07/08/09 | RN | ARNOLD | Meeting with George Angelich regarding stipulation between Debtors, Committee and Wachovia. | 1.3 | 500.50 |
| 07/08/09 | RN | ARNOLD | Meeting with Schuyler Carroll and George Angelich regarding stipulation between Debtors, Committee and Wachovia. | .3 | 115.50 |
| 07/09/09 | RN | ARNOLD | Review and revise stipulation regarding allocation of sale proceeds pursuant to the Final DIP Order; correspondence regarding the same. | 2.4 | 924.00 |
| 07/09/09 | SG | CARROLL | Telephone calls and e-mails with David Eaton, Keith Maib, Dan Fiorello, David Agay, Jeff Jonas, George Angelich, Ronni Arnold re review of DIP termination agreement and stipulation and final DIP order releasing Wachovia, negotiate, review and revise stipulation and final DIP order. | 2.6 | 1,742.00 |
| 07/09/09 | SG | CARROLL | E-mails with George Angelich, Sandy Hausner re review of DIP termination agreement. | .7 | 469.00 |

| Date | | | Description | Hours | Amount |
|------|---|---|-------------|-------|--------|
| 07/10/09 | SG | CARROLL | Telephone calls and e-mails with Jeff Jonas, David Eaton, Keith Maib, Dan Fiorello, David Agay, Sandy Arnold, George Angelich, Sandy Hausner re negotiation and review of DIP termination agreement and stipulation providing for payments to Term A Lenders and unsecured gift. | 3.4 | 2,278.00 |
| 07/10/09 | SG | CARROLL | E-mails with George Angelich re review of motion by Term A Lenders to compel distribution of sale proceeds. | .8 | 536.00 |
| 07/10/09 | RN | ARNOLD | Review and revise stipulation regarding allocation of sale proceeds pursuant to the Final DIP Order; correspondence regarding the same. | 2.3 | 885.50 |
| 07/13/09 | RN | ARNOLD | Review stipulation and order between committee and Term A Lenders regarding distributions to Holdco and Mezzanine Debt; conversation with Schuyler Carroll regarding the same; research regarding the same. | 2.1 | 808.50 |
| 07/13/09 | NH | HEERMANS | Communications with counsel for Avenue Capital. | .3 | 183.00 |
| 07/14/09 | RN | ARNOLD | Legal research regarding intercreditor agreements and the question of payment to mezzanine lenders in light of the intercreditor agreement and stipulation and order. | 4.3 | 1,655.50 |
| 07/15/09 | RN | ARNOLD | Legal research regarding intercreditor agreements. | 1.7 | 654.50 |
| 07/20/09 | RN | ARNOLD | Telephone call with FTI and Brown Rudnick regarding distribution amounts, including preparation for the same. | 1.4 | 539.00 |
| 07/20/09 | SG | CARROLL | Telephone conference re amounts being held in escrow related to adequate protection payments designated from Term A Lenders, but allocated to unsecured creditors under terms of stipulation with Term A Lenders. | .7 | 469.00 |
| 07/20/09 | SG | CARROLL | Preparation for telephone conference re amounts being held in escrow related to adequate protection payments. | .6 | 402.00 |
| 07/20/09 | SG | CARROLL | Telephone conference with Ed Pease re amounts being held in escrow related to adequate protection payments. | .2 | 134.00 |
| 07/20/09 | SG | CARROLL | Consider issues related to amounts being held in escrow related to adequate protection payments, settlement discussions. | 1.4 | 938.00 |
| 07/21/09 | DJ | KOZLOWSKI | Review of status update re debtors' wind-down budget. | .1 | 38.00 |

| 07/21/09 | SG | CARROLL | E-mails with Ed Pease re amounts being held in escrow related to adequate protection payments. | .8 | 536.00 |
|---|---|---|---|---|---|
| 07/28/09 | DJ | KOZLOWSKI | Review of summary of 506(c) waiver and committee objection. | .2 | 76.00 |
| 07/28/09 | RN | ARNOLD | Correspondence with Kirkland regarding wind-down budget; meeting with Schuyler Carroll regarding the same. | .2 | 77.00 |
| 07/28/09 | RN | ARNOLD | Meeting with George Angelich regarding hearing on 506(c) Waiver Motion; coordinate assembly of binders for the same. | .6 | 231.00 |
| 07/31/09 | GA | ANGELICH | Conferences re letter from Ed Pease re funding for carveout | .2 | 96.00 |
| 07/31/09 | NH | HEERMANS | Review documents about dispute over Term A Lenders' receipt of proceeds form sale under Final DIP Order, conference call with Schuyler Carroll, Ronni Arnold on same. | 1.3 | 793.00 |
| 07/31/09 | RN | ARNOLD | Telephone call with Schuyler Carroll and Nancy Heermans regarding Term A Stipulation and distribution of $918,500 to unsecured creditors; preparation for the same. | 1.4 | 539.00 |
| 07/31/09 | SG | CARROLL | Meet with Ronni Arnold, Nancy Heermans re letter from Term A lenders. | .6 | 402.00 |
| 07/31/09 | SG | CARROLL | Consider issues related to letter from Term A lenders. | .3 | 201.00 |
| 07/31/09 | SG | CARROLL | Consider issues related to gift of payment from from Term A lenders, post-petition DIP budget, need for debtors to prepare post-closing budget, disputes over additional funding for administrative expense claims and funding of adequate protection payments. | 1.2 | 804.00 |

```
                                                     -------------
          CURRENT FEES                                  20,842.00
```

```
                    TIMEKEEPER TIME SUMARY
          ----------------------------------------------------
          SCHUYLER CARROLL       17.5   at  $670.00 =    11,725.00
          NANCY HEERMANS          1.6   at  $610.00 =       976.00
          GEORGE ANGELICH          .2   at  $480.00 =        96.00
          RONNI N. ARNOLD        20.6   at  $385.00 =     7,931.00
          DAVID J. KOZLOWSKI       .3   at  $380.00 =       114.00
                                 ----                 ----------
                 TOTALS          40.2                  20,842.00

                 SUBTOTAL FOR THIS MATTER               $20,842.00
```

(00014) MATTER NUMBER
RE:   Real Estate and Leasing and Executory Contracts

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 07/01/09 | RN  ARNOLD | Review and summarize Debtors' Motion to Reject Certain Unexpired Leases Effective as of June 30, 2009. | .7 | 269.50 |
| 07/09/09 | RN  ARNOLD | Review contract assumption and assignment motion; prepare committee memo regarding the same. | 1.4 | 539.00 |
| 07/22/09 | RN  ARNOLD | Review Debtors' Third, Fourth, Fifth and Sixth Contract Rejection Motions; summarize the same. | 2.2 | 847.00 |
| 07/22/09 | DJ  KOZLOWSKI | Review of summary of motions to reject executory contracts. | .1 | 38.00 |

```
                                              -------------
                CURRENT FEES                     1,693.50
```

```
                   TIMEKEEPER TIME SUMARY
        ----------------------------------------------------
        RONNI N. ARNOLD        4.3   at  $385.00 =    1,655.50
        DAVID J. KOZLOWSKI      .1   at  $380.00 =       38.00
                               ----                 ----------
                TOTALS         4.4                    1,693.50

                   SUBTOTAL FOR THIS MATTER          $1,693.50
```

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 07/16/09 | RN  ARNOLD | Correspondence with Ken Davis regarding Mezzanine debt; correspondence with Schuyler Carroll and CBIZ regarding the same. | .6 | 231.00 |

```
                                                    ------------
                   CURRENT FEES                         231.00
```

```
                      TIMEKEEPER TIME SUMARY
          ----------------------------------------------------------
          RONNI N. ARNOLD          .6   at  $385.00 =      231.00
                                   ----                 ---------
                   TOTALS          0.6                     231.00

                        SUBTOTAL FOR THIS MATTER          $231.00
```

(00022) MATTER NUMBER
RE:   Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----|-----|-----|-----|
| 07/08/09 | RN | ARNOLD | Review fee applications of Kirkland & Ellis, Young Conaway, Mackinac and CBIZ Mahoney Cohen; prepare Committee memo regarding the same. | 2.3 | 885.50 |
| 07/09/09 | RN | ARNOLD | Committee memo regarding fee applications. | .8 | 308.00 |
| 07/20/09 | RN | ARNOLD | Revise committee memo regarding monthly fee applications, including conversations with Schuyler Carroll and George Angelich regarding the same. | .5 | 192.50 |
| 07/20/09 | GA | ANGELICH | Review Exhibit A for interim fee request. | 2.9 | 1,392.00 |
| 07/21/09 | LA | INDELICATO | Discussions with Elison Rodriguez regarding status of invoice. | .3 | 79.50 |
| 07/22/09 | RN | ARNOLD | Review Elliot Greenleaf Monthly Fee Application; summarize the same. | .7 | 269.50 |
| 07/22/09 | RN | ARNOLD | Draft first interim fee application, including review of precedents of the same. | 3.2 | 1,232.00 |
| 07/23/09 | GA | ANGELICH | Follow up and coordinate drafting and preparation of monthly and interim fee requests | .3 | 144.00 |
| 07/23/09 | RN | ARNOLD | Prepare interim fee application. | 2.1 | 808.50 |
| 07/23/09 | NA | CONSTANTINO | Review case, compensation order and Arent Fox retention order | .4 | 106.00 |
| 07/23/09 | NA | CONSTANTINO | Initial draft of first monthly fee application | 1.9 | 503.50 |
| 07/28/09 | NA | CONSTANTINO | Telephone conference with R. Arnold and G. Angelich regarding monthly fee applications and interim compensation deadlines and procedures | .2 | 53.00 |
| 07/28/09 | NA | CONSTANTINO | Research sample form of monthly, interim and final fee applications in DE | .3 | 79.50 |
| 07/28/09 | GA | ANGELICH | Meet and confer with Ronni Arnold, Schuyler Carroll and Nova Constantino re drafting of monthly, interim and final fee applications | .6 | 288.00 |
| 07/28/09 | RN | ARNOLD | Telephone call with George Angelich and Nova Constantino regarding detail to be provided in Norwood monthly, interim and final fee applications; follow-up meeting with George Angelich regarding the same. | .8 | 308.00 |
| 07/28/09 | SG | CARROLL | Meet with Jeffrey Vanacore re preparation of fee application. | .2 | 134.00 |

| | | | | | |
|---|---|---|---|---|---|
| 07/29/09 | NA | CONSTANTINO | Draft first monthly (May) fee application | 3.3 | 874.50 |
| 07/29/09 | SG | CARROLL | E-mails with Ronni Arnold re review of Mackinac second monthly fee application. | .3 | 201.00 |
| 07/31/09 | GA | ANGELICH | Review and revise draft May monthly fee statement. | .6 | 288.00 |
| 07/31/09 | NA | CONSTANTINO | Changes to May fee application | .3 | 79.50 |
| 07/31/09 | NA | CONSTANTINO | Prepare spreadsheet of all professional fee applications filed | 1.2 | 318.00 |
| 07/31/09 | NA | CONSTANTINO | Draft June fee application | .4 | 106.00 |
| 07/31/09 | GA | ANGELICH | Confer re analysis of Young Conaways June fee statement | .2 | 96.00 |
| 07/31/09 | RN | ARNOLD | Review and revise Arent Fox first monthly fee application; correspondence with George Angelich regarding the same. | .9 | 346.50 |
| 07/31/09 | RN | ARNOLD | Review and summarize Young Conaway second monthly fee application. | .5 | 192.50 |

```
                                              -------------
          CURRENT FEES                             9,285.50
```

```
                TIMEKEEPER TIME SUMARY
      ----------------------------------------------------
      SCHUYLER CARROLL        .5   at  $670.00 =      335.00
      GEORGE ANGELICH        4.6   at  $480.00 =    2,208.00
      RONNI N. ARNOLD       11.8   at  $385.00 =    4,543.00
      LISA INDELICATO         .3   at  $265.00 =       79.50
      NOVA A. CONSTANTINO    8.0   at  $265.00 =    2,120.00
                            ----              ---------
            TOTALS          25.2                 9,285.50
```

```
          SUBTOTAL FOR THIS MATTER                $9,285.50
```

SUMMARY OF CHARGES
------------------

| | |
|---|---|
| TOTAL FOR: PHONE CHARGES | 12.30 |
| TOTAL FOR: OTHER DATABASE SEARCH | 234.31 |
| TOTAL FOR: WESTLAW | 924.99 |
| TOTAL FOR: OVERTIME MEALS & CABS | 139.66 |
| TOTAL FOR: TAXICABS | 26.00 |
| TOTAL FOR: OUT-OF-TOWN TRANSPORTATION | 399.00 |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | .60 | 750.00 | 450.00 |
| SANFORD HAUSNER | | 1.50 | 735.00 | 1,102.50 |
| SCHUYLER CARROLL | BR, 1993 (NY) | 49.90 | 670.00 | 33,433.00 |
| NANCY HEERMANS | | 6.90 | 610.00 | 4,209.00 |
| | | | | |
| **ASSOCIATES** | | | | |
| GEORGE ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | 27.60 | 480.00 | 13,248.00 |
| JOANNA GIASAFAKIS | | 2.10 | 400.00 | 840.00 |
| RONNI N. ARNOLD | | 62.50 | 385.00 | 24,062.50 |
| DAVID J. KOZLOWSKI | | 2.30 | 380.00 | 874.00 |
| ASWATHI ZACHARIAH | | 11.60 | 375.00 | 4,350.00 |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | .70 | 265.00 | 185.50 |
| NOVA A. CONSTANTINO | | 8.00 | 265.00 | 2,120.00 |
| | | ------- | | ---------- |
| | | 173.70 | | 84,874.50 |

Blended Rate: 488.63

BF:       Banking and Finance
BR:       Bankruptcy and Reorganization
CORP:     Corporate
EMPL:     Employment Law
HEALTH:   Health Law
INTL:     International Law
LDR:      Litigation Dispute Resolution
RE:       Real Estate

CURRENT CHARGES FOR ALL MATTERS              1,736.26

CURRENT FEES FOR ALL MATTERS                84,874.50

TOTAL AMOUNT OF THIS INVOICE               $86,610.76