# EXHIBIT B

**EXPENSE SUMMARY**
**JULY 1, 2009 THROUGH JULY 31, 2009**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Database Search | Pacer | $234.31 |
| Local Travel | Parking | $26.00 |
| Out-of-Town Travel | Amtrak | $399.00 |
| Overtime - Meals | | $139.66 |
| Phone Charges | Long distance charges | $12.30 |
| Westlaw | | $924.99 |
| **TOTAL** | | **$1,736.26** |