# **<u>EXHIBIT C</u>**

Norwood Promotional Products Holdings, Inc.
Case # 09-11547 (PJW)

# Time Sheet For Translation Related Work

| Services Items | Description of Services | Period of Time | Hour | Rate | Total |
|---|---|---|---|---|---|
| 48 | Translation Related Work | May to July of 2009 | 89.7 | $195/hr | $17,491.50 |

Note: I didn't count at least 20 hours in reviewing those un-translated documents related to Committee Calls and Norwood Case but they were necessary for comprehending the whole bankruptcy process.

## Schedule of Services Details

| No. | Date | Description of Services | Period of Time | Hour |
|---|---|---|---|---|
| 1 | 5-18-09 | 1st Committee conference call (making notes) | 6:00pm—6:45pm | 0.8 |
| 2 | 5-18-09 | Interpretation of core contents of 1st Committee conference call with Jerry at Syloon | 9:00pm—9:34pm | 0.6 |
| 3 | 5-18-09 | Translation of Arnold's email notice of 2nd Committee conference call; email it to Chinese members & counsels | 10:00pm—10:20pm | 0.3 |
| 4 | 5-18-09 | Clarification of a number of questions re the content of 1st Committee conference call with Benson at Hollco | 11:15pm—11:30pm | 0.3 |
| 5 | 5-19-09 | Pre-conference call to Jerry to help him connect with 2nd Committee conference call | 8:50am—9:00am | 0.2 |
| 6 | 5-19-09 | 2nd Committee conference call (making notes) | 9:00am—10:15am | 1.3 |
| 7 | 5-19-09 | Post-conference call to Jerry interpreting 2nd Committee conference call | 10:15am—11:10am | 0.9 |
| 8 | 5-19-09 | Review of emails in Chinese from Jerry re questions for 2nd Committee conference call; Interpretation of Jerry's emails to Counsels in English | 12:00am—12:38 | 0.6 |
| 9 | 5-20-09 | Interpretation of Committee Bylaws with Jerry at Syloon; email to him to remind him to sign it | 11:45pm—12:20 | 0.6 |
| 10 | 5-26-09 | Translation of Arnold's email notice of 5/27 Committee conference call; email it to Jerry | 6:05pm—6:20pm | 0.3 |

| 11 | 5-27-09 | Pre-conference call to Jerry to help him connect with 5/27 Committee conference call; 5/27 Committee conference call (making notes and translation) | 8:55am—9:00am<br>9:00am—9:50am | 0.9 |
|---|---|---|---|---|
| 12 | 5-31-09 | Email in Chinese to Jerry at Syloon and talk to Benson at Hollco re timely signing of Committee Bylaws | 11:10pm—11:50pm | 0.7 |
| 13 | 6-1-09 | Email from and to Arnold re timely signing of Committee Bylaws | 11:50am—12:02pm<br>2:08pm—2:20pm | 0.4 |
| 14 | 6-2-09 | Conference call with Jerry at Syloon and Benson at Hollco interpreting details of Committee Bylaws | 10:00am—10:50pm | 0.8 |
| 15 | 6-2-09 | Email to Arnold notifying Jerry's signing of Committee Bylaws | 3:00pm—3:10pm | 0.2 |
| 16 | 6-2-09 | Translation of Arnold's email notice of 6/4 Committee conference call; email it to Jerry & Benson | 8:30pm—8:50pm | 0.3 |
| 17 | 6-3-09 | Translation of Arnold's email notice of postponing 6/4 Committee conference call to 6/10; email it to Jerry & Benson | 7:15pm—7:30pm | 0.3 |
| 18 | 6-6-09 | Translation of 6/6 CBIZ's Norwood – Sales Process Update | 3:00--3:50pm | 0.8 |
| 19 | 6-7-09 | Translation of 6/6 Angelich's investigation report of the validity of Lender A lien; | 7:25--8:30pm | 0.9 |
| 20 | 6-9-09 | Translation of Arnold's agenda for 6/10 Committee conference call; email it to Jerry & Benson | 8:35pm—9:10pm | 0.6 |
| 21 | 6-10-09 | Committee conference call (making notes) | 9:00am—9:50am | 0.8 |
| 22 | 6-16-09 | Translation of Arnold's agenda for 6/16 Committee conference call; email it to Jerry & Benson | 1:05pm—1:30pm | 0.4 |
| 23 | 6-16-09 | Committee conference call (making notes) | 8:55am—9:30am | 0.6 |
| 24 | 6-17-09 | Conference call with Jerry & Benson interpreting main content of 6/16 Committee conference call | 2:00am—2:33am | 0.6 |
| 25 | 6-17-09 | Committee conference call (making notes) | 8:58am—10:04am | 1.1 |
| 26 | 6-17-09 | Translation of Arnold's email notice of 6/17 re 6/18 Committee conference call; email it to Jerry & Benson | 8:30pm—8:45pm | 0.3 |
| 27 | 6-18-09 | Committee conference call (making notes) | 9:00am—9:30am | 0.5 |

| 28 | 6-20-09 | Translation of Schuyler's Summary of Critical Vendors Order (filed on 5/20/09); email it to Jerry & Benson | 4 pages + email 2:30am—6:40pm | 4.2 |
|---|---|---|---|---|
| 29 | 6-22-09 | Translation of Schuyler's Investigation Report re Norwood and email string among Schuyler, Arnold and Diana Schelin; email them to Jerry & Benson | 11:00—1:25am | 3.4 |
| 30 | 6-23-09 | Translation of Arnold's email notice of 6/23 re 6/24 Committee conference call; email it to Jerry & Benson | 11:10pm—11:25pm | 0.3 |
| 31 | 6-24-09 | Committee conference call (making notes) Brickyard Presentation and Q-A re Purchase | 9:00am—9:50am | 0.8 |
| 32 | 6-24-09 | Post-conference call with Jerry & Benson interpreting Brickyard Presentation and Q-A re Purchase | 9:50am—10:30am | 0.7 |
| 33 | 6-27-09 | Reading and Translation of APA (Assets Purchase Agreement) | 9:00am—10:22am 11:00am—1:05pm 1:50pm—4:08pm 5:00pm—6:35pm | 7.3 |
| 34 | 6-28-09 | Reading and Translation of APA (Assets Purchase Agreement) | 8:00am—10:20am 10:45am—11:00pm 4:35pm—6:00pm 8:00pm—10:50pm | 8.4 |
| 35 | 6-29-09 | Reading and Translation of APA (Assets Purchase Agreement) | 9:00am—12:07pm | 3.1 |
| 36 | 6-30-09 | Reading and Translation of APA (Assets Purchase Agreement) | 8:46am—12:00pm | 2.8 |
| 37 | 7-1-09 | Reading and Translation of APA (Assets Purchase Agreement) | 9:00am—12:17pm | 3.3 |
| 38 | 7-2-09 | Reading and Translation of APA (Assets Purchase Agreement) | 9:00am—12:00pm 2:00pm—4:00pm 8:00pm—9:42pm | 6.7 |
| 39 | 7-7-09 | Email to and from with Schuyler, Angelich, Arnold and Rafeal re Certification of Chinese members on the Committee | 10:00am 12:23am; 1:00pm | 0.9 |
| 40 | 7-7-09 | Phone calls and emails to Jerry & Benson re arranging a conference call with the Committee Counsels to fill in Certification of the Committee members | 9:00am—9:35am | 0.6 |
| 41 | 7-7-09 | Special conference call between Counsel Rafeal and Jerry & Benson re how to fill in Certification of the Committee members | 10:00pm—10:50pm | 0.8 |
| 42 | 7-8-09 | Email to Counsel Rafeal re Jerry & Benson executing Certification of the Committee members | 12:00am—12:23am | 0.4 |
| 43 | 7-9-09 | Translation of APA (Assets Purchase Agreement) | 9:00am—11:52am | 2.9 |

| 44 | 7-10-09 | Translation of APA (Assets Purchase Agreement) | 9:00am—11:40pm<br>8:00pm—11:08pm | 5.8 |
|---|---|---|---|---|
| 45 | 7-11-09 | Translation of APA (Assets Purchase Agreement) | 9:00am—11:00am<br>1:00pm—3:05pm<br>4:10pm—7:00pm<br>9:00pm—11:00pm | 8.6 |
| 46 | 7-12-09 | Translation of APA (Assets Purchase Agreement) | 8:00am—9:35am<br>11:00am—12:00pm<br>1:30pm—3:00pm<br>3:50pm—5:40pm<br>8:40pm—10:00pm | 7.3 |
| 47 | 7-13-09 | Editing and Proof-reading of APA (Assets Purchase Agreement) | 9:30am—12:06pm | 2.6 |
| 48 | 7-19-09 | Editing and Proof-reading of APA (Assets Purchase Agreement) | 4:00pm—5:30pm<br>8:00pm—9:10pm | 2.7 |
| Total | | | | 89.7 |