# CERTIFICATION

I, Andrew I. Silfen, hereby certify under the penalty of perjury under the laws of the State of Delaware that the following is true to the best of my knowledge, information and belief:

1. I am a partner of the firm of Arent Fox LLP ("Arent Fox") with offices located at 1675 Broadway, New York, NY 10019, and have been admitted to practice before this Court *pro hac vice*.

2. This certification is submitted in support of the attached application (the "Application") and all capitalized terms used herein but not otherwise defined shall have the meaning set forth in the Application.

3. I am familiar with the legal services rendered by Arent Fox on behalf of the Committee during the Application Period and I am familiar with the compensation and reimbursement sought by the Application.

4. I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and the Compensation Order and submit that the Application substantially complies with such Local Rule and Order

Dated: August 27, 2009

                                                   */s/ Andrew I. Silfen*
                                                  Andrew I. Silfen