IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NPPI Holdings Inc., *et al.,* [1] | Case No. 09-11547 (PJW) (Jointly Administered) |
| Debtors. | Re: Docket No. ___ |

## CERTIFICATE OF SERVICE REGARDING THE THIRD MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JULY 1, 2009 THROUGH JULY 31, 2009, AND FOR ALLOWANCE OF COMPENSATION OF FEES FOR TRANSLATION SERVICES PROVIDED TO THE COMMITTEE BY DR. HAISHAN LIU

I, Neil R. Lapinski, Esquire, Delaware and conflicts counsel to the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the Third Monthly Application of Arent Fox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from July 1, 2009 through July 31, 2009 and for allowance of compensation of fees for translation services provided to the Committee by Dr. Haishan Liu ("Application") to be served on all Notice Parties as defined in the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professional and Official Committee Members (Docket No. 142) on August 27, 2009. I have caused a copy of the Notice of the Application to be served on August 27, 2009 via hand delivery on all local parties, via U.S. First Class Mail, and via Foreign First Class Mail upon the remaining parties listed on the attached service list.

Dated: August 27, 2009
      Wilmington, Delaware

**ELLIOTT GREENLEAF**

Neil R. Lapinski (DE Bar No. 3645)

*Delaware and Conflicts Counsel to the
Official Committee of Unsecured Creditors*

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc. (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446) NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

David G. Aelvoet, Esq
Linnebarger Goggan Blair & Sampson, LLP
711 Navarro, Suite 300
San Antonio, TX 78205
(Bexar County)
*First Class Mail*

Thomas Becker
Sitrick and Company
655 Third Avenue, 22nd Floor
New York, NY 10017
(Public Relations firm for Norwood Promotional Products, Inc.)
*First Class Mail*

Lauren Bernstein, Esq
Kelli Keenan, Esq.
Kaye Scholer LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(Mezzanine Lenders and Existing Term B Lenders Counsel)
*First Class Mail*

Marc Breier
Robert Strack
Steven Walfisch
Wachovia Capital Finance/Wells Fargo
1133 Avenue of the Americas
New York, NY 10036
(DIP Lender, Existing Revolver Lender)
*First Class Mail*

Mike C. Buckley, Esq
Reed Smith LLP
1999 Harrison Suite 2400
Oakland, CA 94612
(AMG Holdings, Inc.)
*First Class Mail*

Joseph M. Coleman
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
*First Class Mail*

Ryan Chin
James Oh
Wells Fargo
2450 Colorado Avenue, Suite 3000 West
Santa Monica, CA 90404
(Exit Senior Lender)
*First Class Mail*

Robert J. Dehney, Esq
Gregory W. Werkheiser, Esq.
Curtis Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilimington, DE 19801
(Bank of New York Mellon)
*Hand Delivery*

Anthony DiSimone
Peter Leibman
Ashish Tolia
Joshua Phillips
Aurora Resurgence Management LLC
10877 Wilshire Boulevard, Suite 2200
Los Angeles, CA 90024
(Plan Sponsor)
*First Class Mail*

Ira Dizengoff, Esq
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036
(Certain Mezzanine Lenders)
*First Class Mail*

J. Scott Douglass
909 Fannin, Suite 1800
Houston, TX 77010
(J. Scott Douglass, Unsecured Creditor)
*First Class Mail*

David Eaton, Esq
Garry W. Jaunal, Esq.
Gregory Gallagher, Esq.
Gergory C. Vogelsperger, Esq.
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
(Norwood Promotional Products, Inc.)
*First Class Mail*

Steven M. Ellis, Esq
Stephen A. Boyko, Esq.
Gary J. Creem, Esq.
Sabrina Rusnak-Carlson, Esq.
Proskauer Rose LLP
One International Place
Boston, MA 02110
(LBC Credit Partners Counsel)
*First Class Mail*

Richard H. Engman, Esq
Victor Gatti, Esq.
Robert de Silva Ashley, Esq.
Brett Barragate, Esq.
Jones Day
222 East 41st Street
New York, NY 10017
(Aurora (Debt))
*First Class Mail*

Christine R. Etheridge
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208
(IKON Financial Services)
*First Class Mail*

Daniel F. Fiorillo, Esq
David Morse, Esq.
Evan M. Friedman, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169
(Wachovia Counsel)
*First Class Mail*

David E. Fraimow
Christopher J. Calabrese
LBC Credit Partners
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(Exit Second Lien Lender)
*First Class Mail*

Kurt F. Gwynne, Esq.
Reed Smith LLP
1201 Market Street, Suite 1500
Wilmington, DE 19801
(AMG Holdings, Inc.)
*Hand Delivery*

Internal Revenue Service
Insolvency Section
31 Hopkins Plaza, Room 1150
Baltimore, MD 21202
*First Class Mail*

Susheel Kirpalani, Esq
Scott C. Shelley, Esq.
Daniel Holzman, Esq.
Marc A. Pallacino, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(Term A Lenders Counsel)
*First Class Mail*

<div style="display: grid; grid-template-columns: 1fr 1fr;">

Lisa Laukitis, Esq
Matthew Dysart, Esq.
Alison Miller, Esq.
Kirkland & Ellis LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022
(Norwood Promotional Products, Inc.)
***First Class Mail***

Keith A. Maib
Joe Cade
Paul M. Lage
Kathi Pugh
Norwood Promotional Products Holdings, Inc.
10 W. Market Street, Suite 1400
Indianapolis, IN 46204
(Norwood Promotional Products Holdings, Inc.)
***First Class Mail***

Kevin S. Mann, Esq.
Cross & Simon, LLC
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, DE 19801
(In Zone, Inc.)
***Hand Delivery***

Dan K. Matthews
Susan Gordon
Mackinac Partners, LLC
180 High Oak, Suite 100
Bloomfield Hills, MI 48304
(Norwood Promotional Products, Inc.)
***First Class Mail***

Michael Messersmith, Esq
3 First National Plaza
Kaye Scholer LLP
70 West Madison Street, Suite 4100
Chicago, IL 60602
(Mezzanine Lenders and Existing Term B Lenders Counsel)
***First Class Mail***

Bruce D. Meyer, Esq
Candice S. Choh, Esq.
Stephen L. Tolles, Esq.
Peter W. Wardle, Esq.
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
(Counsel to Aurora (Equity))
***First Class Mail***

Francis A. Monaco, Jr., Esq.
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, Suite 1501
P.O. Box 2031
Wilmington, DE 19899-2031
(Postpetition Lender)
***Hand Delivery***

Pauline K. Morgan, Esq.
Edmon L. Morton, Esq.
Margaret Whiteman Greecher, Esq.
Young Conaway Stargatt & Taylor, LLP
1000 West Street, 17th Floor
PO Box 391
Wilmington, DE 19899-0391
(Counsel to Debtors)
***Hand Delivery***

Jennifer S. Perkins, Esq
Joshua A. Tinkelman, Esq.
Jude M. Gorman, Esq.
Len Gray, Esq.
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022
(ING Counsel)
***First Class Mail***

Richard Schepacarter
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(US Trustee Office)
***Hand Delivery***

</div>

<table>
<tr><td>

Secretary of State  
Franchise Tax Division  
Division of Corporations  
P.O. Box 7040  
Dover, DE 19903  
*First Class Mail*

</td><td>

Securities & Exchange Commission  
Office of the Inspector General  
Attn: Christopher Cox  
100 F Street, NE  
Washington, DC 20549  
*First Class Mail*

</td></tr>
<tr><td>

Securities and Exchange Commission  
Attn: Regional Director  
Securities and Exchange Commission  
New York Regional Office, 3 World Financial Center,  
Suite 400  
New York, NY 10281  
*First Class Mail*

</td><td>

Scott C. Shelley, Esq  
Gregory W. Werkheiser, Esq.  
Curtis Miller, Esq.  
Quinn Emanuel Urquhart Oliver & Hedges, LLP  
51 Madison Avenue, 22nd Floor  
New York, NY 10010  
(Bank of New York Mellon)  
*First Class Mail*

</td></tr>
<tr><td>

Ellen W. Slights, Esq.  
Assistant United States Attorney  
U.S. Attorney's Office  
1007 Orange Street, Suite 700  
PO Box 2046  
Wilmington, DE 19899-2046  
*Hand Delivery*

</td><td>

Michael Solecki, Esq  
Jones Day  
901 Lakeside Avenue  
Cleveland, OH 44114  
(Aurora (Debt))  
*First Class Mail*

</td></tr>
<tr><td>

David Watson  
Scott Jackson  
Matthew Niemann  
Houlihan Lokey Howard & Zukin Capital, Inc.  
123 N. Wacker Drive, 4th Floor  
Chicago, IL 60606  
(Norwood Promotional Products Inc. (Investment Banker))  
*First Class Mail*

</td><td>

Robert Wilson  
ING Investments  
7337 E Doubletree Ranch Road  
Scottsdale, AZ 85258  
(Major Shareholder in Company)  
*First Class Mail*

</td></tr>
<tr><td>

Gary T. Zussman, Esq  
Bridget G. McLaughlin, Esq.  
Goldberg Kohn  
55 East Monroe Street, Suite 3300  
Chicago, IL 60603  
(Wells Fargo Counsel)  
*First Class Mail*

</td><td>

Jeffrey A. Hopper  
Mark R. Owens  
BARNES&THORNBURG LLP  
11 SouthMeridian Street  
Indianapolis, IN 46204  
*First Class Mail*

</td></tr>
</table>

MELISSA A. PEÑA
NORRIS, McLAUGHLIN & MARCUS, PA
875 Third Avenue
18th Floor
New York, New York 10022
*First Class Mail*

Linda Boyle
TW Telecom Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124
*First Class Mail*

Daniel K. Astin, Esquire
Anthony M. Saccullo, Esquire
Carl D. Neff, Esquire
Ciardi Ciardi & Astin
Citizens Bank Center
919 North Market Street, Suite 700
Wilmington, DE 19801
*Hand Delivery*

Albert A. Ciardi, III, Esquire
Thomas D. Bielli, Esquire
2005 Market Street, Suite 1930
Philadelphia, PA 19103
*First Class Mail*

Robert L. Barrows
Warren, Drugan & Barrows, P.C.
800 Broadway
San Antonio, Texas 78215
*First Class Mail*

ATTN: Vicky Namken
IBM Corporation
13800 Diplomat Drive
Dallas, TX 75234
*First Class Mail*

Charles J. Brown, III, Esq.
ARCHER & GREINER PC
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801
*First Class Mail*

Deirdre M. Richards, Esquire
Lamm Rubenstone LLC
3600 HorizonBlvd., Suite 200
Trevose, PA 19053
*First Class Mail*

Kelly Franklin Bagnall
Amber Taylor Welock
Brown & McCarroll LLP
Trammell Crow Center
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201
*First Class Mail*

Kell C. Mercer
Brown & McCarroll LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
*First Class Mail*

Gary L. Vincent, Esq.
Husch Blackwell & Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
*First Class Mail*

Deirdre M. Richards, Esquire
Lamm Rubenstone LLC3600 Horizon Blvd.
Suite 200
Trevose, PA 19053
*First Class Mail*

Kelly Franklin Bagnall
Amber Taylor Welcok
Brown McCarrol, LLP
Trammell Crow Center
2001 Ross Avenue, Suite 2000
Dallas, Texas 75201-2995
*First Class Mail*

Kell C. Mercer
Brown McCarrol, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701
*First Class Mail*

Gary L Vincent, Esq.
Husch Blackwell Sanders LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
*First Class Mail*

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110
*First Class Mail*

Missouri Department of Revenue
Bankruptcy Unit
Attention: Sheryl L. Moreau
PO Box 475
Jefferson City, MO 65105-0475
*First Class Mail*