IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NPPI Holdings Inc., *et al.,*[1] | : | Case No. 09-11547 (PJW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Hearing: Only if Objections Filed |
| | : | Obj. Deadline: 12/30/2009 @ 4:00 PM |

## SEVENTH MONTHLY APPLICATION OF ARENT FOX LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009, AND FOR ALLOWANCE OF COMPENSATION OF FEES FOR TRANSLATION SERVICES PROVIDED TO THE COMMITTEE BY DR. HAISHAN LIU

| | |
|---|---|
| Name of Applicant: | Arent Fox LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | July 15, 2009, *nunc pro tunc* to May 14, 2009 |
| Period for which compensation and reimbursement are sought: | November 1, 2009 through November 30, 2009 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $87,052.50 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $1,938.93 |
| Amount of Compensation sought for translation services fees to Dr. Haishan Liu: | $4,212.00 |

This is a(n):    monthly __X__    interim _____    final application _____

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc. (9391); NPPI, Inc. (4534); NPPI Sub I, LLC (3446) NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

NYC/455101.1

## PRIOR FEE APPLICATIONS FILED

| Date Filed | Period Covered | Requested | | Approved | | Amount of Holdback |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 08/07/09 Doc. No. 369 | 05/14/09 – 05/31/09 | $224,533.50 | $1,924.59 | $179,626.80 | $1,924.59 | $44,906.70 |
| 08/07/09 Doc. No. 371 | 06/01/09 – 06/30/09 | $368,066.00 | $4,231.36 | $294,452.80 | 4,231.36 | $73,613.20 |
| 08/27/09 Doc. No. 414 | 07/01/09 – 07/31/09 | $84,874.50 | $1,736.26 | $67,899.60 | $1,736.26 | $16,974.90 |
| 10/07/09 Doc. No. 479 | 08/01/09 – 08/31/09 | $64,721.50 | $1,005.00 | $51,777.20 | $1,005.00 | $12,944.30 |
| 11/09/09 Doc. No. 542 | 09/01/09 – 09/30/09 | $57,048.00 | $1,490.01 | $45,638.40 | $1,490.01 | $11,409.60 |
| 11/20/09 Doc. No. 569 | 10/01/09 – 10/31/09 | $135,460.00 | $791.63 | $108,368.00 | $791.63 | $27,092.00 |

# ATTACHMENT B
# TO FEE APPLICATION

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Schuyler G. Carroll | Partner since 2003. Member of NY bar since 1993. | $670 | 50.90 | $34,103.00 |
| Jeffrey Vanacore | Joined firm as an associate in 2003. Member of CO bar since 2001. Member of NY and NJ bars | $500 | 1.20 | $600.00 |
| Andrew C. Udin | Joined firm as an associate in 2007. Member of NJ bar since 2002. Member of NY bar since | $490 | 1.90 | $931.00 |
| George Angelich | Joined firm as an associate in 2003. Member of PA bar since 2000. Member of DC bar since 2003. | $480 | 32.20 | $15,456.00 |
| Ronni N. Arnold | Joined firm as an associate in 2009. Member of NY bar since 2007. | $385 | 84.30 | $32,455.50 |
| David J. Kozlowski | Joined firm as an associate in 2008. Member of NY bar since 2007. | $380 | 1.00 | $380.00 |
| Lisa Indelicato | Paralegal | $265 | 6.90 | $1,828.50 |

NYC/455101.1

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nova A. Constantino | Paralegal | $265 | 4.90 | $1,298.50 |
| **TOTAL** | | | **183.30** | **$87,052.50** |

Blended Rate: $474.92

# COMPENSATION BY PROJECT CATEGORY
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Project Category | Total | Total Fees |
|---|---|---|
| Petition, Schedules, First Day Orders (01) | 0.00 | $0.00 |
| Case Management and Operating Expenses (02) | 0.40 | $106.00 |
| Corporate and Business Matters (03) | 0.00 | $0.00 |
| Sale and Disposition of Assets (04) | 4.00 | $1,540.00 |
| Asset Analysis and Recovery (05) | 0.00 | $0.00 |
| Claims Administration and Objections (06) | 9.00 | $4,622.50 |
| Miscellaneous Motions and Objections (07) | 17.30 | $6,908.00 |
| Committee and Debtor Communications (08) | 21.50 | $10,719.00 |
| Adversary Proceedings (09) | 0.00 | $0.00 |
| Professional Retention (10) | 0.60 | $159.00 |
| Plan and Disclosure Statement Matters (11) | 102.60 | $52,038.00 |
| Cash Collateral and DIP Financing (12) | 0.70 | $269.50 |
| Employee Benefits and Severance, Pensions (13) | 0.00 | $0.00 |
| Real Estate and Leasing and Executory Contracts (14) | 0.00 | $0.00 |
| Creditor Inquiries (15) | 2.80 | $1,762.00 |
| Automatic Stay and Section 362 and 363 Matters (16) | 0.00 | $0.00 |
| Investigation of Secured Creditor, Equipment Lessors (17) | 0.00 | $0.00 |
| Utilities and Regulatory Matters (18) | 0.00 | $0.00 |
| Chapter 5 Litigation, Collection and Investigation (19) | 0.00 | $0.00 |
| Contracts (20) | 0.00 | $0.00 |
| Tax (21) | 0.00 | $0.00 |
| Fee Applications (22) | 24.40 | $8,928.50 |
| Environmental Matters (23) | 0.00 | $0.00 |
| Creditor Information Sharing and 1102 Services (24) | 0.00 | $0.00 |
| **Total** | **183.30** | **$87,052.50** |

# EXPENSE SUMMARY
## NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Database Search | Pacer | $66.25 |
| Document Retrieval | CSC | $254.40 |
| Duplicating | | $117.00 |
| Local Travel | Taxicabs | $30.00 |
| Out-of-Town Meals | | $33.49 |
| Out-of-Town Travel | Amtrak | $523.25 |
| Overtime - Meals | | $103.05 |
| Phone Charges | Long distance charges | $9.99 |
| Transcripts | Veritext | $297.50 |
| Westlaw | | $504.00 |
| **TOTAL** | | **$1,938.93** |

NYC/455101.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re:<br><br>NPPI Holdings Inc., *et al.*,[1]<br><br>Debtors. | :<br>:<br>:<br>:<br>:<br>:<br>: | Chapter 11<br><br>Case No. 09-11547 (PJW)<br>(Jointly Administered)<br><br>**Hearing: Only if Objections Filed**<br>**Obj. Deadline: 12/30/2009 @ 4:00 PM** |

SEVENTH MONTHLY APPLICATION
OF ARENT FOX LLP FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM NOVEMBER 1, 2009 THROUGH NOVEMBER 30, 2009,
AND FOR ALLOWANCE OF COMPENSATION OF FEES FOR TRANSLATION
SERVICES PROVIDED TO THE COMMITTEE BY DR. HAISHAN LIU

Pursuant to Sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's order establishing procedures for interim compensation and reimbursement of expenses for professionals and official committee members, dated June 1, 2009 [Docket No. 142] (the "Compensation Order"), Arent Fox LLP ("Arent Fox") hereby files its Seventh Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Counsel to the Official Committee (the "Committee") of Unsecured Creditors of NPPI Holdings, Inc., *et al.* (the "Debtors") for the period from November 1, 2009 through November 30, 2009 (the "Application"). By this Application, Arent Fox seeks a monthly allowance pursuant to the Compensation Order with respect to sums of $87,052.50 for

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc. (9391); NPPI, Inc. (4534); NPPI Sub I, LLC (3446) NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

NYC/455101.1

compensation and $1,938.93 for reimbursement of actual and necessary expenses for a total of $88,991.43 for the period from November 1, 2009 through and including November 30, 2009 (the "Compensation Period"), and for allowance of compensation of fees for translation services provided to the Committee by Dr. Haishan Liu in the amount of $4,212.00. In support of this Application, Arent Fox respectfully represents as follows:

## Background

1.  On March 5, 2009 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of Delaware (the "Court"). The Debtors continue to operate their businesses as debtors-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been appointed in these cases.

2.  On July 15, 2009, the Court approved the retention of Arent Fox as counsel to the Committee *nunc pro tunc* to May 14, 2009 [Docket No. 331]. The order approving the retention of Arent Fox provided that compensation and reimbursement of expenses for Dr. Haishan Liu as Chinese translator for the Committee may be sought in the fee application filed by Committee counsel.

## Compensation Paid and Its Source

3.  All services for which compensation is requested by Arent Fox were performed for or on behalf of the Committee.

4.  Arent Fox has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application for the Compensation Period. There is no agreement or understanding between Arent Fox and any persons other than the partners of Arent Fox for the sharing of compensation to be received for services rendered in these cases.

- 2 -
NYC/455101.1

## Time Records

5.  A copy of the time records for the Compensation Period is attached hereto as Exhibit A. The time records contain daily time logs describing the time spent by each attorney and paraprofessional for this period. To the best of Arent Fox's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2, and the Compensation Order.

## Actual and Necessary Expenses

6.  A summary of the actual and necessary expenses incurred by Arent Fox during the Compensation Period is attached hereto as Exhibit B. While representing the Committee in these cases, Arent Fox will limit its photocopying expenses to $.10 per page and its charges for out-going facsimile transmissions to $1.00 per page, in accordance with the local rules. Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in the long-distance telephone charges.

7.  Regarding providers of on-line legal research (e.g., WESTLAW), Arent Fox charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal Arent Fox's actual cost. Arent Fox currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows Arent Fox to cover adequately the monthly flat fees it must pay to these types of providers.

8.  Arent Fox believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, Arent Fox believes that such charges are in accordance with the guidelines of the American Bar Association ("ABA"), as set forth in the

ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.  The partners and associates of Arent Fox who have rendered professional services in these cases are: Schuyler Carroll, Jeffrey Vanacore, Andrew C. Udin, George Angelich, Ronni N. Arnold, and David J. Kozlowski. Lisa Indelicato and Nova A. Constantino are paraprofessionals of Arent Fox who have also rendered services in these cases.

10. Arent Fox, by and through the above-named persons, has prepared its final fee application and has submitted other pleadings to the Court for consideration on behalf of the Committee, advised the Committee on a regular basis with respect to various matters in connection with these cases, and performed all necessary professional services which are described and narrated in detail below.

11. Dr. Liu, as Chinese translator to the Debtors, has translated pleadings, emails, and telephone conferences, along with the Asset Purchase Agreement, for the Chinese-speaking Committee members.

## Summary of Services By Project

12. The services rendered by Arent Fox during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on Exhibit A. The attorneys and paraprofessionals who rendered services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in Exhibit A.

NYC/455101.1

A. Case Management and Operating Reports (02)

Fees: $106.00   Total Hours: 0.40

This category includes all matters related to general case management.

B. Sale and Disposition of Assets (04)

Fees: $1,540.00   Total Hours: 4.00

This category includes all matters related to research of potential property issues affected by the settlement stipulation agreement.

C. Claims Administration and Objections (06)

Fees: $4,622.50   Total Hours: 9.00

This category includes all matters related to reconciliation of the claims, and payment of all administrative expense claims.

D. Miscellaneous Motions and Objections (07)

Fees: $6,908.00   Total Hours: 17.30

This category includes matters related to reviewing miscellaneous motions and pleadings filed throughout these cases, including the GUC Trust Motion. This category also includes time spent preparing for and attending an omnibus hearing.

E. Committee and Debtor Communications, Conference (08)

Fees: $10,719.00   Total Hours: 21.50

This category includes all matters related to communications involving counsel to the Committee and any of the Debtors, their professionals, members of the Committee and other Committee professionals.

F. Professional Retention (10)

Fees: $159.00   Total Hours: 0.60

- 5 -
NYC/455101.1

This category includes time spent researching connections and evaluating potential issues related to Arent Fox's involvement in these cases.

G.          Plan and Disclosure Statement Matters and Solicitation (11)

Fees: $52,038.00          Total Hours: 102.60

This category includes all matters related to the budget, plan and wind-down process.

H.          Cash Collateral and DIP Financing (12)

Fees: $269.50          Total Hours: 0.70

This category includes all matters related to the review of the motion to extend interim waiver requirements of § 345(b) of the Bankruptcy Code.

I.          Creditor Inquiries (15)

Fees: $1,762.00          Total Hours: 2.80

This category includes time spent corresponding with various Creditors of the estate.

J.          Fee Applications (22)

Fees: $8,928.50          Total Hours: 24.40

This category includes time spent researching, preparing and reviewing monthly fee applications. Specifically, Arent Fox prepared, reviewed, revised and filed its September and October monthly fee applications. Time also was spent reviewing fee applications of various professionals.

## Valuation of Services

13. Attorneys and paraprofessionals of Arent Fox have expended a total of 183.30 hours in connection with this matter during the Compensation Period, as follows:

NYC/455101.1

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Schuyler G. Carroll | 50.90 | $670 |
| Jeffrey Vanacore | 1.20 | $500 |
| Andrew C. Udin | 1.90 | $490 |
| George Angelich | 32.20 | $480 |
| Ronni N. Arnold | 84.30 | $385 |
| David J. Kozlowski | 1.00 | $380 |

| PARAPROFESSIONALS | HOURS | HOURLY RATE |
|---|---|---|
| Lisa Indelicato | 6.90 | $265 |
| Nova A. Constantino | 4.90 | $265 |

The nature of the work performed by these persons is fully set forth in Exhibit A. These are Arent Fox's normal hourly rates for work of this character. The reasonable value of the services rendered by Arent Fox to the Committee during the Compensation Period is $87,052.50.

14. Further, and pursuant to 11 U.S.C. § 503(b)(3)(F) and the Retention Order, attached as Exhibit C is an invoice from Dr. Haishan Liu for translation services provided to the Committee.

15. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by Arent Fox is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services in other cases. Moreover, Arent Fox has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, Arent Fox respectfully requests that the Court authorize that for the period from November 1, 2009 through November 30, 2009, an allowance be made to Arent Fox pursuant to the terms of the Compensation Order, with respect to the sum of $87,052.50 as compensation for the necessary professional services rendered (80% of which equals

$69,642.00), and the sum of $1,938.93 as 100% reimbursement of the actual and necessary expenses, for a total of $88,991.43, and that such sums be authorized for payment; that compensation to Dr. Haishan Liu for translation services provided to the Committee be allowed in the amount of $4,212.00; and for such other and further relief as this Court may deem just and proper.

Dated: December 15, 2009  
       New York, NY

Respectfully submitted,

ARENT FOX LLP

*/s/ George P. Angelich*  
Schuyler G. Carroll  
George P. Angelich  
ARENT FOX LLP  
1675 Broadway  
New York, NY 10019  
Tel: (212) 484-3900  
Fax: (212) 484-3990

- and -

ELLIOTT GREENLEAF  
Rafael X. Zahralddin-Aravena (No. 4166)  
Shelley A. Kinsella  
1105 North Market Street, Suite 1700  
Wilmington, DE 19801  
Tel: (302) 384-9400  
Fax: (302) 656-3714

*Co-Counsel for the Official Committee of Unsecured Creditors of NPPI Holdings, Inc., et al.*