# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NPPI Holdings Inc., *et al.,* [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11547 (PJW)<br>(Jointly Administered)<br><br>**Hearing: Only if Objections Filed**<br>**Obj. Deadline: 12/30/2009 @ 4:00 PM** |

## NOTICE OF SEVENTH MONTHLY FEE APPLICATION

TO: (I) THE DEBTORS; (II) COUNSEL TO THE DEBTORS; (III) THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; AND (III) ALL PARTIES WHO HAVE FILED AND SERVED REQUESTS FOR NOTICE PURSUANT TO BANKRUPTY RULE 2002.

PLEASE TAKE NOTICE that on December 15, 2009, Arent Fox LLP, co-counsel to the Official Committee of Unsecured Creditors (the "Committee") for the above-captioned debtors (the "Debtors") filed the attached Seventh Monthly Application of Arent Fox LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2009 through November 30, 2009 (the "Application") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court"), seeking an allowance of fees in the amount of $87,052.50 and reimbursement of expenses in the amount of $1,938.93, and for allowance of compensation of fees for translation services provided to the Committee by Dr. Haishan Liu in the amount of $4,212.00.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Application

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc. (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446) NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

NYC/455101.1

must be made in accordance with this Court's order establishing procedures for interim compensation and reimbursement of expenses of professionals and official committee members, dated June 1, 2009 [Docket No. 142] (the "Compensation Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) NPPI Holdings, Inc., 10 West Market Street, Suite 1400, Indianapolis, IN 46204, Attn: Joseph Cade; (ii) (a) Kirkland & Ellis LLP, Citigroup Center, 153 East 53rd Street, New York, NY 10022-4611, Attn: Lisa G. Laukitis and Alison C. Miller, and (b) Young Conaway Stargatt & Taylor, LLP, The Brandywine Building, 1000 West Street, 17th Floor, P.O. Box 391, Wilmington, DE 19899-0391, Attn: Edmon L. Morton and Margaret Whiteman Greecher, counsel to the Debtors; (iii) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, Room 2207, 844 N. King Street, Lockbox 35, Wilmington, DE 19801, Attn: Richard Schepacarter; and (iv) (a) Arent Fox LLP, 1675 Broadway, New York, New York 10019, Attn: Schuyler G. Carroll and George Angelich, and (b) Elliott Greenleaf, 1105 Market Street, Suite 1700, Wilmington, DE 19801, Attn: Rafael X. Zahralddin-Aravena, Esq., counsel to the Committee, by no later than December 30, 2009 at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Application are timely filed, served and received a hearing on the Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Compensation Order, if

no objection to the Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Application or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court, and (iii) allowance of compensation for translation services provided to the Committee by Dr. Haishan Liu in the amount of $4,212.00.

Dated: December 15, 2009
Wilmington, DE

Respectfully submitted,

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (No. 4166)
Shelley A. Kinsella
1105 North Market Street, Suite 1700
Wilmington, DE 19801
Tel: (302) 384-9400
Fax: (302) 656-3714

and

Schuyler G. Carroll
George P. Angelich
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Tel: (212) 484-3900
Fax: (212) 484-3990

*Counsel for the Official Committee of Unsecured Creditors of NPPI Holdings, Inc., et al.*