# EXHIBIT A

NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, ET AL. - OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

Invoice Number 1225799
Invoice Date   12/15/09
Client Number  031557

--------------------------------------------------------------------

| Category | | Hours | Total |
|---|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2009

| Code | Description | Hours | Total |
|---|---|---|---|
| 00000 | General | .00 | 1,938.93 |
| 00002 | Case Management and Operating Reports | .40 | 106.00 |
| 00004 | Sale and Disposition of Assets | 4.00 | 1,540.00 |
| 00006 | Claims Administration and Objections | 9.00 | 4,622.50 |
| 00007 | Miscellaneous Motions and Objections | 17.30 | 6,908.00 |
| 00008 | Committee and Debtor Communications, Conference | 21.50 | 10,719.00 |
| 00010 | Professional Retention | .60 | 159.00 |
| 00011 | Plan and Disclosure Statement Matters and Solici | 102.60 | 52,038.00 |
| 00012 | Cash Collateral and DIP Financing | .70 | 269.50 |
| 00015 | Creditor Inquiries | 2.80 | 1,762.00 |
| 00022 | Fee Applications | 24.40 | 8,928.50 |
| Totals | | 183.30 | 88,991.43 |

(00000) MATTER NUMBER
RE:   General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

FOR CHARGES:

| | | |
|---|---|---:|
| 09/18/09 | PHONE CHARGES | 5.96 |
| 09/25/09 | PHONE CHARGES | 4.03 |
| | **TOTAL FOR: PHONE CHARGES** | **9.99** |
| 11/03/09 | DUPLICATING SUMMARY User Ronni Arnold copied 26 on 11/03/2009 at 11:24 hrs | 2.60 |
| 11/05/09 | DUPLICATING SUMMARY User Ronni Arnold copied 120 on 11/05/2009 at 15:05 hrs | 12.00 |
| 11/16/09 | DUPLICATING SUMMARY User Ronni Arnold copied 88 on 11/16/2009 at 11:57 hrs | 8.80 |
| 11/16/09 | DUPLICATING SUMMARY User copied 936 on 11/16/2009 at 08:06 hrs | 93.60 |
| | **TOTAL FOR: DUPLICATING SUMMARY** | **117.00** |
| 11/30/09 | OTHER DATABASE SEARCH-PACER 10/31/2009 | 66.25 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | **66.25** |
| 11/23/09 | WESTLAW User:  ARNOLD,RONNI | 29.40 |
| 11/23/09 | WESTLAW User:  ARNOLD,RONNI | 16.33 |
| 11/23/09 | WESTLAW User:  ARNOLD,RONNI | 86.23 |
| 11/24/09 | WESTLAW User:  ARNOLD,RONNI | 9.80 |
| 11/24/09 | WESTLAW User:  ARNOLD,RONNI | 4.08 |
| 11/24/09 | WESTLAW User:  ARNOLD,RONNI | 24.50 |
| 11/24/09 | WESTLAW User:  ARNOLD,RONNI | 47.69 |
| 11/30/09 | WESTLAW User:  ARNOLD,RONNI | 29.40 |
| 11/30/09 | WESTLAW User:  ARNOLD,RONNI | 4.08 |
| 11/30/09 | WESTLAW User:  ARNOLD,RONNI | 24.50 |
| 11/30/09 | WESTLAW User:  ARNOLD,RONNI | 172.46 |
| 11/13/09 | WESTLAW User:  ARNOLD,RONNI | 39.20 |
| 11/13/09 | WESTLAW User:  ARNOLD,RONNI | 16.33 |
| | **TOTAL FOR: WESTLAW** | **504.00** |
| 11/11/09 | OVERTIME MEALS & CABS PETTY CASH - R. ARNOLD10/27-28 | 59.91 |
| 11/05/09 | OVERTIME MEALS & CABS PETTY CASH - R. ARNOLD 10/19 | 11.14 |
| 11/05/09 | OVERTIME MEALS & CABS PETTY CASH - R. ARNOLD 10/15 | 32.00 |
| | **TOTAL FOR: OVERTIME MEALS & CABS** | **103.05** |
| 11/17/09 | TAXICABS -  SCHUYLER CARROLL PARKING/TAXI:TRAVEL DEST: WILMINGTON, DE | 20.00 |

| 11/17/09 | TAXICABS - RONNI ARNOLD<br>PARKING/TAXI:TRAVEL DEST: WILMINGTON,<br>DE | 10.00 |
|---|---|---|

**TOTAL FOR: TAXICABS**          **30.00**

| 11/17/09 | OUT-OF-TOWN TRANSPORTATION - RONNI<br>ARNOLD SUBWAY TO HEARING: TRAVEL DEST:<br>WILMINGTON, DE | 2.25 |
|---|---|---|
| 11/17/09 | OUT-OF-TOWN TRANSPORTATION - SCHUYLER<br>CARROLL AMTRAK:TRAVEL DEST:<br>WILMINGTON, DE | 253.00 |
| 11/17/09 | OUT-OF-TOWN TRANSPORTATION - RONNI<br>ARNOLD AMTRAK:TRAVEL DEST: WILMINGTON,<br>DC | 268.00 |

**TOTAL FOR: OUT-OF-TOWN TRANSPORTATION    523.25**

| 11/04/09 | PROFESSIONAL SERVICE FEES - CSC<br>DOCUMENT RETRIEVAL WORK IN DELAWARE | 254.40 |
|---|---|---|

**TOTAL FOR: PROFESSIONAL SERVICE FEES    254.40**

| 11/09/09 | TRANSCRIPTS - VERITEXT / NEW YORK<br>REPORTING HEARING, 2/20/2009, CASE #:<br>07-11079 | 297.50 |
|---|---|---|

**TOTAL FOR: TRANSCRIPTS          297.50**

| 11/17/09 | OUT OF TOWN LODGING - SCHUYLER<br>CARROLL MEALS:TRAVEL DEST:WILMINGTON,<br>DE | 7.34 |
|---|---|---|

**TOTAL FOR: OUT OF TOWN LODGING      7.34**

| 11/17/09 | OUT-OF-TOWN MEALS - RONNI ARNOLD<br>MEALS:TRAVEL DEST :WILMINGTON, DE | 26.15 |
|---|---|---|

**TOTAL FOR: OUT-OF-TOWN MEALS      26.15**

```
                                            ------------
            CURRENT CHARGES                   1,938.93

            SUBTOTAL FOR THIS MATTER          $1,938.93
```

(00002) MATTER NUMBER
RE:   Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/05/09 | NA  CONSTANTINO | Order Homebanc transcript for 02/20/09 hearing | .4 | 106.00 |

```
                                                          -------------
                        CURRENT FEES                          106.00


                   TIMEKEEPER TIME SUMARY
      -----------------------------------------------------
NOVA A. CONSTANTINO        .4   at  $265.00 =      106.00
                         ----                    ---------
         TOTALS          0.4                       106.00

                   SUBTOTAL FOR THIS MATTER                 $106.00
```

(00004) MATTER NUMBER
RE:   Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/24/09 | RN  ARNOLD | Legal research regarding whether the proceeds of the settlement stipulation can be considered property of the Debtors' estates. | 3.8 | 1,463.00 |
| 11/25/09 | RN  ARNOLD | Correspondence with S. Carroll regarding Committee objection to sale motion. | .2 | 77.00 |

CURRENT FEES                                    1,540.00

                    TIMEKEEPER TIME SUMARY

| | | | | |
|--|--|--|--|--|
| RONNI N. ARNOLD | 4.0 | at  $385.00 = | 1,540.00 |
| TOTALS | 4.0 | | 1,540.00 |

                    SUBTOTAL FOR THIS MATTER              $1,540.00

(00006) MATTER NUMBER
RE:   Claims Administration and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/02/09 | SG CARROLL | Telephone conference with Keith Maib, Charlie Berk re review of efforts towards claims objections, preparation for telephone conference re same. | .8 | 536.00 |
| 11/03/09 | SG CARROLL | Telephone conference with Karl Knechtel, Charlie Berk, Ronni Arnold re claims review. | .8 | 536.00 |
| 11/03/09 | RN ARNOLD | Telephone conference with S. Carroll and CBIZ regarding claims reconciliation process. | .3 | 115.50 |
| 11/04/09 | RN ARNOLD | Telephone conference with G. Angelich and analysis of issues regarding Langer Construction inquiry. | .9 | 346.50 |
| 11/04/09 | SG CARROLL | Telephone calls and e-mails with Charlie Berk, Karl Knechtel, Keith Maib re review of claims objections. | .9 | 603.00 |
| 11/05/09 | RN ARNOLD | Telephone conference with L. Nielson regarding Langer construction. | .2 | 77.00 |
| 11/05/09 | RN ARNOLD | Analysis of issues regarding Langer Construction claim. | .6 | 231.00 |
| 11/10/09 | RN ARNOLD | Telephone conference with K. Maib regarding claims reconciliation. | .2 | 77.00 |
| 11/10/09 | RN ARNOLD | Telephone conference with K. Knechtel regarding claims reconciliation. | .2 | 77.00 |
| 11/10/09 | RN ARNOLD | Telephone conference with S. Carroll regarding claims reconciliation. | .2 | 77.00 |
| 11/12/09 | RN ARNOLD | Correspondence with K. Knechtel regarding administrative and priority claims. | .2 | 77.00 |
| 11/12/09 | SG CARROLL | E-mails with Ronni Arnold re work of CBIZ to obtain documents and other information necessary to handle claims reconciliation. | .3 | 201.00 |
| 11/12/09 | GA ANGELICH | Confer with Karl Knechtel re status and amounts of administrative and priority claim amounts. | .4 | 192.00 |
| 11/13/09 | GA ANGELICH | Confer with Karl Knechtel re issues with claims and payment of all administrative expenses | .3 | 144.00 |
| 11/13/09 | RN ARNOLD | Telephone conference and correspondence with K. Knechtel regarding administrative and priority claim amounts. | .4 | 154.00 |
| 11/18/09 | GA ANGELICH | Review claims issues and requests for information | .8 | 384.00 |

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/19/09 | SG | CARROLL | Telephone conference with Charlie Berk, Karl Knechtel, Ronni Arnold re claims reconciliation. | .6 | 402.00 |
| 11/19/09 | JD | VANACORE | Review proof of claim issues; review same with Ronni Arnold. | .4 | 200.00 |
| 11/19/09 | RN | ARNOLD | Prepare for telephone conference with C. Berk, K. Knechtel and S. Carroll regarding claims analysis. | .3 | 115.50 |
| 11/19/09 | RN | ARNOLD | Telephone conference with C. Berk, K. Knechtel and S. Carroll regarding claims analysis. | .2 | 77.00 |

```
                                                      -------------
              CURRENT FEES                                4,622.50
```

```
                 TIMEKEEPER TIME SUMARY
       ------------------------------------------------
       SCHUYLER CARROLL      3.4   at  $670.00 =    2,278.00
       JEFFREY VANACORE       .4   at  $500.00 =      200.00
       GEORGE ANGELICH       1.5   at  $480.00 =      720.00
       RONNI N. ARNOLD       3.7   at  $385.00 =    1,424.50
                             ----            ---------
              TOTALS         9.0                   4,622.50

              SUBTOTAL FOR THIS MATTER                  $4,622.50
```

(00007) MATTER NUMBER
RE:  Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/04/09 | RN | ARNOLD | Review and summarize motion to extend period within which to remove actions. | .7 | 269.50 |
| 11/04/09 | GA | ANGELICH | Review comments to GUC Trust Agreement from James Murphy. | .2 | 96.00 |
| 11/04/09 | DJ | KOZLOWSKI | Review of committee correspondence re motions to remove actions and extend interim waiver requirements. | .3 | 114.00 |
| 11/04/09 | SG | CARROLL | Review and revise memorandum to committee re several miscellaneous motions. | .4 | 268.00 |
| 11/04/09 | GA | ANGELICH | Review and revise GUC Trust Motion. | 1.4 | 672.00 |
| 11/05/09 | NA | CONSTANTINO | Obtain conversion pleadings in Homebanc bankruptcy case | .2 | 53.00 |
| 11/05/09 | NA | CONSTANTINO | Obtain dismissal pleadings in Wickes bankruptcy case | .4 | 106.00 |
| 11/13/09 | RN | ARNOLD | Prepare for November 17 omnibus hearing. | 2.8 | 1,078.00 |
| 11/16/09 | RN | ARNOLD | Prepare for November 17 omnibus hearing. | 3.4 | 1,309.00 |
| 11/17/09 | RN | ARNOLD | Attend November 17 omnibus hearing. | 6.9 | 2,656.50 |
| 11/17/09 | JD | VANACORE | Review research on appointment of Trustee; emails with Ronni Arnold regarding same. | .4 | 200.00 |
| 11/18/09 | DJ | KOZLOWSKI | Review of summary of hearing on 11/17/09. | .1 | 38.00 |
| 11/18/09 | GA | ANGELICH | Review hearing summary | .1 | 48.00 |

CURRENT FEES             6,908.00

TIMEKEEPER TIME SUMARY

| | | | | |
|---|---|---|---|---|
| SCHUYLER CARROLL | .4 | at | $670.00 = | 268.00 |
| JEFFREY VANACORE | .4 | at | $500.00 = | 200.00 |
| GEORGE ANGELICH | 1.7 | at | $480.00 = | 816.00 |
| RONNI N. ARNOLD | 13.8 | at | $385.00 = | 5,313.00 |
| DAVID J. KOZLOWSKI | .4 | at | $380.00 = | 152.00 |
| NOVA A. CONSTANTINO | .6 | at | $265.00 = | 159.00 |
| TOTALS | 17.3 | | | 6,908.00 |

SUBTOTAL FOR THIS MATTER          $6,908.00

(00008) MATTER NUMBER
RE:   Committee and Debtor Communications, Conference

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/03/09 | RN  ARNOLD | Prepare summary of GUC Trust Motion and Conversion Motion for distribution to Committee. | 1.2 | 462.00 |
| 11/03/09 | GA  ANGELICH | Revise, edit and finalize email to Committee summarizing GUC Trust Agreement and conversion motion. | .9 | 432.00 |
| 11/04/09 | RN  ARNOLD | Correspondence with Committee regarding Young Conaway Fifth Monthly Fee Application. | .1 | 38.50 |
| 11/04/09 | SG  CARROLL | Review and revise committee update re GUC trust motion, conversion motion. | .7 | 469.00 |
| 11/05/09 | SG  CARROLL | Telephone conference with David Hurst re analysis of issues related to linkage of motion to convert and motion to create creditor trust. | .6 | 402.00 |
| 11/05/09 | SG  CARROLL | E-mails with David Hurst, Ronni Arnold re consideration of whether to file statement/objection/reply related to motion to convert and motion to create creditor trust. | .8 | 536.00 |
| 11/09/09 | SG  CARROLL | Review and revise memorandum to committee re motions to convert and to approve creditor trust agreement. | 1.2 | 804.00 |
| 11/09/09 | RN  ARNOLD | Telephone conference with D. Hurst regarding GUC Trust issues. | .2 | 77.00 |
| 11/10/09 | RN  ARNOLD | Correspondence with Committee regarding conversion and GUC Trust issues. | .6 | 231.00 |
| 11/10/09 | RN  ARNOLD | Correspondence with Committee regarding Committee professionals' fee applications. | .6 | 231.00 |
| 11/10/09 | SG  CARROLL | Review and revise memorandum to committee re motion to convert and motion to create creditor trust. | .8 | 536.00 |
| 11/11/09 | RN  ARNOLD | Correspondence with Committee regarding professionals' fifth monthly fee applications. | .1 | 38.50 |
| 11/11/09 | GA  ANGELICH | Review and revise draft email to Committee re update concerning fees of estate professionals | .4 | 192.00 |
| 11/12/09 | RN  ARNOLD | Telephone conference with D. Hurst regarding UST Objection to GUC Trust Motion and strategy. | .3 | 115.50 |
| 11/12/09 | RN  ARNOLD | Correspondence with A. Miller regarding UST Objection to GUC Trust Motion and strategy. | .1 | 38.50 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/12/09 | SG | CARROLL | E-mails with David Eaton, Ronni Arnold, David Hurst re United States Trustee's objection to motion to establish GUC trust. | .6 | 402.00 |
| 11/13/09 | RN | ARNOLD | Draft correspondence email to Committee regarding UST Objection to GUC Trust Motion and Committee reply to UST Objection. | .6 | 231.00 |
| 11/13/09 | RN | ARNOLD | Telephone conference with S. Carroll, G. Angelich, D. Eaton, D. Hurst and E. Morton regarding reply to UST Objection to GUC Trust Motion. | .6 | 231.00 |
| 11/13/09 | GA | ANGELICH | Conference call with Debtors' counsel to discuss reply to UST Objection | .4 | 192.00 |
| 11/13/09 | SG | CARROLL | Telephone conference with David Eaton, Ed Morton, Ronni Arnold, David Hurst re United States Trustee's objection to motion to establish GUC trust, consideration of issues to respond to United States Trustee's objection, preparation for telephone conference re same. | 1.2 | 804.00 |
| 11/14/09 | RN | ARNOLD | Correspondence with Committee regarding UST Objection to GUC Trust Motion and Committee response. | .2 | 77.00 |
| 11/17/09 | RN | ARNOLD | Telephone call to J. Salvadori regarding GUC Trust Agreement, including preparation for same. | .2 | 77.00 |
| 11/18/09 | RN | ARNOLD | Review and summarize Mackinac fifth monthly fee statement for distribution to Committee. | 1.4 | 539.00 |
| 11/18/09 | RN | ARNOLD | Review and summarize Young Conaway fifth monthly fee statement for distribution to Committee. | 1.2 | 462.00 |
| 11/18/09 | RN | ARNOLD | Correspondence with Committee regarding November 17 omnibus hearing including summary of same.. | .8 | 308.00 |
| 11/18/09 | SG | CARROLL | Review and revise memorandum to committee re hearing on conversion, GUC trust motion and settlement. | .6 | 402.00 |
| 11/19/09 | RN | ARNOLD | Correspondence with Committee regarding Young Conaway Sixth Monthly Fee Application. | .1 | 38.50 |
| 11/20/09 | RN | ARNOLD | Correspondence with Dr. Liu regarding final fee application. | .3 | 115.50 |
| 11/20/09 | RN | ARNOLD | Telephone conference with E. Morton regarding entry of separate conversion and post-conversion committee orders. | .4 | 154.00 |
| 11/21/09 | RN | ARNOLD | Correspondence with S. Carroll and E. Morton regarding separate conversion and post-conversion committee orders. | .2 | 77.00 |
| 11/22/09 | RN | ARNOLD | Correspondence with S. Carroll and E. Morton regarding separate conversion and post-conversion committee orders. | .3 | 115.50 |

| 11/23/09 | RN | ARNOLD | Telephone conference with counsel to Acushnet regarding conversion order. | .2 | 77.00 |
| 11/23/09 | RN | ARNOLD | Correspondence with committee regarding sixth monthly fee applications of committee professionals. | .2 | 77.00 |
| 11/23/09 | RN | ARNOLD | Telephone conference with S. Carroll and E. Morton regarding GUC Trust Order. | .2 | 77.00 |
| 11/23/09 | GA | ANGELICH | Follow up with Ed Morton and Ronni Arnold re draft order | .3 | 144.00 |
| 11/24/09 | SG | CARROLL | E-mails with Ed Morton, Ronni Arnold, David Hurst re order converting case. | 1.4 | 938.00 |
| 11/25/09 | RN | ARNOLD | Telephone conference with G. Angelich and Dr. Liu regarding final fee applications | .1 | 38.50 |
| 11/30/09 | RN | ARNOLD | Correspondence with E. Morton and S. Carroll regarding court conference call with debtors. | .4 | 154.00 |
| 11/30/09 | RN | ARNOLD | Prepare for court conference call with Debtors and UST regarding appointment of post-conversion committee. | .4 | 154.00 |
| 11/30/09 | RN | ARNOLD | Court conference call with Debtors and UST regarding appointment of post-conversion committee. | .2 | 77.00 |
| 11/30/09 | RN | ARNOLD | Correspondence with committee regarding court conference call, including correspondence with S. Carroll regarding same. | .4 | 154.00 |

```
                                           -------------
               CURRENT FEES                  10,719.00
```

```
                    TIMEKEEPER TIME SUMARY
          -------------------------------------------------
SCHUYLER CARROLL        7.9   at  $670.00 =    5,293.00
GEORGE ANGELICH         2.0   at  $480.00 =      960.00
RONNI N. ARNOLD        11.6   at  $385.00 =    4,466.00
                       ----                 ---------
         TOTALS        21.5                  10,719.00

               SUBTOTAL FOR THIS MATTER          $10,719.00
```

(00010) MATTER NUMBER
RE:   Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/11/09 | LA INDELICATO | Review lists of parties searched for connections with Arent Fox and discuss same with Sheila Linn. | .6 | 159.00 |

|  |  | | | ------------- |
| | CURRENT FEES | | | 159.00 |

TIMEKEEPER TIME SUMARY

| | | | | |
|---|---|---|---|---|
| LISA INDELICATO | .6 | at $265.00 = | 159.00 |
| | ---- | | --------- |
| TOTALS | 0.6 | | 159.00 |

| | | |
|---|---|---|
| SUBTOTAL FOR THIS MATTER | | $159.00 |

(00011) MATTER NUMBER                                    .
RE:   Plan and Disclosure Statement Matters and
      Solicitation

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 11/03/09 | RN | ARNOLD | Telephone conference with S. Carroll and J. Murphy regarding GUC Trust. | .3 | 115.50 |
| 11/03/09 | SG | CARROLL | Telephone conferences with Jim Murphy, meet with Ronni Arnold re revisions to creditor trust agreement, revisions and structure of creditor trust, obligations of creditor trustee. | .6 | 402.00 |
| 11/03/09 | GA | ANGELICH | Review draft motion. | .4 | 192.00 |
| 11/03/09 | GA | ANGELICH | Review draft trust agreement. | 1.6 | 768.00 |
| 11/04/09 | SG | CARROLL | Telephone conferences with Jim Murphy, Ronni Arnold re GUC trust motion, documents and information need by US Bank. | .8 | 536.00 |
| 11/04/09 | RN | ARNOLD | Review and analysis of jurisdictional issues regarding conversion motion. | 2.8 | 1,078.00 |
| 11/04/09 | RN | ARNOLD | Analysis of issues regarding GUC Trust Agreement raised by J. Murphy. | .7 | 269.50 |
| 11/04/09 | RN | ARNOLD | Meet and confer with S. Carroll and G. Angelich regarding GUC Trust and Conversion issues. | .8 | 308.00 |
| 11/04/09 | GA | ANGELICH | Meet and confer with Ronni Arnold and Schuyler Carroll re conversion, jurisdiction and GUC trust agreement | .9 | 432.00 |
| 11/05/09 | RN | ARNOLD | Obtain Debtor information necessary for establishment of GUC Trust Agreement. | 1.4 | 539.00 |
| 11/05/09 | RN | ARNOLD | Review and revise GUC Trust Agreement based on comments from J. Murphy. | 1.1 | 423.50 |
| 11/05/09 | RN | ARNOLD | Telephone conference with J. Murphy regarding GUC Trust Agreement. | .1 | 38.50 |
| 11/05/09 | GA | ANGELICH | Review Wickes and Homebanc pleadings; confer with Ronni Arnold; review GUC Trust Agreement and identify issues for same. | 6.1 | 2,928.00 |
| 11/05/09 | AC | UDIN | Worked with Ronni Arnold and George Angelich on the questions posed by the GUC Trustee on the GUC Trust Agreement | .7 | 343.00 |
| 11/06/09 | GA | ANGELICH | Review comments to GUC Trust from Debtors' counsel | .6 | 288.00 |
| 11/06/09 | SG | CARROLL | E-mails with Ronni Arnold re consideration of whether to file statement/objection/reply related to motion to convert and motion to create creditor trust. | .4 | 268.00 |

| Date | | | Description | Hours | Amount |
|------|--|--|-------------|-------|--------|
| 11/07/09 | RN | ARNOLD | Correspondence with S. Carroll regarding conversion issues. | .3 | 115.50 |
| 11/09/09 | GA | ANGELICH | Review Homebanc transcript | 1.1 | 528.00 |
| 11/10/09 | SG | CARROLL | Review documents and motions and analysis of available cash, e-mails with Peter Shepacarter re United States Trustee's questions re structure of motion to convert and motion to create creditor trust, particularly as related to treatment of administrative and priority claims. | .9 | 603.00 |
| 11/10/09 | DJ | KOZLOWSKI | Review of summary of debtors' motions to convert and committee recommendation. | .1 | 38.00 |
| 11/11/09 | RN | ARNOLD | Research and prepare statement in support of GUC Trust Motion. | 3.8 | 1,463.00 |
| 11/11/09 | AC | UDIN | Reviewed the Wickes Creditor Trust Agreement re: certain provisions that may get objected to by the US trustee in the Norwood GUC Trust Agreement | .4 | 196.00 |
| 11/12/09 | SG | CARROLL | E-mails with Rafael X. Zahralddin-Aravena, Ronni Arnold, George Angelich and meetings with Ronni Arnold, George Angelich re preparing reply to United States Trustee's objection to motion to establish GUC trust, consideration of need to file motion for leave to file late reply. | .4 | 268.00 |
| 11/12/09 | SG | CARROLL | Review and revise draft of reply to United States Trustee's objection, consider issues related to motion. | 2.7 | 1,809.00 |
| 11/12/09 | GA | ANGELICH | Review, revise and edit draft statement re conversion | 2.9 | 1,392.00 |
| 11/12/09 | GA | ANGELICH | Phone call with Rafael Zhralddin re conversion and filing of reply brief | .4 | 192.00 |
| 11/12/09 | SG | CARROLL | Telephone conferences with Jim Murphy re structure of trust, objection by United States Trustee. | .3 | 201.00 |
| 11/12/09 | SG | CARROLL | Telephone calls and e-mails with Richard Shepacarter, meetings with Ronni Arnold, George Angelich re United States Trustee's objection to motion to establish GUC trust. | 1.6 | 1,072.00 |
| 11/12/09 | RN | ARNOLD | Meet and confer with G. Angelich regarding UST Objection to GUC Trust Motion. | 2.2 | 847.00 |
| 11/12/09 | RN | ARNOLD | Review and analyze pleadings relating to establishment of trust agreement for benefit of general unsecured creditors. | 2.9 | 1,116.50 |
| 11/12/09 | RN | ARNOLD | Draft response to UST Objection to GUC Trust Motion. | 3.2 | 1,232.00 |
| 11/12/09 | RN | ARNOLD | Review motion for leave to reply to UST Objection to GUC Trust Motion. | .2 | 77.00 |

| Date | | | Description | Hours | Amount |
|------|---|---|-------------|-------|--------|
| 11/12/09 | RN | ARNOLD | Meet and confer with S. Carroll and G. Angelich regarding UST Objection to GUC Trust Motion and response strategy. | .3 | 115.50 |
| 11/13/09 | RN | ARNOLD | Review Armstrong and SPM Decisions regarding transfer of funds for benefit of general unsecured creditors. | 1.2 | 462.00 |
| 11/13/09 | RN | ARNOLD | Draft reply to UST Objection to GUC Trust Motion. | 5.2 | 2,002.00 |
| 11/13/09 | GA | ANGELICH | Confer with Ronni Arnold re draft reply to UST Objection | .3 | 144.00 |
| 11/13/09 | GA | ANGELICH | Revise and finalize reply to UST Objection | 1.8 | 864.00 |
| 11/13/09 | AC | UDIN | In response to US Trustee's objection to the GUC Trust Morton, review GUC Trust Agreement to determine if any parties are subject to releases and met with Schuyler Carroll and Ronni Arnold re: same | .8 | 392.00 |
| 11/13/09 | SG | CARROLL | Review and revise draft of reply to United States Trustee's objection, consider issues related to motion. | 3.6 | 2,412.00 |
| 11/13/09 | DJ | KOZLOWSKI | Review of summary of issues concerning the GUC trust motion and objection thereto. | .2 | 76.00 |
| 11/17/09 | SG | CARROLL | Court appearance before Judge Walsh re motion to convert, motion to approve settlement with term A lenders, motion to establish creditor trust and appoint creditor trustee, meetings with David Hurst, Ed Morton, David Eaton, richard Shepacarter, Rafael X. Zahralddin-Aravena, Ronni Arnold, Jeff Jonas, Curtis Miller. | 2.8 | 1,876.00 |
| 11/17/09 | SG | CARROLL | Preparation for hearing before Judge Walsh. | 1.8 | 1,206.00 |
| 11/17/09 | SG | CARROLL | E-mails with Matt Beresh, Charlie Berk, Keith Maib re funds being held by committee. | .4 | 268.00 |
| 11/17/09 | SG | CARROLL | Travel to/from hearing (billed at 50%). | 3.5 | 2,345.00 |
| 11/18/09 | SG | CARROLL | Telephone calls and e-mails with Ronni Arnold, David Hurst re review of revised order on motion to convert. | .8 | 536.00 |
| 11/18/09 | RN | ARNOLD | Review revised conversion order, including correspondence with D. Hurst and S. Carroll regarding same. | .4 | 154.00 |
| 11/19/09 | RN | ARNOLD | Research and prepare memorandum for S. Carroll regarding election of a Chapter 7 Trustee. | 4.8 | 1,848.00 |
| 11/19/09 | JD | VANACORE | Review election of Trustee issues; brief research regarding same. | .4 | 200.00 |
| 11/19/09 | SG | CARROLL | Review and revise conversion order. | .9 | 603.00 |
| 11/19/09 | SG | CARROLL | Telephone calls and e-mails with Ronni Arnold re review of revised order on motion to convert. | .4 | 268.00 |

| Date | Init | Name | Description | Hours | Amount |
|------|------|------|-------------|-------|--------|
| 11/19/09 | SG | CARROLL | Meet with Andrew Silfen re analysis of funds set aside for unsecured creditors. | .4 | 268.00 |
| 11/19/09 | SG | CARROLL | Consider issues raised by Judge Walsh re analysis of whether funds set aside for unsecured creditors are property of estate. | 1.8 | 1,206.00 |
| 11/20/09 | SG | CARROLL | Telephone calls and e-mails with Ronni Arnold re review of revised order on motion to convert. | 1.3 | 871.00 |
| 11/20/09 | SG | CARROLL | Meetings with Ronni Arnold re whether funds set aside for unsecured creditors are property of estate. | .9 | 603.00 |
| 11/20/09 | RN | ARNOLD | Meet and confer with S. Carroll regarding amended conversion order. | .3 | 115.50 |
| 11/20/09 | RN | ARNOLD | Revise conversion order to include expanded authority of post-conversion committee. | .6 | 231.00 |
| 11/20/09 | RN | ARNOLD | Correspondence with S. Carroll regarding separate orders for post-conversion committee and conversion to chapter 7. | .4 | 154.00 |
| 11/23/09 | RN | ARNOLD | Prepare for meeting with S. Carroll and G. Angelich regarding Conversion and GUC Orders. | .3 | 115.50 |
| 11/23/09 | RN | ARNOLD | Meet and confer with S. Carroll and G. Angelich regarding Conversion and GUC Orders. | .4 | 154.00 |
| 11/23/09 | RN | ARNOLD | Meet and confer with G. Angelich to review and revise Debtors' proposed GUC Trust Order, including review of Homebanc pleadings and case law related to same. | 3.6 | 1,386.00 |
| 11/23/09 | SG | CARROLL | Telephone calls and e-mails with Ronni Arnold, George Angelich, Ed Morton re discussion of structure of order to be submitted on motion to convert, with respect to post-conversion committee. | 3.8 | 2,546.00 |
| 11/23/09 | GA | ANGELICH | Conference call with Ronni Arnold and Schuyler Carroll and follow up re conversion order | 1.6 | 768.00 |
| 11/23/09 | GA | ANGELICH | Review revised Trust Order and comment | 2.3 | 1,104.00 |
| 11/24/09 | SG | CARROLL | E-mails with Ronni Arnold re legal research re reallocation. | 1.3 | 871.00 |
| 11/30/09 | GA | ANGELICH | Prepare for and attend Chambers conference call re submission of GUC Trust Order | .5 | 240.00 |
| 11/30/09 | RN | ARNOLD | Legal research regarding equitable mootness in the context of professional fees | 2.9 | 1,116.50 |
| 11/30/09 | RN | ARNOLD | Prepare memorandum regarding appointment of a creditors' committee in a chapter 7 case. | 2.8 | 1,078.00 |
| 11/30/09 | RN | ARNOLD | Revise GUC Trust Order; correspondence with S. Carroll regarding same. | .2 | 77.00 |

| 11/30/09 | SG | CARROLL | Telephonic hearing before Judge Walsh re submission of order denying GUC trust motion. | .6 | 402.00 |
|---|---|---|---|---|---|
| 11/30/09 | SG | CARROLL | Telephone calls and e-mails with Ronni Arnold, Ed Morton re consideration of issues for telephonic hearing re submission of order denying GUC trust motion. | 1.8 | 1,206.00 |
| 11/30/09 | SG | CARROLL | E-mails with Ronni Arnold, Ed Morton, Richard Spepacarter re discussions on revised order to be submitted after telephonic hearing. | 1.2 | 804.00 |
| 11/30/09 | SG | CARROLL | Preparation for telephonic hearing re submission of order denying GUC trust motion. | 1.3 | 871.00 |

```
                                              -------------
            CURRENT FEES                         52,038.00
```

### TIMEKEEPER TIME SUMARY

| | | | |
|---|---|---|---|
| SCHUYLER CARROLL | 36.3 | at $670.00 = | 24,321.00 |
| JEFFREY VANACORE | .4 | at $500.00 = | 200.00 |
| ANDREW C. UDIN | 1.9 | at $490.00 = | 931.00 |
| GEORGE ANGELICH | 20.5 | at $480.00 = | 9,840.00 |
| RONNI N. ARNOLD | 43.2 | at $385.00 = | 16,632.00 |
| DAVID J. KOZLOWSKI | .3 | at $380.00 = | 114.00 |
| | ---- | | --------- |
| TOTALS | 102.6 | | 52,038.00 |

```
            SUBTOTAL FOR THIS MATTER                 $52,038.00
```

(00012) MATTER NUMBER
RE:   Cash Collateral and DIP Financing

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 11/04/09 | RN  ARNOLD | Review and summarize motion to extend interim waiver requirements of section 345(b) of the Bankruptcy Code. | .7 | 269.50 |

CURRENT FEES                                    269.50

TIMEKEEPER TIME SUMARY

| RONNI N. ARNOLD | .7 | at  $385.00 = | 269.50 |
|-----------------|-----|---------------|--------|
| TOTALS | 0.7 | | 269.50 |

SUBTOTAL FOR THIS MATTER                    $269.50

(00015) MATTER NUMBER
RE:   Creditor Inquiries

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 11/04/09 | GA | ANGELICH | Conference with Ronni Arnold re mechanics liens on Red Wing Minnesota property | .3 | 144.00 |
| 11/19/09 | SG | CARROLL | Telephone calls and e-mails with Jeff Cohen of Southpaw Asset Management re potential distribution to Holdco lenders. | .3 | 201.00 |
| 11/20/09 | GA | ANGELICH | Phone call from Joe Cohen re distributions to Holdco Lenders | .3 | 144.00 |
| 11/23/09 | SG | CARROLL | Telephone calls and e-mails with Jeff Cohen of Southpaw Asset Management re potential for distribution to Holdco lenders and documents to support conclusion, review of various documents to respond to request. | 1.9 | 1,273.00 |

CURRENT FEES                                          1,762.00

TIMEKEEPER TIME SUMARY

| | | | | |
|---|---|---|---|---|
| SCHUYLER CARROLL | 2.2 | at | $670.00 = | 1,474.00 |
| GEORGE ANGELICH | .6 | at | $480.00 = | 288.00 |
| TOTALS | 2.8 | | | 1,762.00 |

SUBTOTAL FOR THIS MATTER                           $1,762.00

(00022) MATTER NUMBER
RE:    Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2009

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/02/09 | GA | ANGELICH | Review exh a to monthly fee statement | .9 | 432.00 |
| 11/02/09 | LA | INDELICATO | Call from Jeanine Wallace regarding billing status. | .1 | 26.50 |
| 11/03/09 | RN | ARNOLD | Review and summarize CBIZ fifth monthly fee application. | .6 | 231.00 |
| 11/03/09 | RN | ARNOLD | Review and summarize Elliott Greenleaf fifth monthly fee application. | .6 | 231.00 |
| 11/03/09 | RN | ARNOLD | Review and summarize Young Conaway's fifth monthly fee application. | 1.2 | 462.00 |
| 11/04/09 | DJ | KOZLOWSKI | Review summary of Young Conaway fifth fee application. | .1 | 38.00 |
| 11/04/09 | SG | CARROLL | Review and revise memorandum to committee re Young Conaway fee application. | .1 | 67.00 |
| 11/05/09 | NA | CONSTANTINO | Draft September fee application | 1.6 | 424.00 |
| 11/06/09 | NA | CONSTANTINO | Work on September fee application | .4 | 106.00 |
| 11/06/09 | RN | ARNOLD | Review and revise Arent Fox Fifth Monthly Fee Application. | 1.2 | 462.00 |
| 11/06/09 | GA | ANGELICH | Review and revise fifth monthly fee statement | .8 | 384.00 |
| 11/09/09 | SG | CARROLL | Review and revise fifth monthly fee application. | .4 | 268.00 |
| 11/09/09 | SG | CARROLL | E-mails with Ronni Arnold and Nova Constantino re revisions to fifth monthly fee application. | .2 | 134.00 |
| 11/09/09 | NA | CONSTANTINO | Finalize September fee application and forward to local counsel for filing | .3 | 79.50 |
| 11/09/09 | NA | CONSTANTINO | Update status chart with filed September fee application and circulate | .1 | 26.50 |
| 11/09/09 | RN | ARNOLD | Correspondence regarding fifth monthly fee application of Arent Fox. | .2 | 77.00 |
| 11/10/09 | RN | ARNOLD | Review Elliott Greenleaf Sixth Monthly Fee Application. | .8 | 308.00 |
| 11/12/09 | GA | ANGELICH | Review and mark up initial draft fee application | 1.3 | 624.00 |
| 11/12/09 | NA | CONSTANTINO | Draft final fee application | 1.5 | 397.50 |
| 11/17/09 | GA | ANGELICH | Revise sixth monthly fee request | .8 | 384.00 |
| 11/17/09 | RN | ARNOLD | Prepare Exhibit A to Sixth Monthly Fee Application. | .9 | 346.50 |
| 11/18/09 | GA | ANGELICH | Review exh A to fee request | .4 | 192.00 |
| 11/18/09 | RN | ARNOLD | Correspondence regarding sixth monthly fee application. | .2 | 77.00 |
| 11/18/09 | LA | INDELICATO | Review correspondence from attorneys regarding preparation of fee application and discuss with Nova Constantino. | .4 | 106.00 |

| Date | | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 11/18/09 | DJ | KOZLOWSKI | Review of summary of fee application of Mackinac. | .1 | 38.00 |
| 11/19/09 | LA | INDELICATO | Draft sixth monthly fee application (for October) and prepare exhibits. | 1.8 | 477.00 |
| 11/19/09 | LA | INDELICATO | Finalize October fee application and exhibits and forward to local counsel for filing. | .9 | 238.50 |
| 11/19/09 | LA | INDELICATO | Draft second interim/final fee application and forward to Ronni Arnold and George Angelich for review. | 2.4 | 636.00 |
| 11/19/09 | RN | ARNOLD | Review and revise sixth monthly fee application, including correspondence with G. Angelich and L. Indelicado regarding same. | .8 | 308.00 |
| 11/19/09 | DJ | KOZLOWSKI | Review of summary of Young Conaway fee application. | .1 | 38.00 |
| 11/19/09 | GA | ANGELICH | Review and finalize draft Sixth Monthly fee application. | .6 | 288.00 |
| 11/19/09 | GA | ANGELICH | Confer with Ronni Arnold and Nova Constantino re Sixth Monthly fee request | .6 | 288.00 |
| 11/20/09 | GA | ANGELICH | Follow up with Dr Liu re final fee request for translation services | .5 | 240.00 |
| 11/20/09 | LA | INDELICATO | Communications with Ronni Arnold and George Angelich regarding fees of Chinese translator. | .2 | 53.00 |
| 11/20/09 | LA | INDELICATO | Review previous fee applications for language regarding fees of Chinese translator. | .4 | 106.00 |
| 11/20/09 | RN | ARNOLD | Correspondence regarding final fee application. | .2 | 77.00 |
| 11/23/09 | RN | ARNOLD | Review CBIZ sixth monthly fee application. | .6 | 231.00 |
| 11/25/09 | LA | INDELICATO | Correspond with Ronni Arnold regarding Dr Liu's fees and expenses. | .1 | 26.50 |

```
                                                          -------------
                    CURRENT FEES                             8,928.50
```

```
                    TIMEKEEPER TIME SUMARY
          ----------------------------------------------------------
SCHUYLER CARROLL          .7    at   $670.00 =       469.00
GEORGE ANGELICH          5.9    at   $480.00 =     2,832.00
RONNI N. ARNOLD          7.3    at   $385.00 =     2,810.50
DAVID J. KOZLOWSKI        .3    at   $380.00 =       114.00
LISA INDELICATO          6.3    at   $265.00 =     1,669.50
NOVA A. CONSTANTINO      3.9    at   $265.00 =     1,033.50
                        ----                      ---------
          TOTALS        24.4                       8,928.50
```

```
                    SUBTOTAL FOR THIS MATTER                 $8,928.50
```

SUMMARY OF CHARGES
------------------

| | |
|---|---|
| TOTAL FOR: PHONE CHARGES | 9.99 |
| TOTAL FOR: DUPLICATING SUMMARY | 117.00 |
| TOTAL FOR: OTHER DATABASE SEARCH | 66.25 |
| TOTAL FOR: WESTLAW | 504.00 |
| TOTAL FOR: OVERTIME MEALS & CABS | 103.05 |
| TOTAL FOR: TAXICABS | 30.00 |
| TOTAL FOR: OUT-OF-TOWN TRANSPORTATION | 523.25 |
| TOTAL FOR: PROFESSIONAL SERVICE FEES | 254.40 |
| TOTAL FOR: TRANSCRIPTS | 297.50 |
| TOTAL FOR: OUT OF TOWN LODGING | 7.34 |
| TOTAL FOR: OUT-OF-TOWN MEALS | 26.15 |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| SCHUYLER CARROLL | BR, 1993 (NY) | 50.90 | 670.00 | 34,103.00 |
| | | | | |
| **ASSOCIATES** | | | | |
| JEFFREY VANACORE | BR, 2001 (CO), 2003 (NY & NJ) | 1.20 | 500.00 | 600.00 |
| ANDREW C. UDIN | | 1.90 | 490.00 | 931.00 |
| GEORGE ANGELICH | BR, 2000 (PA), 2003 (DC), 2005 (NY) | 32.20 | 480.00 | 15,456.00 |
| RONNI N. ARNOLD | | 84.30 | 385.00 | 32,455.50 |
| DAVID J. KOZLOWSKI | BR, 2007 (NY) | 1.00 | 380.00 | 380.00 |
| | | | | |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 6.90 | 265.00 | 1,828.50 |
| NOVA A. CONSTANTINO | | 4.90 | 265.00 | 1,298.50 |
| | | ------ | | ---------- |
| | | 183.30 | | 87,052.50 |

**Blended Rate: 474.92**

BF:      Banking and Finance
BR:      Bankruptcy and Reorganization
CORP:    Corporate
EMPL:    Employment Law
HEALTH:  Health Law
INTL:    International Law
LDR.:    Litigation Dispute Resolution
RE:      Real Estate

| | |
|---|---|
| CURRENT CHARGES FOR ALL MATTERS | 1,938.93 |
| CURRENT FEES FOR ALL MATTERS | 87,052.50 |
| TOTAL AMOUNT OF THIS INVOICE | $88,991.43 |

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, ET AL. - OFFICIAL
COMMITTEE OF UNSECURED CREDITORS

Invoice Number 1225799
Invoice Date   12/15/09
Client Number  031557

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**          **$88,991.43**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 758670
Baltimore, Maryland 21275

**WIRING INSTRUCTIONS (if applicable):**

Bank:                 Wachovia Bank, NA
Address:              Roanoke, VA
ABA#:                 051400549
SWIFT CODE:           PNBPUS33 (for international use)
Account #:            2065204060070
Beneficiary Name:     Arent Fox LLP
Beneficiary Address   1050 Connecticut Ave., NW
                      Washington, DC 20036

Please reference the following:
            Client #        031557
            Client Name     NORWOOD PROMOTIONAL PRODUCTS HOLDINGS, ET AL. - OFF
            Invoice Number  1225799

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.

# EXHIBIT B

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Database Search | Pacer | $66.25 |
| Document Retrieval | CSC | $254.40 |
| Duplicating | | $117.00 |
| Local Travel | Taxicabs | $30.00 |
| Out-of-Town Meals | | $33.49 |
| Out-of-Town Travel | Amtrak | $523.25 |
| Overtime - Meals | | $103.05 |
| Phone Charges | Long distance charges | $9.99 |
| Transcripts | Veritext | $297.50 |
| Westlaw | | $504.00 |
| **TOTAL** | | **$1,938.93** |

# **EXHIBIT C**

Norwood Promotional Products Holdings, Inc.
Case # 09-11547 (PJW)

# Time Sheet For Translation Related Work

| Services Items | Description of Services | Period of Time | Hour | Rate | Total |
|---|---|---|---|---|---|
| 9 | **Translation Related Work** | **Oct. 15 to Nov. of 2009** | **21.6** | **$195/hr** | **$4,212.00** |

## Schedule of Services Details

| No | Date | Description of Services | Period of Time | Hour |
|---|---|---|---|---|
| 1 | 10-15-09 | **Reviewing Arnold email re Conversion Order to Ch 7 and preparing for translation of Conversion Order** | 8:10pm—9:48pm | 1.6 |
| 2 | 10-15-09 | **Translation of Arnold's email of Conversion Order to Ch 7** | 6:35pm—8:42pm | 2.1 |
| 3 | 10-16-09 | **Translation of Conversion Order to Ch 7 (13 pages)** | 8:02pm—10:38pm | 2.6 |
| 4 | 10-17-09 | **Translation of Conversion Order to Ch 7 (13 pages)** | 9:15am—11:52am | 3.4 |
| 5 | 10-18-09 | **Translation of Conversion Order to Ch 7 (13 pages)** | 8:50am—12:03am | 3.2 |
| 6 | 10-18-09 | **Translation of Conversion Order to Ch 7 (13 pages) and proof-reading** | 1:38pm—4:55pm | 3.3 |
| 7 | 10-21-09 | **Helping Counsel Rafeal's contact of second certification with Chinese creditors.** | 7:27pm—8:09pm | 0.7 |
| 8 | 11-21-09 | **Reviewing several motions re Debtor's winding down** | 2:20pm—4:39pm | 2.3 |
| 9 | 11-22-09 | **Reviewing several motions re Debtor's winding down** | 7:05pm—9:27pm | 2.4 |
| | | | $4,212.00 | 21.6 |