IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NPPI HOLDINGS, INC., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11547 (PJW) |

### ORDER GRANTING SECOND QUARTERLY AND FINAL APPLICATION OF ARENT FOX LLP, AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 14, 2009 THROUGH AND INCLUDING DECEMBER 15, 2009, AND REIMBURSEMENT OF COMMITTEE MEMBER FEES AND EXPENSES

Upon consideration of the Second Quarterly and Final Application of Arent Fox LLP ("Arent Fox"), as co-counsel to the Official Committee of Unsecured Creditors for the period from May 14, 2009 through and including December 15, 2009 (the "Final Application"); and this Court having determined that proper and adequate notice has been given and that no other or further notice is necessary; and any objections to the Applications having been resolved; and after due deliberation thereon; and good and sufficient cause appearing therefore, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Final Application is GRANTED, and Arent Fox is allowed compensation and reimbursement of expenses for the Second Quarterly Period in the amounts set forth in the Final Application.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: Norwood Promotional Products Holdings, Inc. (9391); Norwood Promotional Products, Inc. (4534); Norwood Operating Company, LLC (3446); Advertising Unlimited, LLC (4435); The McCleery-Cuming Company, LLC (2652); and Renaissance Publishing Company, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana, 46204.

NYC/452700.2

2. Further, Arent Fox is allowed compensation and reimbursement of expenses for the Final Application Period in the amounts set forth in the Final Application.

3. The Debtors are authorized and directed to disburse to Arent Fox payments in the amount of 100% of the remaining unpaid total fees as set forth in the Final Application and 100% of the remaining unpaid total expenses set forth in the Final Application.

4. The Debtors are authorized and directed to disburse to Dr. Haishan Liu, Committee Member, reimbursement in the amount of 100% of the remaining unpaid total Committee Member fees and expenses as set forth in the Final Application and 100% of the remaining unpaid total expenses set forth in the Final Application.

Dated: Wilmington, Delaware
_____, 2009

_____
United States Bankruptcy Judge

- 2 -

NYC/452700.2