IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NPPI Holdings Inc., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-11547 (PJW)<br>(Jointly Administered)<br><br>Re: Docket Nos. 601, 602 & 603<br>Hearing: January 28, 2009 @ 10:30 AM |

## RE-NOTICE OF (I) APPLICATION OF ELLIOTT GREENLEAF FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 14, 2009 THROUGH NOVEMBER 30, 2009; (II) APPLICATION OF CBIZ ACCOUNTING, TAX & ADVISORY OF NEW YORK, LLC, FOR FINAL ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MAY 14, 2009 THROUGH NOVEMBER 30, 2009; AND (III) SECOND QUARTERLY AND FINAL APPLICATION OF ARENT FOX LLP, AS CO-COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 14, 2009 THROUGH AND INCLUDING DECEMBER 15, 2009, AND REIMBURSEMENT OF COMMITTEE MEMBER FEES AND EXPENSES

TO: (I) The above captioned Debtors; (II) Counsel to the Debtors; (III) the Office of the United States Trustee for the District of Delaware; and (IV) All parties required to receive service under Rule 2002-1(b) of the Local Rules.

PLEASE TAKE NOTICE that Official Committee of Unsecured Creditors of the above-captioned Debtors' estate (the "Committee") filed the Application of CBIZ Accounting, Tax & Advisory of New York, LLC, for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 14, 2009 through November 30, 2009 (Docket No. 601) and the Application of Elliott Greenleaf for Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period May 14, 2009 through November 30, 2009 (Docket No. 602) and the Second Quarterly and Final Application of Arent Fox LLP, as Co-Counsel to Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 14, 2009 through and including December 15, 2009 and Reimbursement of Committee Member Fees and Expenses (collectively, the "Applications").

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc. (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446) NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Applications must be filed with the Bankruptcy Court, and served upon the Notice Parties defined in the Interim Compensation Order no later than **December 30, 2009 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATIONS WILL BE HELD ON **JANUARY 28, 2009 AT 10:30 A.M. (prevailing Eastern Time)** BEFORE THE HONORABLE PETER J. WALSH IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, WILMINGTON, DELAWARE 19801.

Dated: December 18, 2009
Wilmington, Delaware

**ELLIOTT GREENLEAF**

Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Neil R. Lapinski (No. 3645)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

*Delaware and Conflicts Counsel for the*
*Official Committee of Unsecured Creditors*