UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : | Case No. 09-11547(PJW) |
| **NPPI Holdings, Inc., *et al*,** | : | Jointly Administered |
| Debtors. | : |  |
|  | : | **Hearing Date: September 16, 2010 at 2:00 pm** |

## CERTIFICATE OF SERVICE

I certify that on August 12, 2010, I caused to be served an original and one copy/copies of the United States Trustee's Request for Production of Documents Pursuant to Fed. R. Bankr. P. 7034 Directed to Arent Fox, LLP as Counsel for the Post-Conversion Committee and the Post-Conversion Committee with Respect to the Motion to Approve Compromise under Rule 9019 by and Between the Chapter 7 Trustee and the Post-Conversion Committee Regarding Distribution of the Escrowed Funds Pursuant to Fed. R. Bankr. P. 9019 and the United States Trustee's First Set of Interrogatories to Arent Fox, LLP as Counsel for Post-Conversion Committee and the Post-Conversion Committee with Respect to the Motion to Approve Compromise under Rule 9019 by and Between the Chapter 7 Trustee and the Post-Conversion Committee Regarding Distribution of the Escrowed Funds Pursuant to Fed. R. Bankr. P. 9019 (D. E. 732, 736) *via* first class United States Mail (postage prepaid), fax and/or email to the following person(s) listed below:

Michael G. Menkowitz, Esquire
Fox, Rothschild, O'Brien & Frankel
2000 Market Street, 10th Floor
Philadelphia, PA 19103
Email: mmenkowitz@frof.com

Rafael X. Zahralddin-Aravena, Esquire
Elliott Greenleaf
1105 Market Street, Suite 1700
Wilmington, DE 19801
Email: rxza@elliottgreenleaf.com

Schuyler G. Carroll, Esquire
Arent Fox, LLP
1675 Broadway
New York, NY 10019
Email: carroll.schuyler@arentfox.com

/s/Richard L. Schepacarter
Richard L. Schepacarter
Trial Attorney