IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> NPPI Holdings, Inc., et al.,[1] <br><br> Debtors. | ) Chapter 7 <br> ) <br> ) Case No. 09-11547 (PJW) <br> ) <br> ) Re: Docket Nos. 670, 674, 676, 684, 688, 696, <br> ) 730, 732, and 746 <br> ) Hearing: September 16, 2010 at 2:00 p.m. <br> ) Obj. Deadline: September 1, 2010 at 4:00 p.m. |

## RE-NOTICE OF HEARING REGARDING MOTION FOR AN ORDER EXTENDING THE EXISTENCE OF THE POST CONVERSION COMMITTEE FOR AN ADDITIONAL 60 DAYS

PLEASE TAKE NOTICE that the Post-Conversion Committee of the Debtors filed the *Motion for an Order Extending the Existence of the Post Conversion Committee for an Additional 60 Days* (the "Motion")(Docket No. 746) on August 17, 2010.

PLEASE TAKE FURTHER NOTICE that Objections, if any, to the relief requested in the Motion were to be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and received on or before August 26, 2010 at 4:00 p.m. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE that the Objection, if any, to the relief requested in the Motion must now be filed with the United States Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and received on or before September 1, 2010 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion was originally scheduled to be held before the Honorable Peter J. Wash on September 2, 2010 at 2:00 p.m. (prevailing Eastern Time) at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801, but was adjourned to a date to be determined.

**PLEASE TAKE FURTHER NOTICE that the hearing on the Motion shall be held before the Honorable Peter J. Wash on September 16, 2010 at 2:00 p.m. (prevailing Eastern Time) at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.**

---

[1]  The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446); NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740). The location of the Debtors' corporate headquarters and the service address for all Debtors is: 10 W. Market Street, Suite 1400, Indianapolis, Indiana 46204.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING

Dated: August 20, 2010
Wilmington, Delaware

**ELLIOTT GREENLEAF**

*/s/ Shelley A. Kinsella*
Shelley A. Kinsella (DE Bar No. 4023)
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

-and-

Schuyler G. Carroll, Esquire
Ronni N. Arnold, Esquire
ARENT FOX LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email: Carroll.Schuyler@arentfox.com
Email: Arnold.Ronni@arentfox.com

*Counsel for the Post-Conversion Committee of NPPI Holdings, Inc., et al.*