**NPPI HOLDINGS, INC.,** *et al.*
**Case No. 09-11547 (PJW)**

**CHAPTER 7 TRUSTEE'S SECOND OMNIBUS**
**OBJECTION (NON-SUBSTANTIVE) TO CLAIMS**
**PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007**
**AND DEL. BANKR. L.R. 3007-1**

*All claimants are directed to review each of the attached exhibits*
*as the Trustee may have objected to their respective claims on multiple grounds.*

<u>EXHIBIT A</u>

**EXPUNGE CLAIM -- DUPLICATE**

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| AIA Corporation<br>800 Winneconne Avenue<br>Neenah, WI 54956 | 09-11550 | 503 | 6 | $38,605.00 | Duplicate of Claim #503 in case 09-11547 |
| AIA Corporation<br>800 Winneconne Avenue<br>Neenah, WI 54956 | 09-11551 | 503 | 6 | $38,605.00 | Duplicate of Claim #503 in case 09-11547 |
| AIA Corporation<br>800 Winneconne Avenue<br>Neenah, WI 54956 | 09-11552 | 503 | 7 | $38,605.00 | Duplicate of Claim #503 in case 09-11547 |
| AIA Corporation<br>800 Winneconne Avenue<br>Neenah, WI 54956 | 09-11548 | 503 | 20 | $38,605.00 | Duplicate of Claim #503 in case 09-11547 |
| AIA Corporation<br>800 Winneconne Avenue<br>Neenah, WI 54956 | 09-11549 | 503 | 9 | $38,605.00 | Duplicate of Claim #503 in case 09-11547 |
| Arbogast, Johnie<br>3110 110th Street<br>Brighton, IA 52540 | 09-11550 | 484 | 3 | $149.72 | Duplicate of Claim #484 in case 09-11547 |
| Arbogast, Johnie<br>3110 110th Street<br>Brighton, IA 52540 | 09-11551 | 484 | 3 | $149.72 | Duplicate of Claim #484 in case 09-11547 |
| Arbogast, Johnie<br>3110 110th Street<br>Brighton, IA 52540 | 09-11552 | 484 | 3 | $149.72 | Duplicate of Claim #484 in case 09-11547 |
| Arbogast, Johnie<br>3110 110th Street<br>Brighton, IA 52540 | 09-11548 | 484 | 9 | $149.72 | Duplicate of Claim #484 in case 09-11547 |

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Arbogast, Johnie<br>3110 110th Street<br>Brighton, IA 52540 | 09-11549 | 484 | 3 | $149.72 | Duplicate of Claim #484 in case 09-11547 |
| Bank of New York Mellon, The<br>c/o Brown Rudnick LLP<br>Attn: Jefffrey L. Jonas<br>One Financial Center<br>Boston, MA  02111 | 09-11551 | 348 | 349 | $133,381,938.30 | Duplicate of claim #348 |
| Bank of New York Mellon, The<br>c/o Brown Rudnick LLP<br>Attn: Jefffrey L. Jonas<br>One Financial Center<br>Boston, MA  02111 | 09-11550 | 348 | 350 | $133,381,938.30 | Duplicate of claim #348 |
| Bank of New York Mellon, The<br>c/o Brown Rudnick LLP<br>Attn: Jefffrey L. Jonas<br>One Financial Center<br>Boston, MA  02111 | 09-11550 | 348 | 351 | $133,381,938.30 | Duplicate of claim #348 |
| Bank of New York Mellon, The<br>c/o Brown Rudnick LLP<br>Attn: Jefffrey L. Jonas<br>One Financial Center<br>Boston, MA  02111 | 09-11550 | 348 | 352 | $133,381,938.30 | Duplicate of claim #348 |
| Bank of New York Mellon, The<br>c/o Brown Rudnick LLP<br>Attn: Jefffrey L. Jonas<br>One Financial Center<br>Boston, MA  02111 | 09-11550 | 348 | 353 | $133,381,938.30 | Duplicate of claim #348 |
| Bank of New York Mellon, The<br>c/o Kaye Scholer, LLC<br>Attn: Michael D. Messersmith<br>70 West Madison – 41st Floor<br>Chicago, IL  60602 | 09-11551 | 411 | 412 | $20,950,634.34 | Duplicate of claim #411 |
| Bank of New York Mellon, The<br>c/o Kaye Scholer, LLC<br>Attn: Michael D. Messersmith<br>70 West Madison – 41st Floor<br>Chicago, IL  60602 | 09-11550 | 411 | 413 | $20,950,634.34 | Duplicate of claim #411 |
| Bank of New York Mellon, The<br>c/o Kaye Scholer, LLC<br>Attn: Michael D. Messersmith<br>70 West Madison – 41st Floor<br>Chicago, IL  60602 | 09-11549 | 411 | 414 | $20,950,634.34 | Duplicate of claim #411 |

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Bank of New York Mellon, The c/o Kaye Scholer, LLC Attn: Michael D. Messersmith 70 West Madison – 41st Floor Chicago, IL 60602 | 09-11548 | 411 | 415 | $20,950,634.34 | Duplicate of claim #411 |
| Bank of New York Mellon, The c/o Kaye Scholer, LLC Attn: Michael D. Messersmith 70 West Madison – 41st Floor Chicago, IL 60602 | 09-11547 | 411 | 416 | $20,950,634.34 | Duplicate of claim #411 |
| Barnie's II, Inc. 2126 W. Landstreet Road Suite 300 Orlando, FL 32809 | 09-11547 | 133 | 65 | $28,410.12 | Duplicate claim #133 was satisfied in accordance with the terms of the Asset Purchase Agreement, as approved by the Sale Order (Docket No. 242) |
| Berg Environmental Services P.O. Box 28376 Austin, TX 78755 | 09-11547 | 447 | 496 | $8,435.00 | Duplicate of Claim #447 |
| Berg Environmental Services 2401 Patterson Industrial Drive Pflugerville, TX 78660 | 09-11550 | 496 | 5 | $8,435.00 | Duplicate of Claim #496 in case 09-11547 |
| Berg Environmental Services 2401 Patterson Industrial Drive Pflugerville, TX 78660 | 09-11551 | 496 | 5 | $8,435.00 | Duplicate of Claim #496 in case 09-11547 |
| Berg Environmental Services 2401 Patterson Industrial Drive Pflugerville, TX 78660 | 09-11552 | 496 | 6 | $8,435.00 | Duplicate of Claim #496 in case 09-11547 |
| Berg Environmental Services 2401 Patterson Industrial Drive Pflugerville, TX 78660 | 09-11548 | 496 | 18 | $8,435.00 | Duplicate of Claim #496 in case 09-11547 |
| Berg Environmental Services 2401 Patterson Industrial Drive Pflugerville, TX 78660 | 09-11549 | 496 | 7 | $8,435.00 | Duplicate of Claim #496 in case 09-11547 |
| Chuck Spaeth Ford Inc. P.O. Box 345 Sleepy Eye, MN 56085-0345 | 09-11547 | 56 | 477 | $696.08 | Duplicate of claim #56 |
| Cisneros, James Rocha 2642 Menchaca Street San Antonio, TX 78228 | 09-11547 | 197 | 506 | $7,241.68 | Duplicate of Claim #197, which was expunged per Docket #487 |

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Credit Suisse Loan Funding LLC<br>Attn: Gil Golan<br>Eleven Madison Ave., 5th Floor<br>New York, NY 10010 | 09-11550 | 422 | 423 | $3,758,709.02 | Duplicate of claim #422 |
| Credit Suisse Loan Funding LLC<br>Attn: Gil Golan<br>Eleven Madison Ave., 5th floor<br>New York, NY 10010 | 09-11548 | 422 | 424 | $3,758,709.02 | Duplicate of claim #422 |
| Credit Suisse Loan Funding LLC<br>Attn: Gil Golan<br>Eleven Madison Ave., 5th Floor<br>New York, NY 10010 | 09-11549 | 422 | 425 | $3,758,709.02 | Duplicate of claim #422 |
| Credit Suisse Loan Funding LLC<br>Attn: Gil Golan<br>Eleven Madison Ave., 5th floor<br>New York, NY 10010 | 09-11551 | 422 | 426 | $3,758,709.02 | Duplicate of claim #422 |
| Credit Suisse Loan Funding LLC<br>Attn: Gil Golan<br>Eleven Madison Ave., 5th floor<br>New York, NY 10010 | 09-11547 | 422 | 427 | $3,758,709.02 | Duplicate of claim #422 |
| Credit Suisse Loan Funding LLC<br>Attn: Gil Golan<br>Eleven Madison Ave., 5th floor<br>New York, NY 10010 | 09-11547 | 422 | 428 | $2,173,060.76 | Duplicate of claim #422 |
| Daly, Jeffrey G.<br>503 Lone Oak Drive<br>Austin, TX 78704 | 09-11548 | 95 | 96 | $21,699.69 | Duplicate of claim #95 in case 09-11547 |
| Daly, Jeffrey G.<br>503 Lone Oak Drive<br>Austin, TX 78704 | 09-11547 | 96 | 502 | $21,699.99 | Duplicate of Claim #96 |
| Dibari, Lou M.<br>33 Waterford Drive<br>Bluffton, SC 29910 | 09-11548 | 488 | 11 | $21,699.69 | Duplicate of Claim #488 in case 09-11547 |
| Dibari, Luigi M.<br>102 Sagamore Trace<br>Hendersonville, TN 37075 | 09-11548 | 91 | 92 | $21,699.69 | Duplicate of claim #91 filed in case 09-11547 |

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Dibari, Luigi M.<br>102 Sagamore Trace<br>Hendersonville, TN 37075 | 09-11547 | 91 | 488 | $21,699.69 | Duplicate of claim #91 filed in case 09-11547 |
| Epiq Bankruptcy Solutions, LLC<br>757 Thrid Avenue, 3rd Floor<br>New York, NY 10017 | 09-11550 | 508 | 9 | $24,886.81 | Duplicate of Claim #508 in case 09-11547 |
| Epiq Bankruptcy Solutions, LLC<br>757 Thrid Avenue, 3rd Floor<br>New York, NY 10017 | 09-11551 | 508 | 8 | $24,886.81 | Duplicate of Claim #508 in case 09-11547 |
| Epiq Bankruptcy Solutions, LLC<br>757 Thrid Avenue, 3rd Floor<br>New York, NY 10017 | 09-11552 | 508 | 9 | $24,886.81 | Duplicate of Claim #508 in case 09-11547 |
| Epiq Bankruptcy Solutions, LLC<br>757 Thrid Avenue, 3rd Floor<br>New York, NY 10017 | 09-11548 | 508 | 24 | $24,886.81 | Duplicate of Claim #508 in case 09-11547 |
| Epiq Bankruptcy Solutions, LLC<br>757 Thrid Avenue, 3rd Floor<br>New York, NY 10017 | 09-11549 | 508 | 12 | $24,886.81 | Duplicate of Claim #508 in case 09-11547 |
| Guttenberg Industries, Inc.<br>Attn: John F. Ertl<br>511 Herder Street<br>Guttenberg, IA 52052 | 09-11548 | 327 | 17 | $71,918.53 | Duplicate of Claim #327 |
| Heritage Crystal Clean LLC<br>c/o Gary M. Vanek, Attorney at Law<br>1250 Larkin Avenue, Suite 100<br>Elgin, IL 60123 | 09-11548 | 341 | 3 | $1,449.47 | Duplicate of Claim #341, which was satisfied in accordance with the terms of the Asset Purchase Agreement, as approved by the sale order [Docket #242] |
| Indiana Department of Revenue<br>Attn: Carol Lushell<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | 09-11557 | 4 | 451 | $11,903.57 | Duplicate of Claim #4 in 09-11552 |
| Knorp, Charles D.<br>c/o Jerry Garau, Esquire<br>151 N. Delaware St., Suite 1515<br>Indianapolis, IN 46204 | 09-11547 | 276 | 448 | $104,179.72 | Duplicate of claim #276 |

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Langer Construction Company c/o Larry Neilson, Esquire 1257 Gun Club Road White Bear Lake, MN 55110 | 09-11548 | 185 | 8 | $130,501.21 | Duplicate of Claim #185 in case 09-11547 |
| Langer Construction Company c/o Larry Neilson, Esquire 1257 Gun Club Road White Bear Lake, MN 55110 | 09-11548 | 43 | 185 | $130,501.21 | Duplicate of claim #43 |
| Langer Construction Company c/o Larry Neilson, Esquire 1257 Gun Club Road White Bear Lake, MN 55110 | 09-11549 | 43 | 186 | $130,501.21 | Duplicate of claim #43 |
| Marchon Eyewear 35 Hub Drive Melville, NY 11747 | 09-11547 | 4 and 9 | 22 | $44.55 | Duplicate of claims #4 and #9 |
| Maschinenbau, Rudi Hutt c/o Hutt U.S. Incorporated 186 Pickett District Road New Milford, CT 06776 | 09-11547 | 475 | 494 | $15,700.00 | Duplicate of Claim #475 in same case |
| Maschinenbau, Rudi Hutt c/o Hutt U.S. Incorporated 186 Pickett District Road New Milford, CT 06776 | 09-11550 | 494 | 4 | $10,400.00 | Duplicate of Claim #494 in case 09-11547 |
| Maschinenbau, Rudi Hutt c/o Hutt U.S. Incorporated 186 Pickett District Road New Milford, CT 06776 | 09-11551 | 494 | 4 | $10,400.00 | Duplicate of Claim #494 in case 09-11547 |
| Maschinenbau, Rudi Hutt c/o Hutt U.S. Incorporated 186 Pickett District Road New Milford, CT 06776 | 09-11552 | 494 | 5 | $10,400.00 | Duplicate of Claim #494 in case 09-11547 |
| Maschinenbau, Rudi Hutt c/o Hutt U.S. Incorporated 186 Pickett District Road New Milford, CT 06776 | 09-11549 | 494 | 5 | $10,400.00 | Duplicate of Claim #494 in case 09-11547 |
| Maschinenbau, Rudi Hutt c/o Hutt U.S. Incorporated 186 Pickett District Road New Milford, CT 06776 | 09-11548 | 494 | 15 | $10,400.00 | Duplicate of Claim #494 in case 09-11547 |

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| McMillan Binch Mendelsohn<br>BCE Place, Suite 4400<br>Bay Wellington Tower<br>181 Bay Street<br>Toronto, ON M5J 2T3<br>CANADA | 09-11547 | 262 | 485 | $2,006.25 | Duplicate of Claim #262 |
| Missouri Department of Revenue<br>Bankruptcy Unit<br>Attn: Sheryl L. Moreau<br>P.O. Box 475<br>Jefferson City, MO 65105-0475 | 09-11552 | 463 | 466 | $4,798.39 | Duplicate of Claim #463 |
| Mutual Sprinklers, Inc.<br>P.O. Box 7480<br>Monroe, LA 71211-7480 | 09-11550 | 480 | 2 | $10,381.97 | Duplicate of Claim #480 in case 09-11547 |
| Mutual Sprinklers, Inc.<br>P.O. Box 7480<br>Monroe, LA 71211-7480 | 09-11551 | 480 | 2 | $10,381.97 | Duplicate of Claim #480 in case 09-11547 |
| Mutual Sprinklers, Inc.<br>P.O. Box 7480<br>Monroe, LA 71211-7480 | 09-11552 | 480 | 2 | $10,381.97 | Duplicate of Claim #480 in case 09-11547 |
| Mutual Sprinklers, Inc.<br>P.O. Box 7480<br>Monroe, LA 71211-7480 | 09-11548 | 480 | 2 | $10,381.97 | Duplicate of Claim #480 in case 09-11547 |
| Mutual Sprinklers, Inc.<br>P.O. Box 7480<br>Monroe, LA 71211-7480 | 09-11549 | 480 | 2 | $10,381.97 | Duplicate of Claim #480 in case 09-11547 |
| Pitney Bowes Global Financial<br>27 Waterview Drive<br>Shelton, CT 06484 | 09-11547 | 454 | 455 | $1,190.67 | Duplicate of Claim #454 |
| Rogalski, David<br>6139 Lancashire Trail<br>Liberty Township, OH 45044 | 09-11547 | 89 | 90 | $10,849.82 | Duplicate of claim #89 filed in case 09-11548 |
| Ryder Truck Rental Inc.<br>Attn: Jennifer Morris<br>6000 Windward Parkway<br>Alpharetta, GA 30005 | 09-11548 | 320 | 13 | $455,529.77 | Duplicate of Claim #320 |
| Salazar, Kevin A.<br>247 W. Jewell Avenue<br>San Antonio, TX 78226 | 09-11550 | 509[1] | 11 | $200.00 | Duplicate of Claim #509 in case 09-11547 |

---

[1] This claim is also subject to an objection in **Exhibits B and D**.

ACTIVE 22153173v1

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Salazar, Kevin A.<br>247 W. Jewell Avenue<br>San Antonio, TX 78226 | 09-11551 | 509[2] | 10 | $200.00 | Duplicate of Claim #509 in case 09-11547 |
| Salazar, Kevin A.<br>247 W. Jewell Avenue<br>San Antonio, TX 78226 | 09-11548 | 509[3] | 26 | $200.00 | Duplicate of Claim #509 in case 09-11547 |
| Salazar, Kevin A.<br>247 W. Jewell Avenue<br>San Antonio, TX 78226 | 09-11549 | 509[4] | 14 | $200.00 | Duplicate of Claim #509 in case 09-11547 |
| Salazar, Kevin A.<br>247 W. Jewell Avenue<br>San Antonio, TX 78226 | 09-11552 | 509[5] | 11 | $200.00 | Duplicate of Claim #509 in case 09-11547 |
| SGS U.S. Testing Company, Inc.<br>201 Route 17 North<br>Rutherford, NJ 07070-2574 | 09-11549 | 6 | 11 | $9,336.00 | Duplicate of Claim #6 in same case |
| Shorten, Richard Jr.<br>694 Weed Street<br>New Canaan, CT 06840 | 09-11548 | 430 | 431 | $250,000.00 | Duplicate of Claim #430 |
| Spicers Paper, Inc.<br>12310 Slauson Avenue<br>Santa Fe Springs, CA 90670 | 09-11547 | 255 | 482 | $88,892.37 | Duplicate of Claim #255 |
| Spitler, Kurt<br>1850 Broughton Street<br>Carmel, IN 46032 | 09-11548 | 93 | 94 | $104,157.74 | Duplicate of claim #93 filed in case 09-11547 |
| Spitler, Kurt<br>1850 Broughton Street<br>Carmel, IN 46032 | 09-11548 | 94 | 486 | $104,157.74 | Duplicate of claim #94 in same case |
| State of California Franchise Tax Board<br>Bankruptcy Section MS A340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | 09-11548 | 459 | 461 | $1,812.60 | Duplicate of claim #459 |

---

[2] This claim is also subject to an objection in **Exhibits B and D**.
[3] This claim is also subject to an objection in **Exhibits B and D**.
[4] This claim is also subject to an objection in **Exhibits B and D**.
[5] This claim is also subject to an objection in **Exhibits B and D**.

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Sylvander Heating, Inc. 412 Tyler Road North Red Wing, MN 55066 | 09-11550 | 507 | 10 | $8,858.52 | Duplicate of Claim #507 in case 09-11547 |
| Sylvander Heating, Inc. 412 Tyler Road North Red Wing, MN 55066 | 09-11551 | 507 | 9 | $8,858.52 | Duplicate of Claim #507 in case 09-11547 |
| Sylvander Heating, Inc. 412 Tyler Road North Red Wing, MN 55066 | 09-11552 | 507 | 10 | $8,858.52 | Duplicate of Claim #507 in case 09-11547 |
| Sylvander Heating, Inc. 412 Tyler Road North Red Wing, MN 55066 | 09-11548 | 507 | 23 | $8,858.52 | Duplicate of Claim #507 in case 09-11547 |
| Sylvander Heating, Inc. 412 Tyler Road North Red Wing, MN 55066 | 09-11549 | 507 | 13 | $8,858.52 | Duplicate of Claim #507 in case 09-11547 |
| Technology Electric, Inc. 10784 East 141st Street Noblesville, IN 46060-9777 | 09-11547 | 366 | 473 | $4,277.00 | Duplicate of Claim #366 |
| Technology Electric, Inc. 10784 East 141st Street Noblesville, IN 46060-9777 | 09-11547 | 366 | 512 | $4277.00 | Duplicate of Claim #366 and Claim Received after Bar Date |
| Tigerdirect.com Coface North America, Inc. 50 Millstone Road, Building 100, Suite 360 East Windsor, NJ 08520 | 09-11550 | 79 | 1 | $5,709.81 | Duplicate of Claim #79 in case 09-11547 |
| Tigerdirect.com Coface North America, Inc. 50 Millstone Road, Building 100, Suite 360 East Windsor, NJ 08520 | 09-11552 | 79 | 1 | $5,709.81 | Duplicate of Claim #79 in case 09-11547 |
| Tigerdirect.com Coface North America, Inc. 50 Millstone Road, Building 100, Suite 360 East Windsor, NJ 08520 | 09-11549 | 79 | 1 | $5,709.81 | Duplicate of Claim #79 in case 09-11547 |
| Tigerdirect.com Coface North America, Inc. 50 Millstone Road, Building 100, Suite 360 East Windsor, NJ 08520 | 09-11547 | 79 | 478 | $5,709.81 | Duplicate of Claim #79 in case 09-11547 |

| Name of Claimant | Case No. | Remaining Claim Number | Duplicate Claim(s) to be expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|---|
| Zanett Commercial Solutions, Inc.<br>9075 Center Pointe Drive<br>Suite 180<br>West Chester, OH 45069 | 09-11548 | 392 | 21 | $20,880.00 | Duplicate of Claim #392 |

**NPPI HOLDINGS, INC.,** *et al.*
**Case No. 09-11547 (PJW)**

**CHAPTER 7 TRUSTEE'S SECOND OMNIBUS**
**OBJECTION (NON-SUBSTANTIVE) TO CLAIMS**
**PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007**
**AND DEL. BANKR. L.R. 3007-1**

*All claimants are directed to review each of the attached exhibits*
*as the Trustee may have objected to their respective claims on multiple grounds.*

**EXHIBIT B**

**EXPUNGE CLAIM/NO SUPPORTING DOCUMENTATION**

| Name of Claimant | Case No. | Claim No. | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|
| American Solutions for-MN<br>P.O. Box 218<br>Glenwood, MN 56334-0218 | 09-11548 | 10 | $907.12 | No Supporting Documentation Attached |
| Atalaya Funding, LLC<br>c/o Daniel M. Levinson<br>Atalaya Capital Management, LP<br>623 Fifth Avenue, 16th Floor<br>New York, NY 10022 | 09-11547 | 501 | $4,096,598.18 | No Supporting Documentation Attached |
| Business Transportation Solutions, Inc.<br>P.O. Box 619<br>Stoughton, WI 53589 | No case | 458 | $2,240.00 | No Supporting Documentation Attached |
| Centerpoint Energy<br>P.O. Box 1700<br>Houston, TX 77251 | 09-11547 | 7 | $11,387.67 | No Supporting Documentation Attached |
| Charlotte Mayahi, LLC<br>1113 Quaker Ridge Drive<br>Austin, TX 78746-6340 | 09-11547 | 317 | $20,135.50 | No Supporting Documentation Attached |
| Christopher Talbot Frank<br>8638 Sky Rim Drive<br>Lakeside, CA 92040 | No case | 442 | $200.00 | No Supporting Documentation Attached |
| Higgs, John R., Jr.<br>3413 W. Hackberry Avenue<br>McAllen, TX 78501 | 09-11547 | 321 | $5,000.00 | No Supporting Documentation Attached |

ACTIVE 22153173v1

| Name of Claimant | Case No. | Claim No. | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|
| Indiana Economic Development Corp. Office of the Attorney General c/o Luke Hodgin, Deputy Attorney General 302 W. Washington St., IGCS 5th floor Indianapolis, IN  46204 | 09-11547 | 449 | $85,000.00 | No Supporting Documentation Attached |
| Infocrossing, LLC Lockbox #15340 Newark, NJ  07192-5340 | No case | 273 | $17,995.45 | No Supporting Documentation Attached |
| KJV Store 12216 Shadow Wood Trail Burleson, TX  76028 | 09-11548 | 260 | $804.78 | No Supporting Documentation Attached |
| Mutual Sprinklers, Inc. P.O. Box 7480 Monroe, LA 71211-7480 | 09-11547 | 480 | $10,381.97 | No Supporting Documentation Attached |
| Nframe 75 Remittance Drive, Suite 2559 Chicago, IL  60675-2559 | 09-11548 | 316 | $3,298.06 | No Supporting Documentation Attached |
| Oracle America, Inc. Successor to Oracle USA, Inc. & Peoplesoft, Inc. c/o Buchalter Nemer, P.C. 333 Market Street, 25th Floor San Francisco, CA 94105 | 09-11548 | 25 | $45,000.00 | No Supporting Documentation Attached |
| Randklev, James William James Randklev Photography 1803 E. Broadway, Suite 124-164 Tuscon, AZ 85719 | 09-11551 | 1 | $7,330.00 | No Supporting Documentation Attached |
| Salazar, Kevin A. 247 W. Jewell Avenue San Antonio, TX 78226 | 09-11547 | 509[6] | $ 200.00 | No Supporting Documentation Attached |

---

[6] This claim is also subject to an objection in **Exhibits A and D**.

**NPPI HOLDINGS, INC.,** *et al.*
**Case No. 09-11547 (PJW)**

**CHAPTER 7 TRUSTEE'S SECOND OMNIBUS**
**OBJECTION (NON-SUBSTANTIVE) TO CLAIMS**
**PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007**
**AND DEL. BANKR. L.R. 3007-1**

*All claimants are directed to review each of the attached exhibits*
*as the Trustee may have objected to their respective claims on multiple grounds.*

**EXHIBIT C**

**EXPUNGE CLAIM - AMENDED/SUPERSEDED CLAIMS**

| Name of Claimant | Remaining Claim Number | Amended Claim(s) to be Expunged | Claim Amount to be Expunged | Reason for Expungement |
|---|---|---|---|---|
| AMG Holdings, Inc.<br>Attn: Mike C. Buckley<br>c/o Reed Smith LLP<br>1999 Harrison Street<br>Oakland, CA 94612 | 346 | 88 | $2,353,318.91 | Claim modified by claim 346 |
| Rotadyne (Rotation Dynamics)<br>5708 Reliable Parkway<br>Chicago, IL 60686-0057 | 443 | 489 | $3,256.55 | Amended by Claim No. 489 |
| San Antonio Water System<br>c/o Law Offices of Elizabeth G. Smith<br>6655 First Park Ten, Suite 250<br>San Antonio, TX 78213 | 259 | 492 | $3,107.71 | Amended by Claim No. 492 |
| U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Drive, Suite 100<br>Indianapolis, IN 46278 | 469 | 48/19 | $63,535.71 | Amended by Claim No. 48/19 |

ACTIVE 22153173v1

**NPPI HOLDINGS, INC.,** *et al.*
**Case No. 09-11547 (PJW)**

**CHAPTER 7 TRUSTEE'S SECOND OMNIBUS**
**OBJECTION (NON-SUBSTANTIVE) TO CLAIMS**
**PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007**
**AND DEL. BANKR. L.R. 3007-1**

*All claimants are directed to review each of the attached exhibits*
*as the Trustee may have objected to their respective claims on multiple grounds.*

**EXHIBIT D**

**EXPUNGE CLAIM – UNTIMELY FILED CLAIM**

**Deadline to file proofs of claim: April 14, 2010**

**Deadline for government agencies to file proofs of claim: June 1, 2010**

| Name of Claimant | Claim Number | Claim Amount | Date Filed | Reason for Expungement |
|---|---|---|---|---|
| Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | 514 | $445.91 | 11/10/2010 | Claim filed after Bar Date |
| Dickinson, Janet<br>1115 E. 22nd Street<br>Washington IA 52353 | 15[7] | $220.77 | 05/07/2010 | Claim filed after Bar Date |
| Michigan Department of Treasury<br>Michigan Dept. of Attorney General<br>3030 W. Grand Blvd<br>Detroit, MI 48202 | 526 | $39,033.00 | 3/18/2013 | Claim filed after Bar Date |
| Premier Security<br>P. O. Box 10794<br>Cedar Rapids, IA 52410-0794 | 510[8] | $7,679.47 | 9/07/2010 | Claim filed after Bar Date—expunge $5,234.52 General Unsecured |
| Salazar, Kevin A.<br>247 W. Jewell Avenue<br>San Antonio, TX 78226 | 509[9] | $ 200.00 | 4/16/2010 | Claim filed after Bar Date |

---

[7] This claim is also subject to an objection in **Exhibit F** of the Trustee's First Omnibus Objection (Substantive) to Claims filed in these cases.
[8] This claim is also the subject of an objection in **Exhibit A** of the Trustee's First Omnibus Objection (Substantive) to Claims filed in these cases.
[9] This claim is also subject to an objection in **Exhibits A and B**.

ACTIVE 22153173v1

| | | | | |
|---|---|---|---|---|
| State of California Franchise Tax Board<br>Bankruptcy Section MS A340<br>Franchise Tax Board<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | 515 | $829.28 | 12/09/2010 | Claim filed after Bar Date |
| Texas Comptroller of Public Accounts<br>Office of the Attorney General<br>Collection Division-Bankruptcy Section<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 520 | $67,038.36 | 8/25/2011 | Claim filed after Bar Date |

**NPPI HOLDINGS, INC.,** *et al.*
**Case No. 09-11547 (PJW)**

**CHAPTER 7 TRUSTEE'S SECOND OMNIBUS
OBJECTION (NON-SUBSTANTIVE) TO CLAIMS
PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007
AND DEL. BANKR. L.R. 3007-1**

*All claimants are directed to review each of the attached exhibits
as the Trustee may have objected to their respective claims on multiple grounds.*

**EXHIBIT E**

**CORRECTION TO CLAIMS REGISTER**

| Name of Claimant | Claim Number | Claim Amount | **Mistake on Claims Register** | Correction required |
|---|---|---|---|---|
| United States Plastic Corp.<br>1390 Nuebrecht Road<br>Lima, OH  45801-3196 | 151 | $28.04 | Supporting Documents Reflect Claimant as United States Plastic Corp; Claims Register lists the claimant as United States Postal Service | Modify Name on claims register to United States Plastic Corp. |

ACTIVE 22153173v1