IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: : | Chapter 7 |
| NPPI Holdings, Inc., *et al.*,1 : | Case No. 09-11547 (PJW) |
| : | (Substantively Consolidated) |
| Debtors. : | Hearing Date: October 24, 2013 at 2:00 p.m. |
| : | Objection Deadline: October 15, 2013 at 4:00 p.m. |

### NOTICE OF CHAPTER 7 TRUSTEE'S SECOND OMNIBUS OBJECTION (NON-SUBSTANTIVE) TO CLAIMS PURSUANT TO 11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. BANKR. L.R. 3007-1

TO:  THE DEBTORS, U.S. TRUSTEE, ALL PARTIES REQUESTING NOTICE AND ALL AFFECTED CLAIM HOLDERS

Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the substantively consolidated estates of NPPI Holdings, Inc., *et al.* (the "Debtors"), has filed a second omnibus objection (non-substantive) to claims pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 (the "Motion"). The Motion seeks to alter your rights by expunging your claim because: a) you filed a duplicate claim; b) you provided no supporting documentation; c) you filed an amended claim; d) you filed your claim untimely; and/or e) the claims register needs to be corrected with respect to documenting your claim. All claimants are directed to review each of the exhibits attached to the Motion, as the Trustee may have objected to their respective claims on multiple grounds.

If you oppose the Motion or seek to otherwise respond to the Motion, you must file a response to the Motion on or before **October 15, 2013 at 4:00 p.m.** All claimants who are the subject of the Motion are being served with a copy of the Motion. If a copy of the Motion is not

---

1 The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446); NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740).

ACTIVE 22448259v1 09/20/2013 9:38 AM

enclosed, you may obtain it by calling the attorneys for the Trustee at the number listed below.

At the same time, you must also serve a copy of the response upon the Trustee's attorneys:

>Seth Niederman, Esquire
>Delaware Bar No. 4588
>919 North Market Street, Suite 1300
>Wilmington, DE 19801-3046
>Phone (302) 654-7444/Fax (302) 656-8920
>
>-and-
>
>Michael G. Menkowitz, Esquire
>Magdalena Schardt, Esquire
>2000 Market Street, 20th floor
>Philadelphia, PA 19103-3222
>(215) 299-2009/Fax: (215) 299-2150

**A HEARING ON THE MOTION WILL BE HELD ON <u>OCTOBER 24, 2013 AT 2:00 P.M.</u>**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

>**FOX ROTHSCHILD LLP**
>By: */s/ Seth Niederman*
>Seth Niederman, Esquire
>Delaware Bar No. 4588
>919 North Market Street, Suite 1300
>Wilmington, DE 19801-3046
>Phone (302) 654-7444/Fax (302) 656-8920
>sniederman@foxrothschild.com
>
>-and-
>
>Michael G. Menkowitz, Esquire
>Magdalena Schardt, Esquire
>2000 Market Street, 20th Floor
>Philadelphia, PA 19103-3222
>Phone (215) 299-2009/Fax (215) 299-2150
>mmenkowitz@foxrothschild.com
>mschardt@foxrothschild.com

Dated: September 20, 2013

Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of NPPI Holdings, Inc., *et al.*