IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NPPI Holdings, Inc., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 7<br><br>Case No. 09-11547 (PJW)<br>(Substantively Consolidated)<br><br>Related D.I. # 879<br><br>Hearing Date: October 24, 2013 at 2:00 p.m.<br>Objection Deadline: October 15, 2013 at 4:00 p.m. |

**CERTIFICATION OF COUNSEL REGARDING NO OBJECTION
AND REVISED ORDER FOR TRUSTEE'S SECOND OMNIBUS
OBJECTION (NON-SUBSTANTIVE) TO CLAIMS PURSUANT TO
11 U.S.C. § 502, FED. R. BANKR. P. 3007 AND DEL. BANKR. L.R. 3007-1**

MAGDALENA SCHARDT, of full age, hereby certifies as follows:

1.　　I am a partner with the law firm of Fox Rothschild LLP, attorneys for Alfred T. Giuliano (the "Trustee"), the Chapter 7 Trustee for the substantively consolidated estates of Hospital Partners of America, Inc., *et al.*. (the "Debtors").

2.　　On September 20, 2013, the Trustee filed a second omnibus objection (non-substantive) to claims pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 (the "Claims Motion") [D.I. 879].

3.　　The Trustee received several informal responses from parties whose claims are the subject of an objection in the Claims Motion. As more fully detailed below, the Trustee resolved the claims dispute or seeks to continue the Claims Motion with respect to certain claims.

4.　　 The Trustee received an informal response from Oracle America, Inc. regarding the objection to claim no. 25. After consideration of the information provided, the Trustee has agreed to withdraw the objection to claim no. 25 and allow it as filed.

---

[1] The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446); NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740).

5. The Trustee received an informal response from the Texas Comptroller of Public Accounts regarding the objection to claim no. 520.  After review of the information from the Assistant Attorney General, the Trustee agreed to withdraw the objection to claim no. 520 and allow it as filed.

6. Other than the informal responses noted herein, I hereby certify that I received no answer, objection or other responsive pleading to the Claims Motion.  I further certify that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Claims Motion appears thereon.  Pursuant to the notice of the Claims Motion, objections were to be filed and served no later than October 15, 2013 at 4:00 p.m.

7. The Trustee prepared a revised form of order deleting the reference to claim nos. 25 and 520 (the "<u>Revised Order</u>").  The Revised Order is attached hereto and made a part hereof as **Exhibit A** and a blackline version of the Revised Order is attached hereto and made a part hereof as **Exhibit B**.

8. It is respectfully requested that the Court enter the revised form of Order submitted herewith, without the need for a hearing.

9. I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

      */s/ Magdalena Schardt*
Magdalena Schardt, Esquire
**Fox Rothschild LLP**
2000 Market Street, Twentieth Floor
Philadelphia, PA  19103-3222
Phone (215) 299-2009/Fax (215) 299-2150
mschardt@foxrothschild.com

Dated: October 22, 2013