IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| NPPI Holdings, Inc., *et al.*,1 | Case No. 09-11547 (PJW)<br>(Substantively Consolidated)<br>Related D.I. #879 & 888 |
| Debtors. | Hearing Date: October 24, 2013 at 2:00 p.m.<br>Objection Deadline: October 15, 2013 at 4:00 p.m. |

**ORDER GRANTING SECOND OMNIBUS OBJECTION
(NON-SUBSTANTIVE) TO CLAIMS PURSUANT TO 11 U.S.C. § 502
FED. R. BANKR. P. 3007 AND DEL. BANKR. L.R. 3007-1**

This matter having been presented to the Court by way of the second omnibus objection (non-substantive) to claims pursuant to 11 U.S.C. § 502, Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 (the "Motion") filed by Alfred T. Giuliano (the "Trustee"), the chapter 7 trustee for the substantively consolidated estates of NPPI Holdings, Inc., *et al.* (the "Debtors"), (the "Trustee"); and the Court having determined that adequate notice of the Motion has been given pursuant to Fed. R. Bankr. P. 3007 and Del. Bankr. L.R. 3007-1; and the Court having read and considered all pleadings filed in support of the Motion, responses to the Motion, if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the hearing establish just cause for the relief granted herein:

It is hereby ORDERED that:

1. The Motion be and is hereby GRANTED.

2. The claims listed on the attached **Exhibits A, B, C and D** be and are hereby expunged.

---

1   The Debtors, along with the last four digits of each Debtor's federal tax identification number, are: NPPI Holdings, Inc (9391); NPPI, Inc. (4534); NPPI Sub 1, LLC (3446); NPPI Sub 2, LLC (4435); NPPI Sub 3, LLC (2652); and NPPI Sub 4, LLC (2740).

ACTIVE 22453883v2

3. The Clerk of the Court be and is hereby directed to correct the claims register as noted in the attached **Exhibit E**.

_____
THE HONORABLE PETER J. WALSH
United States Bankruptcy Judge

Dated: Oct 23, 2013

ACTIVE 22453883v2